WILLIAM C. SCHROEDER
**KSB LITIGATION, P.S.**
221 N. Wall St., Suite 210
Spokane, WA 99201
Telephone: (509)624-8988
Facsimile: (509)474-0358
wcs@ksblit.legal

MICHAEL G. MCQUILLEN (*Pro Hac Vice*)
CHRISTOPHER J. RAISTRICK (*Pro Hac Vice*)
NICHOLAS J. AJELLO (*Pro Hac Vice*)
**ADLER MURPHY & McQUILLEN LLP**
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860
mmcquillen@AMM-LAW.com
craistrick@AMM-LAW.com
najello@AMM-LAW.com

*Attorneys for Defendant*
*The Moody Bible Institute of Chicago*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YUKI LEE, in her capacity as personal representative of the Estate of her deceased husband, JOOCHAN LEE, individually and Decedent's surviving wife, and in her capacity as Guardian of their minor daughter, A.L. both as beneficiaries and heirs of Decedent's estate,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE MOODY BIBLE INSTITUTE OF CHICAGO, and Illinois corporation,<br><br>      Defendant. | No. 2:19-cv-00326-SAB<br><br>**JOINT STATUS CERTIFICATE** |

JOINT STATUS CERTIFICATE - 1

The parties make the following Joint Status Certificate:

**(a)   Service of Process:** The parties agree that the named Defendant has been properly served.

**(b)   Jurisdiction and Venue:** Jurisdiction is proper pursuant to 28 U.S.C. § 1332(a) on the grounds that complete diversity exists between the parties and the amount in controversy exceeds the sum of $75,000. Venue is proper pursuant to U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

**(c)   Anticipated Motions:** At this time the parties do not anticipate any motions other than dispositive motions should the evidence dictate such motions are appropriate.

**(d)   Discovery Plan:** The parties have agreed to make their initial disclosures pursuant to Rule 26(a)(1) on or before December 4, 2019. Plaintiff wants to conduct a wreckage inspection, although the National Transportation Safety Board ("NTSB") has not yet released the wreckage to Defendant. Defendant is waiting for such a release from the NTSB. The parties anticipate additional discovery of at least Interrogatories and Requests for Production followed by depositions of fact witnesses (6-12). The parties anticipate ten months are necessary to complete fact discovery. The parties suggest the completion of fact discovery by October 4, 2019.

Plaintiff seeks simultaneous disclosure of experts. Defendant seeks staggered expert disclosures, whereby Plaintiff would disclose her expert(s) 90 days prior to the disclosure of Defendant's expert(s), such that Defendant has 60 days to depose Plaintiff's expert(s) and then 30 days to prepare Defendant's

JOINT STATUS CERTIFICATE - 2

expert(s) report(s). Consequently, the Defendant's suggested discovery schedule in advance of trial with staggered expert disclosures is the following:

| | |
|---|---|
| Fact Discovery Closes: | October 4, 2020 (388 days) |
| Plaintiff expert disclosures: | November 4, 2020 (357 days) |
| Motion to Amend/Add Parties: | December 4, 2020 (327 days) |
| Defendant expert disclosures: | February 2, 2021 (248 days) |
| Rebuttal expert disclosures: | March 4, 2021 (237 days) |
| Daubert motions: | April 18, 2021 (192 days) |
| Discovery cutoff: | June 3, 2021 (146 days) |
| Dispositive motions due: | June 17, 2021 (132 days) |
| Hearing request re: designations | September 15, 2021 (42 days) |
| Cross designations: | September 29, 2021 (28 days) |
| Objections to designations: | October 6, 2021 (21 days) |
| Exhibit/witness list: | September 22, 2021 (35 days) |
| Objections exhibit/witness list: | September 29, 2021 (28 days) |
| Response to exhibit/witness list: | October 6, 2021 (21 days) |
| Motions in limine: | September 15, 2021 (42 days) |
| Response to motions in limine: | September 21, 2021 (36 days) |
| Replies to motions in limine: | September 29, 2021 (28 days) |
| Pretrial order: | October 6, 2021 (21 days) |
| Trial briefs, voir dire: | October 2, 2021(25 days) |
| Jury instructions: | October 2, 2021(25 days) |
| Disputed jury instructions: | October 2, 2021(25 days) |
| Pretrial conference: | October 13, 2021 (14 days) |

Plaintiffs propose that the Court issue a scheduling order in accord with the Civil and Local Rules.

**(e)    Miscellaneous**

JOINT STATUS CERTIFICATE - 3

**1.    Trial:** The parties recommend a trial date of October 27, 2021. It is anticipated the trial will last eight to ten days.

**2.    Proposed Modifications to Standard Discovery and/or Pretrial Procedures:** Proposed modifications to the suggested discovery deadlines can be found above in **(d)**.

**3.    Pretrial Procedures:** The parties do not believe that the standard pretrial procedures should be modified.

**4.    Bifurcation or Structure of Sequence of Trial:** The parties do not believe that bifurcation or modified structuring of the sequence of trial is necessary at this time.

**5.    Settlement:** The parties have discussed participating in early settlement efforts, but at this time, Plaintiffs wish to conduct some discovery before engaging in settlement discussions.

**6.    Other Matters:** There are no other matters conducive to the just efficient economic termination of the action identifiable at this time. The parties do not consent to the trial of this matter by a full-time United States Magistrate Judge.

DATED this 24th day of October 2019.

HERMANN LAW GROUP

By: _s/_____
Anthony Marsh
505 5th Avenue S., Suite 330
Seattle, WA 98104
Telephone: 206-457-4504

KSB LITIGATION, P.S.

By: _s/_____
William C. Schroeder, WSBA #41986
221 N. Wall Street, Suite 210
Spokane, WA  99201
Telephone: (509) 624-8988
Facsimile: (509) 474-0358
Attorneys for Defendant

Michael G. McQuillen (*Pro Hac Vice*)

JOINT STATUS CERTIFICATE - 4

|   |   |
|---|---|
| 1 |   |
| 2 | Christopher J. Raistrick (*Pro Hac Vice*) |
|   | Nicholas J. Ajello (*Pro Hac Vice*) |
| 3 | ADLER MURPHY & McQUILLEN LLP |
| 4 | 20 South Clark Street, Suite 2500 |
| 5 | Chicago, Illinois 60603 |
|   | Phone: (312) 345-0700 |
| 6 | Fax: (312) 345-9860 |
| 7 | Email: mmcquillen@AMM-LAW.com |
|   |         craistrick@AMM-LAW.com |
| 8 |         najello@AMM-LAW.com |

JOINT STATUS CERTIFICATE - 5

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2019, I electronically filed the foregoing Joint Status Certificate, with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Charles Herrmann
Anthony Marsh
Herrmann Law Group
charles@hslawfirm.com
anthony@herrmannlawgroup.com

Michael G. McQuillen (*Pro Hac Vice*)
Christopher J. Raistrick (*Pro Hac Vice*)
Nicholas J. Ajello (*Pro Hac Vice*)
ADLER MURPHY & McQUILLEN LLP
mmcquillen@AMM-LAW.com
craistrick@AMM-LAW.com
najello@AMM-LAW.com

and I hereby certify that I have mailed by United States Postal Service this document to the following non CM/ECF participants:

*No manual recipients*

                                          s/ *William C. Schroeder*
                                        WILLIAM C. SCHROEDER