1  Anthony Marsh, WSBA #45194
2  **HERRMANN LAW GROUP**
3  505 5th Avenue South, Suite 330
   Seattle, WA 98104
4  P: 206-457-4204
   F: 206-457-4205
5  anthony@hlg.lawyer
6  *Attorneys for Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF WASHINGTON**

10  YUKI LEE, in her capacity as        No.  2:19-cv-00326-SAB
    personal representative of the
11  Estate of her deceased husband,     **STIPULATED MOTION AND**
    JOOCHAN LEE, individually and       **ORDER TO EXTEND CASE**
12  Decedent's surviving wife, and in   **DEADLINES AND CONTINUE**
    her capacity as Guardian of their   **TRIAL**
13  minor daughter, A.L. both as
    beneficiaries and heirs of
14  Decedent's estate,
15
16                        Plaintiffs,
17          vs.
18  THE MOODY BIBLE INSTITUTE OF
    CHICAGO, and Illinois corporation,
19
20                        Defendant.
21  _____

22      COME NOW the parties to jointly stipulate and request that the Court
23  adjust the subsequent deadlines and trial date as follows:
24  //
25  //
26  //
27  //

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES AND
CONTINUE TRIAL- 1

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff Expert Disclosures. | 11/4/20 | 3/4/21 |
| Defendant Expert Disclosures | 2/2/21 | 6/2/21 |
| Rebuttal Expert Disclosures | 3/4/21 | 7/4/21 |
| Discovery Deadline | 6/7/21 | 10/7/21 |
| Motions to Amend Pleadings or Add Parties | 3/29/21 | 7/29/21 |
| Daubert Motion Deadline | 4/16/21 | 8/16/21 |
| Dispositive Motions | 6/15/21 | 10/15/21 |
| Motions in Limine | 9/13/21 | 1/13/22 |
| Motions in Limine - Responses | 9/20/21 | 1/20/22 |
| Motions in Limine - Replies | 9/27/21 | 1/27/22 |
| Exhibit and Witness Lists | 9/20/21 | 1/20/22 |
| Exhibit and Witness Lists - Objections | 9/27/21 | 1/27/22 |
| Exhibit and Witness Lists – Responses | 10/4/21 | 2/4/22 |
| Pretrial Exhibit Stipulation | 10/4/21 | 2/4/22 |
| Designation of Testimony. | 9/13/21 | 1/13/22 |
| Pretrial Order | 10/4/21 | 2/4/22 |
| Trial Briefs and Proposed Voir Dire | 9/30/21 | 1/30/22 |
| Jury Instructions | 9/30/21 | 1/30/22 |
| **Jury Trial** | **10/24/21** | **2/22/22** |

The parties submit there is good cause for an extension of the deadlines.

First, on February 29, 2020 Governor Jay Inslee declared a state of emergency in Washington in response to the cases of COVID-19 in the state. On March 11, 2020, the World Health Organization publicly characterized COVID-19 as a pandemic. The President declared a National Emergency in an effort to address the spread of COVID-19 on March 13, 2020. On March 16, 2020, the President announced new guidance to slow the spread of the virus, including avoiding groups of more than 10 people

and working or schooling from home whenever possible. This guidance follows recommendations by the Centers for Disease Control to engage in social distancing, and, in some circumstances, to close schools.

This has affected the ability of the undersigned counsel to conduct in-person meetings, depositions, and other work, which has created a backlog. Further, as the current pandemic and social distancing guidelines are expected to be in place for some time, it will affect the ability to conduct depositions in this case and the scheduling and availability for depositions due to the workload on other cases.

In addition, the wreckage of the plane from the crash that is the subject of this lawsuit was only released for inspection by the NTSB in the Fall of 2020. This has greatly affected the ability of the parties to provide timely expert disclosures and conduct in-depth technical discovery.

The brief extension of the case deadlines and trial will allow additional time to address these issues.

DATED this 15th day of October 2020.

| _HERRMANN LAW GROUP_ | **ADLER MURPHY & McQUILLEN LLP** |
|---|---|
| By: _/s/ Anthony Marsh_ | By: _/s/ Christopher J. Raistrick_ |
| Anthony Marsh, WSBA #45194 | Christopher J. Raistrick (Pro Hac Vice) |
| | Michael G. McQuillen (Pro Hac Vice) |
| | Christopher J. Raistrick (Pro Hac Vice) |
| | Nicholas J. Ajello (Pro Hac Vice) |
| 505 5th Avenue South, Suite 330 | 20 South Clark Street, Suite 2500 |
| Seattle, WA 98104 | Chicago, Illinois 60603 |
| P: 206-457-4204 | P: 312-345-0700 |
| F: 206-457-4205 | F: 312-345-9860 |
| anthony@hlg.lawyer | mmcquillen@AMM-LAW.com |
| _Attorneys for Plaintiffs_ | craistrick@AMM-LAW.com |
| | najello@AMM-LAW.com |

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES AND
CONTINUE TRIAL- 3

## <u>ORDER</u>

**IT IS SO ORDERED.**

Dated this _____ day of October, 2020.


_____
Hon. Stanley A. Bastian
United States District Judge

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES AND
CONTINUE TRIAL- 4

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of October 2020, I electronically

filed the foregoing document, with the Clerk of the Court using the CM/ECF

System, which will send notification of such filing to the following:

1. William C Schroeder
   KSB Litigation PS
   221 North Wall, Suite 210
   Spokane, WA 99201
   509-624-8988
   wcs@ksblit.legal

2. Christopher J Raistrick
   Michael G McQuillen
   Nicholas Ajello
   Alder Murphy & McQuillen LLP
   20 South Clark Street, Suite 2500
   Chicago, IL 60603
   312-345-0700
   craistrick@amm-law.com
   mmcquillen@amm-law.com
   najello@amm-law.com

By: _/s/ John Herrmann_____
John Herrmann, Paralegal