**Lee v. The Moody Bible Institute of Chicago**
**Assumptions**

| | |
|---|---:|
| • Trial Date | October 25, 2021 |

### Decedent: Joochan Lee

| | |
|---|---:|
| • Date of Death | July 13, 2018 |
| • Age at Death | 24.6 years |
| • Life Expectancy | 53.1 years |
| • Worklife Expectancy as of July 1, 2020, as a College Graduate | 36.9 years |

### Decedent's Spouse: Yuki Lee

| | |
|---|---:|
| • Age as of July 13, 2018 | 26.3 years |
| • Life Expectancy | 55.8 years |

### Decedent's Daughter: AL

| | |
|---|---:|
| • Personal Consumption | 23% to 31% |
| • Wage Growth Rate - Private Sector | |
|   - Past | 2.97% |
|   - Future | 3.34% |
| • Household Services Growth Rate - Services Sector | |
|   - Past | 3.90% |
|   - Future | 3.86% |
| • Discount Rate | 1.91% |

Schedule 1-A

**Lee v. The Moody Bible Institute of Chicago**
**Summary of Damages**
**Scenario 1 - Based on Employment as a Pilot**

| Assuming Retirement at Age 67 | | Total Value | Present Value |
|---|---|---:|---:|
| Loss of Support [1] | | | |
| Past | | $ 74,096 | $ 74,096 |
| Future | | 8,810,961 | 5,633,530 |
| Loss of Employer Contributions to Fringe Benefits [2] | | | |
| Past | | 8,672 | 8,672 |
| Future | | 534,940 | 349,658 |
| Loss of Support from Employer Contributions to Retirement and Savings [3] | | | |
| Past | | 2,974 | 2,974 |
| Future | | 378,870 | 242,244 |
| Loss of Household Services [4] | | | |
| Past | | 36,453 | 36,453 |
| Future | | 935,463 | 535,427 |
| | Total Loss | $ 10,782,429 | $ 6,883,054 |
| | | | |
| | Past | $ 122,195 | $ 122,195 |
| | Future | 10,660,234 | 6,760,859 |
| | Total | $ 10,782,429 | $ 6,883,054 |

Sources and Notes:

[1] See Schedule 2.
[2] See Schedule 5.
[3] See Schedule 7.
[4] See Schedule 15.

**Note: Scenario 1 will be supplemented pending review of information from aviation consultant Kit Dirby.**

Schedule 1-B

**Lee v. The Moody Bible Institute of Chicago**
**Summary of Damages**
**Scenario 2 - Based on Earnings with a Bachelor's Degree**

| Assuming Retirement at Age 67 | Total Value | Present Value |
|---|---:|---:|
| Loss of Support [1] | | |
| Past | $ 89,614 | $ 89,614 |
| Future | 5,919,230 | 3,936,512 |
| Loss of Employer Contributions to Health Benefits [2] | | |
| Past | 9,875 | 9,875 |
| Future | 609,343 | 398,283 |
| Loss of Support from Employer Contributions to Retirement and Savings [3] | | |
| Past | 3,218 | 3,218 |
| Future | 225,516 | 149,988 |
| Loss of Household Services [4] | | |
| Past | 36,453 | 36,453 |
| Future | 935,463 | 535,427 |
| Total Loss | $ 7,828,712 | $ 5,159,370 |
| | | |
| Past | $ 139,160 | $ 139,160 |
| Future | 7,689,552 | 5,020,210 |
| Total | $ 7,828,712 | $ 5,159,370 |

Sources and Notes:
[1] See Schedule 9.
[2] See Schedule 11.
[3] See Schedule 13.
[4] See Schedule 15.

Lee v. The Moody Bible Institute of Chicago
Loss of Support
Scenario 1 - Based on Employment as a Pilot

| Period Beginning | Decedent's Age at Beginning of Period | Loss of Earnings [1] | Decedent's Personal Consumption [2] | Loss of Support [3] | Present Value of Loss of Support [4] | Cumulative Totals Loss of Support | Cumulative Totals Present Value of Loss of Support |
|---|---|---|---|---|---|---|---|
| 13-Jul-18 | 24.6 | $ 1,483 | $ 341 | $ 1,142 | $ 1,142 | $ 1,142 | $ 1,142 |
| 1-Jan-19 | 25.1 | 3,241 | 745 | 2,496 | 2,496 | 3,638 | 3,638 |
| 1-Jan-20 | 26.1 | 1,664 | 383 | 1,281 | 1,281 | 4,919 | 4,919 |
| 1-Jul-20 | 26.6 | 33,443 | 7,692 | 25,751 | 25,751 | 30,670 | 30,670 |
| 1-Jan-21 | 27.1 | 56,398 | 12,972 | 43,426 | 43,426 | 74,096 | 74,096 |
| Subtotal, past: | | $ 96,229 | $ 22,133 | $ 74,096 | $ 74,096 | | |
| 25-Oct-21 | 27.9 | $ 12,912 | $ 2,970 | $ 9,942 | $ 9,923 | $ 9,942 | $ 9,923 |
| 1-Jan-22 | 28.1 | 71,625 | 16,474 | 55,151 | 54,425 | 65,093 | 64,348 |
| 1-Jan-23 | 29.1 | 36,704 | 8,442 | 28,262 | 27,628 | 93,355 | 91,976 |
| 1-Jul-23 | 29.6 | 51,905 | 11,938 | 39,967 | 38,702 | 133,322 | 130,678 |
| 1-Jan-24 | 30.1 | 106,403 | 24,473 | 81,930 | 77,850 | 215,252 | 208,528 |
| 1-Jan-25 | 31.1 | 109,957 | 25,290 | 84,667 | 78,943 | 299,919 | 287,471 |
| 1-Jan-26 | 32.1 | 113,630 | 26,135 | 87,495 | 80,051 | 387,414 | 367,522 |
| 1-Jan-27 | 33.1 | 117,425 | 27,008 | 90,417 | 81,174 | 477,831 | 448,696 |
| 1-Jan-28 | 34.1 | 121,347 | 27,910 | 93,437 | 82,313 | 571,268 | 531,009 |
| 1-Jan-29 | 35.1 | 125,400 | 28,842 | 96,558 | 83,468 | 667,826 | 614,477 |
| 1-Jan-30 | 36.1 | 64,262 | 14,780 | 49,482 | 42,371 | 717,308 | 656,848 |
| 1-Jul-30 | 36.6 | 74,590 | 17,156 | 57,434 | 48,717 | 774,742 | 705,565 |
| 1-Jan-31 | 37.1 | 152,906 | 35,168 | 117,738 | 97,997 | 892,480 | 803,562 |
| 1-Jan-32 | 38.1 | 158,013 | 36,343 | 121,670 | 99,372 | 1,014,150 | 902,934 |
| 1-Jan-33 | 39.1 | 80,974 | 18,624 | 62,350 | 50,444 | 1,076,500 | 953,378 |
| 1-Jul-33 | 39.6 | 124,382 | 28,608 | 95,774 | 76,756 | 1,172,274 | 1,030,134 |
| 1-Jan-34 | 40.1 | 254,978 | 58,645 | 196,333 | 154,397 | 1,368,607 | 1,184,531 |
| 1-Jan-35 | 41.1 | 263,494 | 60,604 | 202,890 | 156,563 | 1,571,497 | 1,341,094 |
| 1-Jan-36 | 42.1 | 272,295 | 62,628 | 209,667 | 158,761 | 1,781,164 | 1,499,855 |
| 1-Jan-37 | 43.1 | 281,390 | 64,720 | 216,670 | 160,989 | 1,997,834 | 1,660,844 |
| 1-Jan-38 | 44.1 | 290,788 | 66,881 | 223,907 | 163,248 | 2,221,741 | 1,824,092 |
| 1-Jan-39 | 45.1 | 300,500 | 69,115 | 231,385 | 165,538 | 2,453,126 | 1,989,630 |
| 1-Jan-40 | 46.1 | 310,537 | 71,424 | 239,113 | 167,861 | 2,692,239 | 2,157,491 |
| 1-Jan-41 | 47.1 | 36,927 | 8,493 | 28,434 | 19,923 | 2,720,673 | 2,177,414 |
| 12-Feb-41 | 47.2 | 283,982 | 88,034 | 195,948 | 134,980 | 2,916,621 | 2,312,394 |
| 1-Jan-42 | 48.1 | 331,627 | 102,804 | 228,823 | 154,672 | 3,145,444 | 2,467,066 |
| 1-Jan-43 | 49.1 | 342,703 | 106,238 | 236,465 | 156,842 | 3,381,909 | 2,623,908 |
| 1-Jan-44 | 50.1 | 354,149 | 109,786 | 244,363 | 159,043 | 3,626,272 | 2,782,951 |
| 1-Jan-45 | 51.1 | 365,978 | 113,453 | 252,525 | 161,275 | 3,878,797 | 2,944,226 |
| 1-Jan-46 | 52.1 | 378,202 | 117,243 | 260,959 | 163,537 | 4,139,756 | 3,107,763 |
| 1-Jan-47 | 53.1 | 390,834 | 121,159 | 269,675 | 165,832 | 4,409,431 | 3,273,595 |
| 1-Jan-48 | 54.1 | 403,888 | 125,205 | 278,683 | 168,160 | 4,688,114 | 3,441,755 |
| 1-Jan-49 | 55.1 | 417,378 | 129,387 | 287,991 | 170,519 | 4,976,105 | 3,612,274 |
| 1-Jan-50 | 56.1 | 431,318 | 133,709 | 297,609 | 172,911 | 5,273,714 | 3,785,185 |
| 1-Jan-51 | 57.1 | 445,724 | 138,174 | 307,550 | 175,338 | 5,581,264 | 3,960,523 |
| 1-Jan-52 | 58.1 | 460,611 | 142,789 | 317,822 | 177,799 | 5,899,086 | 4,138,322 |
| 1-Jan-53 | 59.1 | 475,995 | 147,558 | 328,437 | 180,293 | 6,227,523 | 4,318,615 |
| 1-Jan-54 | 60.1 | 491,893 | 152,487 | 339,406 | 182,823 | 6,566,929 | 4,501,438 |
| 1-Jan-55 | 61.1 | 508,322 | 157,580 | 350,742 | 185,388 | 6,917,671 | 4,686,826 |
| 1-Jan-56 | 62.1 | 525,300 | 162,843 | 362,457 | 187,989 | 7,280,128 | 4,874,815 |
| 1-Jan-57 | 63.1 | 193,513 | 59,989 | 133,524 | 68,861 | 7,413,652 | 4,943,676 |
| 11-May-57 [5] | 63.5 | 349,332 | 108,293 | 241,039 | 122,673 | 7,654,691 | 5,066,349 |
| 1-Jan-58 | 64.1 | 560,976 | 173,903 | 387,073 | 193,302 | 8,041,764 | 5,259,651 |
| 1-Jan-59 | 65.1 | 579,713 | 179,711 | 400,002 | 196,015 | 8,441,766 | 5,455,666 |
| 1-Jan-60 | 66.1 | 535,065 | 165,870 | 369,195 | 177,864 | 8,810,961 | 5,633,530 |
| 22-Nov-60 [6] | 67.0 | | | | | | |
| Subtotal, future: | | $ 12,359,847 | $ 3,548,886 | $ 8,810,961 | $ 5,633,530 | | |
| Total, past and future: | | $ 12,456,076 | $ 3,571,019 | $ 8,885,057 | $ 5,707,626 | | |

Sources and Notes:

[1] See Schedule 3.
[2] Based on a personal consumption rate of 23.0% when there is one child in the home to age 22, and 31.0% thereafter.
[3] Loss of support equals loss of earnings less personal consumption of the decedent.
[4] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.
[5] Decedent's worklife expectancy ends.
[6] Assuming retirement at age 67.

Schedule 3

## Lee v. The Moody Bible Institute of Chicago
## But-For Annual Earnings
### Scenario 1 - Based on Employment as a Pilot

| Period Beginning | Years | Occupation | But-For Annual Earnings | Earnings Base Year | Earnings Percentile | Annual Earnings Adjusted to Period Beginning | |
|---|---|---|---|---|---|---|---|
| 13-Jul-18 | 2.0 | College student/part time janitor | $ 3,147 | 2018 | NA | $ 3,147 | [1] |
| 1-Jul-20 | 3.0 | Commercial pilot | 67,070 | 2020 | 25th | 67,070 | [2] |
| 1-Jul-23 | 7.0 | Commercial pilot | 93,300 | 2020 | 50th | 102,964 | [2] |
| 1-Jul-30 | 3.0 | Airline pilot | 106,530 | 2020 | 25th | 147,964 | [2] |
| 1-Jul-33 | 27.4 | Airline pilot | 160,970 | 2020 | 50th | 246,737 | [2] |

Sources and Notes:

[1] Based on the decedent's earnings as a part-time janitor at Moody Bible Institute of Chicago.  Earnings for 2018 are adjusted to reflect a full year.  See Schedule 4.

[2] It is our understanding that Mr. Lee's accident occurred while taking his first flight training lesson, and that he planned to become a pilot.  He was in a Bachelor's degree program at Moody Bible Institute, and would have completed his pilot training as well as his Bachelor's degree by July 2020.  We have assumed that he would have found a position as a commercial pilot.  According to information from the Bureau of Labor Statistics, commercial pilots "are involved in unscheduled flight activities, such as aerial application, charter flights, and aerial tours."  Commercial pilots must have a commercial pilot's license, and usually a high school diploma, along with flight training provided by FAA-certified flight instructors or flight schools. After 10 years of experience as a commercial pilot, we have assumed Mr. Lee would have met required flight hours and other requirements to become an airline pilot.  According to the Bureau of Labor Statistics, airline pilots "transport passengers and cargo on a fixed schedule", and typically need a Bachelor's degree, as well as a commercial pilot's license and an FAA issued Airline Transport Pilot certificate.  For both the commercial pilot job and the airline pilot job, we have assumed three years at the 25th percentile earnings level, and then proceeding to 50th percentile earnings.  The 2020 earnings data above was obtained from the Bureau of Labor Statistics.  We have adjusted 2020 earnings to each period beginning date using the historical private sector wage growth rate of 3.34% per year.

**Lee v. The Moody Bible Institute of Chicago**
**Historical Annual Earnings of the Decedent**

| Year | Annual Earnings | Employer |
|------|-----------------|----------|
| 2017 | $ 2,636 | Moody Bible Institute of Chicago |
| 2018 | 1,664 | Moody Bible Institute of Chicago |

Sources and Notes:

[1] Obtained from W-2 forms. The decedent was employed part-time as a janitor. We note that the decedent had received scholarships or grants of $7,800 in 2017 and $8,400 in 2018 from Moody Bible Institute according to 1098-T forms.

**Lee v. The Moody Bible Institute of Chicago**
**Loss of Employer Contributions to Fringe Benefits**
**Scenario 1 - Based on Employment as a Pilot**

| Period Beginning | Decedent's Age at Beginning of Period | Loss of Fringe Benefits [1] | Present Value of Loss of Fringe Benefits [2] | Cumulative Totals | |
|---|---|---|---|---|---|
| | | | | Loss of Fringe Benefits | Present Value of Loss of Fringe Benefits |
| 13-Jul-18 | 24.6 | $ - | $ - | $ - | $ - |
| 1-Jan-19 | 25.1 | - | - | - | - |
| 1-Jan-20 | 26.1 | - | - | - | - |
| 1-Jul-20 | 26.6 | 3,250 | 3,250 | 3,250 | 3,250 |
| 1-Jan-21 | 27.1 | 5,422 | 5,422 | 8,672 | 8,672 |
| Subtotal, past: | | $ 8,672 | $ 8,672 | | |
| | | | | | |
| 25-Oct-21 | 27.9 | $ 1,241 | $ 1,239 | $ 1,241 | $ 1,239 |
| 1-Jan-22 | 28.1 | 6,886 | 6,795 | 8,127 | 8,034 |
| 1-Jan-23 | 29.1 | 7,116 | 6,891 | 15,243 | 14,925 |
| 1-Jan-24 | 30.1 | 7,354 | 6,988 | 22,597 | 21,913 |
| 1-Jan-25 | 31.1 | 7,600 | 7,086 | 30,197 | 28,999 |
| 1-Jan-26 | 32.1 | 7,854 | 7,186 | 38,051 | 36,185 |
| 1-Jan-27 | 33.1 | 8,116 | 7,286 | 46,167 | 43,471 |
| 1-Jan-28 | 34.1 | 8,387 | 7,388 | 54,554 | 50,859 |
| 1-Jan-29 | 35.1 | 8,667 | 7,492 | 63,221 | 58,351 |
| 1-Jan-30 | 36.1 | 8,956 | 7,597 | 72,177 | 65,948 |
| 1-Jan-31 | 37.1 | 9,255 | 7,703 | 81,432 | 73,651 |
| 1-Jan-32 | 38.1 | 9,564 | 7,811 | 90,996 | 81,462 |
| 1-Jan-33 | 39.1 | 9,883 | 7,920 | 100,879 | 89,382 |
| 1-Jan-34 | 40.1 | 10,213 | 8,032 | 111,092 | 97,414 |
| 1-Jan-35 | 41.1 | 10,554 | 8,144 | 121,646 | 105,558 |
| 1-Jan-36 | 42.1 | 10,907 | 8,259 | 132,553 | 113,817 |
| 1-Jan-37 | 43.1 | 11,271 | 8,374 | 143,824 | 122,191 |
| 1-Jan-38 | 44.1 | 11,647 | 8,492 | 155,471 | 130,683 |
| 1-Jan-39 | 45.1 | 12,036 | 8,611 | 167,507 | 139,294 |
| 1-Jan-40 | 46.1 | 12,438 | 8,732 | 179,945 | 148,026 |
| 1-Jan-41 | 47.1 | 12,853 | 8,854 | 192,798 | 156,880 |
| 1-Jan-42 | 48.1 | 13,282 | 8,978 | 206,080 | 165,858 |
| 1-Jan-43 | 49.1 | 13,726 | 9,104 | 219,806 | 174,962 |
| 1-Jan-44 | 50.1 | 14,184 | 9,232 | 233,990 | 184,194 |
| 1-Jan-45 | 51.1 | 14,658 | 9,361 | 248,648 | 193,555 |
| 1-Jan-46 | 52.1 | 15,148 | 9,493 | 263,796 | 203,048 |
| 1-Jan-47 | 53.1 | 15,654 | 9,626 | 279,450 | 212,674 |
| 1-Jan-48 | 54.1 | 16,177 | 9,761 | 295,627 | 222,435 |
| 1-Jan-49 | 55.1 | 16,717 | 9,898 | 312,344 | 232,333 |
| 1-Jan-50 | 56.1 | 17,275 | 10,037 | 329,619 | 242,370 |
| 1-Jan-51 | 57.1 | 17,852 | 10,178 | 347,471 | 252,548 |
| 1-Jan-52 | 58.1 | 18,448 | 10,320 | 365,919 | 262,868 |
| 1-Jan-53 | 59.1 | 19,064 | 10,465 | 384,983 | 273,333 |
| 1-Jan-54 | 60.1 | 19,701 | 10,612 | 404,684 | 283,945 |
| 1-Jan-55 | 61.1 | 20,359 | 10,761 | 425,043 | 294,706 |
| 1-Jan-56 | 62.1 | 21,039 | 10,912 | 446,082 | 305,618 |
| 1-Jan-57 | 63.1 | 7,750 | 3,997 | 453,832 | 309,615 |
| 11-May-57 [3] | 63.5 | 13,992 | 7,121 | 467,824 | 316,736 |
| 1-Jan-58 | 64.1 | 22,468 | 11,220 | 490,292 | 327,956 |
| 1-Jan-59 | 65.1 | 23,218 | 11,378 | 513,510 | 339,334 |
| 1-Jan-60 | 66.1 | 21,430 | 10,324 | 534,940 | 349,658 |
| 22-Nov-60 [4] | 67.0 | | | | |
| Subtotal, future: | | $ 534,940 | $ 349,658 | | |
| Total, past and future: | | $ 543,612 | $ 358,330 | | |

Sources and Notes:
[1] See Schedule 6.  Note:  We have not apportioned the contributions to reflect coverage for the decedent's spouse and child only.
[2] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.
[3] Decedent's worklife expectancy ends.
[4] Assuming retirement at age 67.

Schedule 6

**Lee v. The Moody Bible Institute of Chicago**
**But-For Employer Contributions to Fringe Benefits**
**Scenario 1 - Based on Employment as a Pilot**

| Period Beginning | Annual Employer Contributions to Fringe Benefits [1] |
|---|---|
| 1-Jul-20 | $ 6,448 |

**Sources and Notes:**

[1] Based on the Bureau of Labor Statistics study, Employer Costs for Employee Compensation, as of June 2020 the employer cost for health and disability benefits was $3.10 per hour for fulltime employees in the services sector - trade, transportation and utilities.

Lee v. The Moody Bible Institute of Chicago
Loss of Support from Employer Contributions to Retirement and Savings
Scenario 1 - Based on Employment as a Pilot

| Period Beginning | Decedent's Age at Beginning of Period | Loss of Employer Contributions [1] | Decedent's Personal Consumption [2] | Loss of Support from Employer Contributions [3] | Present Value of Loss of Support from Employer Contributions [4] | Cumulative Totals Loss of Support from Employer Contributions | Cumulative Totals Present Value of Loss of Support from Employer Contributions |
|---|---|---|---|---|---|---|---|
| 13-Jul-18 | 24.6 | $ - | $ - | $ - | $ - | $ - | $ - |
| 1-Jan-19 | 25.1 | - | - | - | - | - | - |
| 1-Jan-20 | 26.1 | - | - | - | - | - | - |
| 1-Jul-20 | 26.6 | 1,438 | 331 | 1,107 | 1,107 | 1,107 | 1,107 |
| 1-Jan-21 | 27.1 | 2,425 | 558 | 1,867 | 1,867 | 2,974 | 2,974 |
| Subtotal, past: | | $ 3,863 | $ 889 | $ 2,974 | $ 2,974 | | |
| 25-Oct-21 | 27.9 | 555 | $ 128 | $ 427 | $ 426 | $ 427 | $ 426 |
| 1-Jan-22 | 28.1 | 3,080 | 708 | 2,372 | 2,341 | 2,799 | 2,767 |
| 1-Jan-23 | 29.1 | 1,578 | 363 | 1,215 | 1,188 | 4,014 | 3,955 |
| 1-Jul-23 | 29.6 | 2,232 | 513 | 1,719 | 1,665 | 5,733 | 5,620 |
| 1-Jan-24 | 30.1 | 4,575 | 1,052 | 3,523 | 3,348 | 9,256 | 8,968 |
| 1-Jan-25 | 31.1 | 4,728 | 1,087 | 3,641 | 3,395 | 12,897 | 12,363 |
| 1-Jan-26 | 32.1 | 4,886 | 1,124 | 3,762 | 3,442 | 16,659 | 15,805 |
| 1-Jan-27 | 33.1 | 5,049 | 1,161 | 3,888 | 3,491 | 20,547 | 19,296 |
| 1-Jan-28 | 34.1 | 5,218 | 1,200 | 4,018 | 3,540 | 24,565 | 22,836 |
| 1-Jan-29 | 35.1 | 5,392 | 1,240 | 4,152 | 3,589 | 28,717 | 26,425 |
| 1-Jan-30 | 36.1 | 2,763 | 635 | 2,128 | 1,822 | 30,845 | 28,247 |
| 1-Jul-30 | 36.6 | 3,207 | 738 | 2,469 | 2,094 | 33,314 | 30,341 |
| 1-Jan-31 | 37.1 | 6,575 | 1,512 | 5,063 | 4,214 | 38,377 | 34,555 |
| 1-Jan-32 | 38.1 | 6,795 | 1,563 | 5,232 | 4,273 | 43,609 | 38,828 |
| 1-Jan-33 | 39.1 | 3,482 | 801 | 2,681 | 2,169 | 46,290 | 40,997 |
| 1-Jul-33 | 39.6 | 5,348 | 1,230 | 4,118 | 3,300 | 50,408 | 44,297 |
| 1-Jan-34 | 40.1 | 10,964 | 2,522 | 8,442 | 6,639 | 58,850 | 50,936 |
| 1-Jan-35 | 41.1 | 11,330 | 2,606 | 8,724 | 6,732 | 67,574 | 57,668 |
| 1-Jan-36 | 42.1 | 11,709 | 2,693 | 9,016 | 6,827 | 76,590 | 64,495 |
| 1-Jan-37 | 43.1 | 12,100 | 2,783 | 9,317 | 6,923 | 85,907 | 71,418 |
| 1-Jan-38 | 44.1 | 12,504 | 2,876 | 9,628 | 7,020 | 95,535 | 78,438 |
| 1-Jan-39 | 45.1 | 12,922 | 2,972 | 9,950 | 7,118 | 105,485 | 85,556 |
| 1-Jan-40 | 46.1 | 13,353 | 3,071 | 10,282 | 7,218 | 115,767 | 92,774 |
| 1-Jan-41 | 47.1 | 1,588 | 365 | 1,223 | 857 | 116,990 | 93,631 |
| 12-Feb-41 [5] | 47.2 | 12,211 | 3,785 | 8,426 | 5,804 | 125,416 | 99,435 |
| 1-Jan-42 | 48.1 | 14,260 | 4,421 | 9,839 | 6,651 | 135,255 | 106,086 |
| 1-Jan-43 | 49.1 | 14,736 | 4,568 | 10,168 | 6,744 | 145,423 | 112,830 |
| 1-Jan-44 | 50.1 | 15,228 | 4,721 | 10,507 | 6,838 | 155,930 | 119,668 |
| 1-Jan-45 | 51.1 | 15,737 | 4,878 | 10,859 | 6,935 | 166,789 | 126,603 |
| 1-Jan-46 | 52.1 | 16,263 | 5,042 | 11,221 | 7,032 | 178,010 | 133,635 |
| 1-Jan-47 | 53.1 | 16,806 | 5,210 | 11,596 | 7,131 | 189,606 | 140,766 |
| 1-Jan-48 | 54.1 | 17,367 | 5,384 | 11,983 | 7,231 | 201,589 | 147,997 |
| 1-Jan-49 | 55.1 | 17,947 | 5,564 | 12,383 | 7,332 | 213,972 | 155,329 |
| 1-Jan-50 | 56.1 | 18,547 | 5,750 | 12,797 | 7,435 | 226,769 | 162,764 |
| 1-Jan-51 | 57.1 | 19,166 | 5,941 | 13,225 | 7,540 | 239,994 | 170,304 |
| 1-Jan-52 | 58.1 | 19,806 | 6,140 | 13,666 | 7,645 | 253,660 | 177,949 |
| 1-Jan-53 | 59.1 | 20,468 | 6,345 | 14,123 | 7,753 | 267,783 | 185,702 |
| 1-Jan-54 | 60.1 | 21,151 | 6,557 | 14,594 | 7,861 | 282,377 | 193,563 |
| 1-Jan-55 | 61.1 | 21,858 | 6,776 | 15,082 | 7,972 | 297,459 | 201,535 |
| 1-Jan-56 | 62.1 | 22,588 | 7,002 | 15,586 | 8,084 | 313,045 | 209,619 |
| 1-Jan-57 | 63.1 | 8,321 | 2,580 | 5,741 | 2,961 | 318,786 | 212,580 |
| 11-May-57 [6] | 63.5 | 15,021 | 4,657 | 10,364 | 5,275 | 329,150 | 217,855 |
| 1-Jan-58 | 64.1 | 24,122 | 7,478 | 16,644 | 8,312 | 345,794 | 226,167 |
| 1-Jan-59 | 65.1 | 24,928 | 7,728 | 17,200 | 8,429 | 362,994 | 234,596 |
| 1-Jan-60 | 66.1 | 23,008 | 7,132 | 15,876 | 7,648 | 378,870 | 242,244 |
| 22-Nov-60 [7] | 67.0 | | | | | | |
| Subtotal, future: | | $ 531,472 | $ 152,602 | $ 378,870 | $ 242,244 | | |
| Total, past and future: | | $ 535,335 | $ 153,491 | $ 381,844 | $ 245,218 | | |

Sources and Notes:
[1] See Schedules 2 and 8.
[2] Based on a personal consumption rate of 23% when there is one child in the home (to age 22), and 31.0% thereafter.
[3] Loss of support equals loss of earnings less personal consumption of the decedent.
[4] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.
[5] Daughter AL reaches age 22.
[6] Decedent's worklife expectancy ends.
[7] Assuming retirement at age 67.

Schedule 8

**Lee v. The Moody Bible Institute of Chicago**
**But-For Employer Contributions to Pension Savings Plan**
**Scenario 1 - Based on Employment as a Pilot**

| Period Beginning | Employer Contributions to Retirement and Savings [1] |
|---|---|
| 1-Jul-20 | 4.30% |

Sources and Notes:

[1] Based on the Bureau of Labor Statistics study, Employer Costs for Employee Compensation, as of June 2020 the employer cost for retirement and savings was 4.3% of earnings for fulltime employees in the services sector - trade, transportation and utilities.

Schedule 9

**Lee v. The Moody Bible Institute of Chicago**
**Loss of Support**
**Scenario 2 - Based on Earnings with a Bachelor's Degree**

| Period Beginning | Decedent's Age at Beginning of Period | Loss of Earnings [1] | Decedent's Personal Consumption [2] | Loss of Support [3] | Present Value of Loss of Support [4] | Cumulative Totals Loss of Support | Cumulative Totals Present Value of Loss of Support |
|---|---|---|---|---|---|---|---|
| 13-Jul-18 | 24.6 | $ 1,483 | $ 341 | $ 1,142 | $ 1,142 | $ 1,142 | $ 1,142 |
| 1-Jan-19 | 25.1 | 3,241 | 745 | 2,496 | 2,496 | 3,638 | 3,638 |
| 1-Jan-20 | 26.1 | 1,664 | 383 | 1,281 | 1,281 | 4,919 | 4,919 |
| 1-Jul-20 | 26.6 | 40,945 | 9,417 | 31,528 | 31,528 | 36,447 | 36,447 |
| 1-Jan-21 | 27.1 | 69,048 | 15,881 | 53,167 | 53,167 | 89,614 | 89,614 |
| Subtotal, past: | | $ 116,381 | $ 26,767 | $ 89,614 | $ 89,614 | | |
| 25-Oct-21 | 27.9 | $ 15,809 | $ 3,636 | $ 12,173 | $ 12,150 | $ 12,173 | $ 12,150 |
| 1-Jan-22 | 28.1 | 87,691 | 20,169 | 67,522 | 66,634 | 79,695 | 78,784 |
| 1-Jan-23 | 29.1 | 90,620 | 20,843 | 69,777 | 67,568 | 149,472 | 146,352 |
| 1-Jan-24 | 30.1 | 93,647 | 21,539 | 72,108 | 68,517 | 221,580 | 214,869 |
| 1-Jan-25 | 31.1 | 96,775 | 22,258 | 74,517 | 69,479 | 296,097 | 284,348 |
| 1-Jan-26 | 32.1 | 100,007 | 23,002 | 77,005 | 70,453 | 373,102 | 354,801 |
| 1-Jan-27 | 33.1 | 103,347 | 23,770 | 79,577 | 71,442 | 452,679 | 426,243 |
| 1-Jan-28 | 34.1 | 95,387 | 21,939 | 73,448 | 64,826 | 526,127 | 491,069 |
| 22-Nov-28 | 35.0 | 16,659 | 3,832 | 12,827 | 11,300 | 538,954 | 502,369 |
| 1-Jan-29 | 35.1 | 157,091 | 36,131 | 120,960 | 104,562 | 659,914 | 606,931 |
| 1-Jan-30 | 36.1 | 162,338 | 37,338 | 125,000 | 106,029 | 784,914 | 712,960 |
| 1-Jan-31 | 37.1 | 167,760 | 38,585 | 129,175 | 107,517 | 914,089 | 820,477 |
| 1-Jan-32 | 38.1 | 173,363 | 39,873 | 133,490 | 109,026 | 1,047,579 | 929,503 |
| 1-Jan-33 | 39.1 | 179,153 | 41,205 | 137,948 | 110,555 | 1,185,527 | 1,040,058 |
| 1-Jan-34 | 40.1 | 185,137 | 42,582 | 142,555 | 112,106 | 1,328,082 | 1,152,164 |
| 1-Jan-35 | 41.1 | 191,321 | 44,004 | 147,317 | 113,680 | 1,475,399 | 1,265,844 |
| 1-Jan-36 | 42.1 | 197,711 | 45,474 | 152,237 | 115,274 | 1,627,636 | 1,381,118 |
| 1-Jan-37 | 43.1 | 204,315 | 46,992 | 157,323 | 116,893 | 1,784,959 | 1,498,011 |
| 1-Jan-38 | 44.1 | 188,001 | 43,240 | 144,761 | 105,743 | 1,929,720 | 1,603,754 |
| 22-Nov-38 | 45.0 | 21,552 | 4,957 | 16,595 | 12,099 | 1,946,315 | 1,615,853 |
| 1-Jan-39 | 45.1 | 203,228 | 46,742 | 156,486 | 111,954 | 2,102,801 | 1,727,807 |
| 1-Jan-40 | 46.1 | 210,016 | 48,304 | 161,712 | 113,524 | 2,264,513 | 1,841,331 |
| 1-Jan-41 | 47.1 | 24,973 | 5,744 | 19,229 | 13,474 | 2,283,742 | 1,854,805 |
| 12-Feb-41 | 47.2 | 192,058 | 59,538 | 132,520 | 91,287 | 2,416,262 | 1,946,092 |
| 1-Jan-42 | 48.1 | 224,280 | 69,527 | 154,753 | 104,605 | 2,571,015 | 2,050,697 |
| 1-Jan-43 | 49.1 | 231,771 | 71,849 | 159,922 | 106,073 | 2,730,937 | 2,156,770 |
| 1-Jan-44 | 50.1 | 239,512 | 74,249 | 165,263 | 107,561 | 2,896,200 | 2,264,331 |
| 1-Jan-45 | 51.1 | 247,512 | 76,729 | 170,783 | 109,070 | 3,066,983 | 2,373,401 |
| 1-Jan-46 | 52.1 | 255,779 | 79,291 | 176,488 | 110,601 | 3,243,471 | 2,484,002 |
| 1-Jan-47 | 53.1 | 264,322 | 81,940 | 182,382 | 112,153 | 3,425,853 | 2,596,155 |
| 1-Jan-48 | 54.1 | 243,964 | 75,629 | 168,335 | 101,767 | 3,594,188 | 2,697,922 |
| 22-Nov-48 | 55.0 | 25,047 | 7,765 | 17,282 | 10,428 | 3,611,470 | 2,708,350 |
| 1-Jan-49 | 55.1 | 236,189 | 73,219 | 162,970 | 96,494 | 3,774,440 | 2,804,844 |
| 1-Jan-50 | 56.1 | 244,078 | 75,664 | 168,414 | 97,849 | 3,942,854 | 2,902,693 |
| 1-Jan-51 | 57.1 | 252,230 | 78,191 | 174,039 | 99,222 | 4,116,893 | 3,001,915 |
| 1-Jan-52 | 58.1 | 260,654 | 80,803 | 179,851 | 100,614 | 4,296,744 | 3,102,529 |
| 1-Jan-53 | 59.1 | 269,360 | 83,502 | 185,858 | 102,025 | 4,482,602 | 3,204,554 |
| 1-Jan-54 | 60.1 | 278,357 | 86,291 | 192,066 | 103,457 | 4,674,668 | 3,308,011 |
| 1-Jan-55 | 61.1 | 287,654 | 89,173 | 198,481 | 104,909 | 4,873,149 | 3,412,920 |
| 1-Jan-56 | 62.1 | 297,262 | 92,151 | 205,111 | 106,381 | 5,078,260 | 3,519,301 |
| 1-Jan-57 | 63.1 | 109,507 | 33,947 | 75,560 | 38,968 | 5,153,820 | 3,558,269 |
| 11-May-57 [5] | 63.5 | 197,684 | 61,282 | 136,402 | 69,419 | 5,290,222 | 3,627,688 |
| 1-Jan-58 | 64.1 | 282,662 | 87,625 | 195,037 | 97,585 | 5,485,259 | 3,725,273 |
| 22-Nov-58 | 65.0 | 32,872 | 10,190 | 22,682 | 11,327 | 5,507,941 | 3,736,600 |
| 1-Jan-59 | 65.1 | 309,973 | 96,092 | 213,881 | 104,809 | 5,721,822 | 3,841,409 |
| 1-Jan-60 | 66.1 | 286,099 | 88,691 | 197,408 | 95,103 | 5,919,230 | 3,936,512 |
| 22-Nov-60 [6] | 67.0 | | | | | | |
| Subtotal, future: | | $ 8,234,727 | $ 2,315,497 | $ 5,919,230 | $ 3,936,512 | | |
| Total, past and future: | | $ 8,351,108 | $ 2,342,264 | $ 6,008,844 | $ 4,026,126 | | |

Sources and Notes:
[1] See Schedule 10.
[2] Based on a personal consumption rate of 23.0% when there is one child in the home (to age 22), and 31.0% thereafter.
[3] Loss of support equals loss of earnings less personal consumption of the decedent.
[4] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.
[5] Decedent's worklife expectancy ends.
[6] Assuming retirement at age 67.

Schedule 10

**Lee v. The Moody Bible Institute of Chicago**
**But-For Annual Earnings**
**Scenario 2 - Based on Earnings with a Bachelor's Degree**

| Period Beginning | Years | Occupation/Education | But-For Annual Earnings | Earnings Base Year | Annual Earnings Adjusted to Period Beginning | |
|---|---|---|---|---|---|---|
| 13-Jul-18 | 2.0 | College student/part time janitor | $  3,147 | 2018 | $    3,147 | [1] |
| 1-Jul-20 | 8.4 | Bachelor's degree, ages 26.6-34 | 79,746 | 2019 | 82,114 | [2] |
| 22-Nov-28 | 10.0 | Bachelor's degree, ages 35-44 | 117,299 | 2019 | 152,014 | [2] |
| 22-Nov-38 | 10.0 | Bachelor's degree, ages 45-54 | 109,255 | 2019 | 196,660 | [2] |
| 22-Nov-48 | 10.0 | Bachelor's degree, ages 55-64 | 91,418 | 2019 | 228,555 | [2] |
| 22-Nov-58 | 2.0 | Bachelor's degree, ages 65-67 | 86,380 | 2019 | 299,955 | [2] |

Sources and Notes:

[1] Based on the decedent's earnings as a part-time janitor at Moody Bible Institute of Chicago. Earnings for 2018 are adjusted to reflect a full year. See Schedule 4.

[2] Based on the decedent's but-for earnings with a Bachelor's degree. According to data from the U.S. Census Bureau, Current Population Survey, 2020 Annual Social and Economic Supplement (CPS ASEC), the 2019 average earnings above are for males of Asian descent with Bachelor's degrees, who worked fulltime. We have adjusted the 2019 earnings to each period beginning date, using a past wage growth rate of 2.97% per year, and a future wage growth rate of 3.34% per year, beginning in 2021. These wage growth rates are based on historical private sector wage data from the Bureau of Labor Statistics.

**Lee v. The Moody Bible Institute of Chicago**
**Loss of Employer Contributions to Fringe Benefits**
**Scenario 2 - Based on Earnings with a Bachelor's Degree**

| Period Beginning | Decedent's Age at Beginning of Period | Loss of Fringe Benefits [1] | Present Value of Loss of Fringe Benefits [2] | Cumulative Totals Loss of Fringe Benefits | Cumulative Totals Present Value of Loss of Fringe Benefits |
|---|---|---|---|---|---|
| 13-Jul-18 | 24.6 | $ - | $ - | $ - | $ - |
| 1-Jan-19 | 25.1 | - | - | - | - |
| 1-Jan-20 | 26.1 | - | - | - | - |
| 1-Jul-20 | 26.6 | 3,701 | 3,701 | 3,701 | 3,701 |
| 1-Jan-21 | 27.1 | 6,174 | 6,174 | 9,875 | 9,875 |
| Subtotal, past: | | $ 9,875 | $ 9,875 | | |
| 25-Oct-21 | 27.9 | $ 1,414 | $ 1,411 | $ 1,414 | $ 1,411 |
| 1-Jan-22 | 28.1 | 7,841 | 7,738 | 9,255 | 9,149 |
| 1-Jan-23 | 29.1 | 8,103 | 7,847 | 17,358 | 16,996 |
| 1-Jan-24 | 30.1 | 8,374 | 7,957 | 25,732 | 24,953 |
| 1-Jan-25 | 31.1 | 8,654 | 8,069 | 34,386 | 33,022 |
| 1-Jan-26 | 32.1 | 8,943 | 8,182 | 43,329 | 41,204 |
| 1-Jan-27 | 33.1 | 9,242 | 8,297 | 52,571 | 49,501 |
| 1-Jan-28 | 34.1 | 9,551 | 8,414 | 62,122 | 57,915 |
| 1-Jan-29 | 35.1 | 9,870 | 8,532 | 71,992 | 66,447 |
| 1-Jan-30 | 36.1 | 10,200 | 8,652 | 82,192 | 75,099 |
| 1-Jan-31 | 37.1 | 10,541 | 8,774 | 92,733 | 83,873 |
| 1-Jan-32 | 38.1 | 10,893 | 8,897 | 103,626 | 92,770 |
| 1-Jan-33 | 39.1 | 11,257 | 9,022 | 114,883 | 101,792 |
| 1-Jan-34 | 40.1 | 11,633 | 9,148 | 126,516 | 110,940 |
| 1-Jan-35 | 41.1 | 12,022 | 9,277 | 138,538 | 120,217 |
| 1-Jan-36 | 42.1 | 12,424 | 9,408 | 150,962 | 129,625 |
| 1-Jan-37 | 43.1 | 12,839 | 9,540 | 163,801 | 139,165 |
| 1-Jan-38 | 44.1 | 13,268 | 9,674 | 177,069 | 148,839 |
| 1-Jan-39 | 45.1 | 13,711 | 9,809 | 190,780 | 158,648 |
| 1-Jan-40 | 46.1 | 14,169 | 9,947 | 204,949 | 168,595 |
| 1-Jan-41 | 47.1 | 14,642 | 10,086 | 219,591 | 178,681 |
| 1-Jan-42 | 48.1 | 15,131 | 10,228 | 234,722 | 188,909 |
| 1-Jan-43 | 49.1 | 15,636 | 10,371 | 250,358 | 199,280 |
| 1-Jan-44 | 50.1 | 16,158 | 10,516 | 266,516 | 209,796 |
| 1-Jan-45 | 51.1 | 16,698 | 10,664 | 283,214 | 220,460 |
| 1-Jan-46 | 52.1 | 17,256 | 10,814 | 300,470 | 231,274 |
| 1-Jan-47 | 53.1 | 17,832 | 10,965 | 318,302 | 242,239 |
| 1-Jan-48 | 54.1 | 18,428 | 11,120 | 336,730 | 253,359 |
| 1-Jan-49 | 55.1 | 19,043 | 11,275 | 355,773 | 264,634 |
| 1-Jan-50 | 56.1 | 19,679 | 11,434 | 375,452 | 276,068 |
| 1-Jan-51 | 57.1 | 20,336 | 11,594 | 395,788 | 287,662 |
| 1-Jan-52 | 58.1 | 21,015 | 11,756 | 416,803 | 299,418 |
| 1-Jan-53 | 59.1 | 21,717 | 11,921 | 438,520 | 311,339 |
| 1-Jan-54 | 60.1 | 22,442 | 12,088 | 460,962 | 323,427 |
| 1-Jan-55 | 61.1 | 23,192 | 12,258 | 484,154 | 335,685 |
| 1-Jan-56 | 62.1 | 23,967 | 12,431 | 508,121 | 348,116 |
| 1-Jan-57 | 63.1 | 8,829 | 4,553 | 516,950 | 352,669 |
| 11-May-57 [3] | 63.5 | 15,938 | 8,111 | 532,888 | 360,780 |
| 1-Jan-58 | 64.1 | 25,594 | 12,781 | 558,482 | 373,561 |
| 1-Jan-59 | 65.1 | 26,449 | 12,961 | 584,931 | 386,522 |
| 1-Jan-60 | 66.1 | 24,412 | 11,761 | 609,343 | 398,283 |
| 22-Nov-60 [4] | 67.0 | | | | |
| Subtotal, future: | | $ 609,343 | $ 398,283 | | |
| Total, past and future: | | $ 619,218 | $ 408,158 | | |

Sources and Notes:

[1] See Schedule 12. Note: We have not apportioned the contributions to reflect coverage for the decedent's spouse and child only.

[2] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.

[3] Decedent's worklife expectancy ends.

[4] Assuming retirement at age 67.

**Lee v. The Moody Bible Institute of Chicago**
**But-For Employer Contributions to Fringe Benefits**
**Scenario 2 - Based on Earnings with a Bachelor's Degree**

| Period Beginning | Annual Employer Contributions to Fringe Benefits [1] |
|---|---|
| 1-Jul-20 | $ 7,342 |

**Sources and Notes:**
[1] Based on the Bureau of Labor Statistics study, Employer Costs for Employee Compensation, as of June 2020 the employer cost for health and disability benefits was $3.53 per hour for fulltime employees in the private sector.

Schedule 13

Lee v. The Moody Bible Institute of Chicago
Loss of Support from Employer Contributions to Retirement and Savings
Scenario 2 - Based on Earnings with a Bachelor's Degree

| Period Beginning | Decedent's Age at Beginning of Period | Loss of Employer Contributions [1] | Decedent's Personal Consumption [2] | Loss of Support from Employer Contributions [3] | Present Value of Loss of Support from Employer Contributions [4] | Cumulative Totals Loss of Support from Employer Contributions | Cumulative Totals Present Value of Loss of Support from Employer Contributions |
|---|---|---|---|---|---|---|---|
| 13-Jul-18 | 24.6 | $ - | $ - | $ - | $ - | $ - | $ - |
| 1-Jan-19 | 25.1 | - | - | - | - | - | - |
| 1-Jan-20 | 26.1 | - | - | - | - | - | - |
| 1-Jul-20 | 26.6 | 1,556 | 358 | 1,198 | 1,198 | 1,198 | 1,198 |
| 1-Jan-21 | 27.1 | 2,624 | 604 | 2,020 | 2,020 | 3,218 | 3,218 |
| Subtotal, past: | | $ 4,180 | $ 962 | $ 3,218 | $ 3,218 | | |
| 25-Oct-21 | 27.9 | $ 601 | $ 138 | $ 463 | $ 462 | $ 463 | $ 462 |
| 1-Jan-22 | 28.1 | 3,332 | 766 | 2,566 | 2,532 | 3,029 | 2,994 |
| 1-Jan-23 | 29.1 | 3,444 | 792 | 2,652 | 2,568 | 5,681 | 5,562 |
| 1-Jan-24 | 30.1 | 3,559 | 819 | 2,740 | 2,604 | 8,421 | 8,166 |
| 1-Jan-25 | 31.1 | 3,677 | 846 | 2,831 | 2,640 | 11,252 | 10,806 |
| 1-Jan-26 | 32.1 | 3,800 | 874 | 2,926 | 2,677 | 14,178 | 13,483 |
| 1-Jan-27 | 33.1 | 3,927 | 903 | 3,024 | 2,715 | 17,202 | 16,198 |
| 1-Jan-28 | 34.1 | 3,625 | 834 | 2,791 | 2,463 | 19,993 | 18,661 |
| 22-Nov-28 | 35.0 | 633 | 146 | 487 | 429 | 20,480 | 19,090 |
| 1-Jan-29 | 35.1 | 5,969 | 1,373 | 4,596 | 3,973 | 25,076 | 23,063 |
| 1-Jan-30 | 36.1 | 6,169 | 1,419 | 4,750 | 4,029 | 29,826 | 27,092 |
| 1-Jan-31 | 37.1 | 6,375 | 1,466 | 4,909 | 4,086 | 34,735 | 31,178 |
| 1-Jan-32 | 38.1 | 6,588 | 1,515 | 5,073 | 4,143 | 39,808 | 35,321 |
| 1-Jan-33 | 39.1 | 6,808 | 1,566 | 5,242 | 4,201 | 45,050 | 39,522 |
| 1-Jan-34 | 40.1 | 7,035 | 1,618 | 5,417 | 4,260 | 50,467 | 43,782 |
| 1-Jan-35 | 41.1 | 7,270 | 1,672 | 5,598 | 4,320 | 56,065 | 48,102 |
| 1-Jan-36 | 42.1 | 7,513 | 1,728 | 5,785 | 4,380 | 61,850 | 52,482 |
| 1-Jan-37 | 43.1 | 7,764 | 1,786 | 5,978 | 4,442 | 67,828 | 56,924 |
| 1-Jan-38 | 44.1 | 7,144 | 1,643 | 5,501 | 4,018 | 73,329 | 60,942 |
| 22-Nov-38 | 45.0 | 819 | 188 | 631 | 460 | 73,960 | 61,402 |
| 1-Jan-39 | 45.1 | 7,723 | 1,776 | 5,947 | 4,255 | 79,907 | 65,657 |
| 1-Jan-40 | 46.1 | 7,981 | 1,836 | 6,145 | 4,314 | 86,052 | 69,971 |
| 1-Jan-41 | 47.1 | 949 | 218 | 731 | 512 | 86,783 | 70,483 |
| 12-Feb-41 [5] | 47.2 | 7,298 | 1,679 | 5,619 | 3,871 | 92,402 | 74,354 |
| 1-Jan-42 | 48.1 | 8,523 | 2,642 | 5,881 | 3,975 | 98,283 | 78,329 |
| 1-Jan-43 | 49.1 | 8,807 | 2,730 | 6,077 | 4,031 | 104,360 | 82,360 |
| 1-Jan-44 | 50.1 | 9,101 | 2,821 | 6,280 | 4,087 | 110,640 | 86,447 |
| 1-Jan-45 | 51.1 | 9,405 | 2,916 | 6,489 | 4,144 | 117,129 | 90,591 |
| 1-Jan-46 | 52.1 | 9,720 | 3,013 | 6,707 | 4,203 | 123,836 | 94,794 |
| 1-Jan-47 | 53.1 | 10,044 | 3,114 | 6,930 | 4,261 | 130,766 | 99,055 |
| 1-Jan-48 | 54.1 | 9,271 | 2,874 | 6,397 | 3,867 | 137,163 | 102,922 |
| 22-Nov-48 | 55.0 | 952 | 295 | 657 | 396 | 137,820 | 103,318 |
| 1-Jan-49 | 55.1 | 8,975 | 2,782 | 6,193 | 3,667 | 144,013 | 106,985 |
| 1-Jan-50 | 56.1 | 9,275 | 2,875 | 6,400 | 3,718 | 150,413 | 110,703 |
| 1-Jan-51 | 57.1 | 9,585 | 2,971 | 6,614 | 3,771 | 157,027 | 114,474 |
| 1-Jan-52 | 58.1 | 9,905 | 3,071 | 6,834 | 3,823 | 163,861 | 118,297 |
| 1-Jan-53 | 59.1 | 10,236 | 3,173 | 7,063 | 3,877 | 170,924 | 122,174 |
| 1-Jan-54 | 60.1 | 10,578 | 3,279 | 7,299 | 3,932 | 178,223 | 126,106 |
| 1-Jan-55 | 61.1 | 10,931 | 3,389 | 7,542 | 3,986 | 185,765 | 130,092 |
| 1-Jan-56 | 62.1 | 11,296 | 3,502 | 7,794 | 4,042 | 193,559 | 134,134 |
| 1-Jan-57 | 63.1 | 4,161 | 1,290 | 2,871 | 1,481 | 196,430 | 135,615 |
| 11-May-57 [6] | 63.5 | 7,512 | 2,329 | 5,183 | 2,638 | 201,613 | 138,253 |
| 1-Jan-58 | 64.1 | 10,741 | 3,330 | 7,411 | 3,708 | 209,024 | 141,961 |
| 22-Nov-58 | 65.0 | 1,249 | 387 | 862 | 430 | 209,886 | 142,391 |
| 1-Jan-59 | 65.1 | 11,779 | 3,651 | 8,128 | 3,983 | 218,014 | 146,374 |
| 1-Jan-60 | 66.1 | 10,872 | 3,370 | 7,502 | 3,614 | 225,516 | 149,988 |
| 22-Nov-60 [7] | 67.0 | | | | | | |
| Subtotal, future: | | $ 312,921 | $ 87,405 | $ 225,516 | $ 149,988 | | |
| Total, past and future: | | $ 317,101 | $ 88,367 | $ 228,734 | $ 153,206 | | |

Sources and Notes:
[1] See Schedules 9 and 14.
[2] Based on a personal consumption rate of 23.0% when there is one child in the home (to age 22), and 31.0% thereafter.
[3] Loss of support equals loss of earnings less personal consumption of the decedent.
[4] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.
[5] Daughter AL reaches age 22.
[6] Decedent's worklife expectancy ends.
[7] Assuming retirement at age 67.

Schedule 14

**Lee v. The Moody Bible Institute of Chicago**
**But-For Employer Contributions to Pension Savings Plan**
**Scenario 2 - Based on Earnings with a Bachelor's Degree**

| Period Beginning | Employer Contributions to Retirement and Savings [1] |
|---|---|
| 1-Jul-20 | 3.80% |

Sources and Notes:
[1] Based on the Bureau of Labor Statistics study, Employer Costs for Employee Compensation, as of June 2020 the employer cost for retirement and savings was 3.8% oof earnings for fulltime employees in the private sector.

Lee v. The Moody Bible Institute of Chicago
Loss of Household Services, Assuming Retirement at Age 67

| Period Beginning | Decedent's Age at Beginning of Period | Household Activities and Purchasing [1] | Caring For/ Helping Household Members [1] | Loss of Household Services [2] | Present Value of Loss of Household Services [3] | Cumulative Totals | |
|---|---|---|---|---|---|---|---|
| | | | | | | Loss of Household Services | Present Value of Loss of Household Services |
| 13-Jul-18 | 24.6 | $ 3,615 | $ 85 | $ 1,893 | $ 1,893 | $ 1,893 | $ 1,893 |
| 1-Jan-19 | 25.1 | 917 | 917 | 1,376 | 1,376 | 3,269 | 3,269 |
| 12-Feb-19 [4] | 25.2 | 7,658 | 5,375 | 10,480 | 10,480 | 13,749 | 13,749 |
| 1-Jan-20 | 26.1 | 8,991 | 6,311 | 12,305 | 12,305 | 26,054 | 26,054 |
| 1-Jan-21 | 27.1 | 7,599 | 5,333 | 10,399 | 10,399 | 36,453 | 36,453 |
| Subtotal, past: | | $ 28,780 | $ 18,021 | $ 36,453 | $ 36,453 | | |
| 25-Oct-21 | 27.9 | $ 1,739 | $ 1,221 | $ 2,380 | $ 2,376 | $ 2,380 | $ 2,376 |
| 1-Jan-22 | 28.1 | 9,699 | 6,807 | 13,273 | 13,098 | 15,653 | 15,474 |
| 1-Jan-23 | 29.1 | 10,073 | 7,070 | 13,785 | 13,349 | 29,438 | 28,823 |
| 1-Jan-24 | 30.1 | 10,462 | 7,343 | 14,318 | 13,605 | 43,756 | 42,428 |
| 1-Jan-25 | 31.1 | 1,250 | 878 | 1,711 | 1,623 | 45,467 | 44,051 |
| 12-Feb-25 [5] | 31.2 | 8,705 | 3,139 | 8,942 | 8,337 | 54,409 | 52,388 |
| 1-Jan-26 | 32.1 | 10,216 | 3,684 | 10,495 | 9,602 | 64,904 | 61,990 |
| 1-Jan-27 | 33.1 | 10,611 | 3,826 | 10,900 | 9,786 | 75,804 | 71,776 |
| 1-Jan-28 | 34.1 | 11,020 | 3,974 | 11,321 | 9,973 | 87,125 | 81,749 |
| 1-Jan-29 | 35.1 | 11,446 | 4,127 | 11,758 | 10,164 | 98,883 | 91,913 |
| 1-Jan-30 | 36.1 | 11,887 | 4,287 | 12,212 | 10,359 | 111,095 | 102,272 |
| 1-Jan-31 | 37.1 | 12,346 | 4,452 | 12,683 | 10,556 | 123,778 | 112,828 |
| 1-Jan-32 | 38.1 | 12,823 | 4,624 | 13,173 | 10,759 | 136,951 | 123,587 |
| 1-Jan-33 | 39.1 | 13,318 | 4,803 | 13,682 | 10,965 | 150,633 | 134,552 |
| 1-Jan-34 | 40.1 | 13,832 | 4,988 | 14,209 | 11,174 | 164,842 | 145,726 |
| 1-Jan-35 | 41.1 | 14,366 | 5,180 | 14,757 | 11,387 | 179,599 | 157,113 |
| 1-Jan-36 | 42.1 | 14,920 | 5,380 | 15,327 | 11,606 | 194,926 | 168,719 |
| 1-Jan-37 | 43.1 | 1,783 | 643 | 1,832 | 1,385 | 196,758 | 170,104 |
| 12-Feb-37 [6] | 43.2 | 13,951 | 329 | 7,305 | 5,428 | 204,063 | 175,532 |
| 1-Jan-38 | 44.1 | 16,374 | 386 | 8,573 | 6,250 | 212,636 | 181,782 |
| 1-Jan-39 | 45.1 | 17,006 | 401 | 8,904 | 6,370 | 221,540 | 188,152 |
| 1-Jan-40 | 46.1 | 17,662 | 417 | 9,248 | 6,492 | 230,788 | 194,644 |
| 1-Jan-41 | 47.1 | 18,344 | 433 | 9,605 | 6,616 | 240,393 | 201,260 |
| 1-Jan-42 | 48.1 | 19,052 | 450 | 9,976 | 6,743 | 250,369 | 208,003 |
| 1-Jan-43 | 49.1 | 19,788 | 467 | 10,361 | 6,872 | 260,730 | 214,875 |
| 1-Jan-44 | 50.1 | 20,551 | 485 | 10,761 | 7,004 | 271,491 | 221,879 |
| 1-Jan-45 | 51.1 | 21,345 | 504 | 11,177 | 7,138 | 282,668 | 229,017 |
| 1-Jan-46 | 52.1 | 22,169 | 523 | 11,608 | 7,274 | 294,276 | 236,291 |
| 1-Jan-47 | 53.1 | 23,024 | 543 | 12,055 | 7,413 | 306,331 | 243,704 |
| 1-Jan-48 | 54.1 | 23,913 | 564 | 12,521 | 7,555 | 318,852 | 251,259 |
| 1-Jan-49 | 55.1 | 24,836 | 586 | 13,004 | 7,700 | 331,856 | 258,959 |
| 1-Jan-50 | 56.1 | 25,795 | 609 | 13,507 | 7,848 | 345,363 | 266,807 |
| 1-Jan-51 | 57.1 | 26,791 | 632 | 14,028 | 7,998 | 359,391 | 274,805 |
| 1-Jan-52 | 58.1 | 27,825 | 657 | 14,570 | 8,151 | 373,961 | 282,956 |
| 1-Jan-53 | 59.1 | 28,899 | 682 | 15,132 | 8,307 | 389,093 | 291,263 |
| 1-Jan-54 | 60.1 | 30,014 | 708 | 15,715 | 8,465 | 404,808 | 299,728 |
| 1-Jan-55 | 61.1 | 31,173 | 736 | 16,323 | 8,628 | 421,131 | 308,356 |
| 1-Jan-56 | 62.1 | 32,376 | 764 | 16,952 | 8,792 | 438,083 | 317,148 |
| 1-Jan-57 | 63.1 | 33,626 | 793 | 17,606 | 8,960 | 455,689 | 326,108 |
| 1-Jan-58 | 64.1 | 34,924 | 824 | 18,286 | 9,132 | 473,975 | 335,240 |
| 1-Jan-59 | 65.1 | 36,272 | 856 | 18,992 | 9,307 | 492,967 | 344,547 |
| 1-Jan-60 | 66.1 | 33,647 | 794 | 17,618 | 8,488 | 510,585 | 353,035 |
| 22-Nov-60 [7] | 67.0 | 6,417 | 268 | 3,477 | 1,672 | 514,062 | 354,707 |
| 1-Jan-61 | 67.1 | 60,818 | 2,540 | 32,949 | 15,547 | 547,011 | 370,254 |
| 1-Jan-62 | 68.1 | 63,166 | 2,638 | 34,221 | 15,844 | 581,232 | 386,098 |
| 1-Jan-63 | 69.1 | 65,604 | 2,740 | 35,542 | 16,147 | 616,774 | 402,245 |
| 1-Jan-64 | 70.1 | 68,136 | 2,846 | 36,914 | 16,456 | 653,688 | 418,701 |
| 1-Jan-65 | 71.1 | 70,766 | 2,956 | 38,339 | 16,771 | 692,027 | 435,472 |
| 1-Jan-66 | 72.1 | 73,498 | 3,070 | 39,819 | 17,092 | 731,846 | 452,564 |
| 1-Jan-67 | 73.1 | 76,335 | 3,188 | 41,356 | 17,419 | 773,202 | 469,983 |
| 1-Jan-68 | 74.1 | 79,282 | 3,311 | 42,952 | 17,752 | 816,154 | 487,735 |
| 1-Jan-69 | 75.1 | 82,342 | 3,439 | 44,610 | 18,092 | 860,764 | 505,827 |
| 1-Jan-70 | 76.1 | 85,520 | 3,572 | 46,332 | 18,438 | 907,096 | 524,265 |
| 1-Jan-71 | 77.1 | 52,360 | 2,187 | 28,367 | 11,162 | 935,463 | 535,427 |
| 4-Aug-71 [8] | 77.7 | | | | | | |
| Subtotal, future: | | $ 1,564,097 | $ 123,324 | $ 935,463 | $ 535,427 | | |
| Total, past and future: | | $ 1,592,877 | $ 141,345 | $ 971,916 | $ 571,880 | | |

Sources and Notes:
[1] See Schedule 16.
[2] Loss of household services equals the value of household activities and purchasing apportioned at 50% to account for the decedent's but-for consumption (50%) in a two person household, and at 67% to account for the decedent's but-for consumption (33%) in a three person household. In addition, we have included 100% of the value of caring for and helping other family members.
[3] Discounted to present value using a discount rate of 1.91% based on the current yield on long term treasury bonds.
[4] Daughter AL is born.
[5] Daughter AL reaches age 6.
[6] Daughter AL reaches age 18.
[7] Assuming retirement at age 67.

Schedule 16

**Lee v. The Moody Bible Institute of Chicago**
**Annual Dollar Value of Household Services of Males, 2018**

| | Hours Per Day in Household Work [1] | | | | | |
|---|---|---|---|---|---|---|
| | Employed | | | Not Employed | | |
| | Age of Youngest Child | | | Age of Youngest Child | | |
| | 0 to 6 | 6 to 18 | 18 or none | 0 to 6 | 6 to 18 | 18 or none |
| Household Activities | | | | | | |
|   Housework | 0.28 | 0.24 | 0.20 | [2] | 0.39 | 0.27 |
|   Food preparation and cleanup | 0.40 | 0.33 | 0.33 | 0.63 | 0.50 | 0.42 |
|   Lawn and garden care | 0.18 | 0.20 | 0.23 | [2] | [2] | 0.38 |
|   Household management | 0.10 | 0.10 | 0.10 | [2] | 0.08 | 0.19 |
|   Other | 0.31 | 0.33 | 0.36 | 1.20 | 0.86 | 0.58 |
| | 1.27 | 1.20 | 1.22 | 1.83 | 1.83 | 1.84 |
| Purchasing Goods and Services | | | | | | |
|   Consumer goods | 0.32 | 0.24 | 0.22 | [2] | 0.20 | 0.32 |
|   Professional and personal care services | 0.03 | 0.03 | 0.04 | [2] | [2] | 0.22 |
|   Other | 0.28 | 0.25 | 0.27 | [2] | 0.26 | 0.34 |
| | 0.63 | 0.52 | 0.53 | 0.66 | 0.46 | 0.88 |
| **Total, Household Activities and Purchasing** | **1.90** | **1.72** | **1.75** | **2.49** | **2.29** | **2.72** |
| Caring For and Helping Household Members | | | | | | |
|   Household children | 1.14 | 0.43 | 0.00 | 1.48 | 0.39 | 0.00 |
|   Other members | 0.15 | 0.17 | 0.04 | 0.18 | 0.20 | 0.11 |
| **Total, Caring For and Helping Household Members** | **1.29** | **0.60** | **0.04** | **1.66** | **0.59** | **0.11** |
| **Grand Total, Hours Per Day in Household Work** | **3.19** | **2.32** | **1.79** | **4.15** | **2.88** | **2.83** |
| **Annual Dollar Value as of 2018** | | | | | | |
|   **Household Activities and Purchasing** [3] | $8,329 | $7,540 | $7,671 | $10,915 | $10,039 | $11,924 |
|   **Caring for and Helping Household Members** [4] | $5,846 | $2,719 | $181 | $7,522 | $2,674 | $498 |
| | $14,175 | $10,259 | $7,852 | $18,437 | $12,713 | $12,422 |

Sources and Notes:

[1] Based on the American Time Use Survey, 2018, Bureau of Labor Statistics, dated June 19, 2019.
See Tables 8B and 8C.

[2] Insufficient data.

[3] Based on $12.01 per hour. See Schedule 17.

[4] Based on $12.42 per hour. See Schedule 17.

**Lee v. The Moody Bible Institute of Chicago**
**Median Wage Rates for Household Services**

|  | 2018 [1] |
|---|---:|
| Food Preparation and Serving Related Occupations | **$ 11.85** |
|    Cooks, short order | 12.82 |
|    Food preparation | 12.36 |
|    Dishwashers | 11.92 |
| Maids and Housekeeping Cleaners | **$ 12.17** |
| Childcare Workers | $ 12.20 |
| Personal Care Aids | 12.63 |
|  | **$ 12.42** |
| **Hourly Wage:  Household Activities and Purchasing** | **$ 12.01** |
| **Hourly Wage:  Caring For and Helping Household Members** | **$ 12.42** |

Sources and Notes:
[1] Obtained from the 2018 Occupational Employment and Wage Estimates, published by the Washington State Employment Security Department, Workforce Information and Technology Services (WITS) Division.  Data for the Spokane-Spokane Valley metropolitan area.