# CURRICULUM VITAE

of

# Peter R. Leffe, BsME, MArch, AIA, NCARB

### Architect, Mechanical Engineer with Metallurgy, Airline Transport Pilot

Address:  P.O. Box 1331                                             Revision date:  August 2014
Venice, California 90294
Phone:    310-346-1116

**PROFESSIONAL SPECIALIZATION**

     Accident investigation, reconstruction and failure analysis.  All forms of mechanical equipment and vehicle inspection including failure analysis.  Design defect analysis, structural analysis and reconstruction.  Analysis of controls, redundant systems, placement, use, design and warnings.  Metallurgical analysis, fatigue failure, stress corrosion cracking and stress analysis.  Architectural and construction consulting including failure analysis and design reviews.  Winter sports equipment failure analysis. Ski technique and skier responsibility evaluation.
     Court qualified in State and Federal courts, accident investigation, reconstruction, design, failure mode; aircraft, mechanical equipment, winter sports, construction defects, slip-trip and fall, vehicle braking systems, seat belts and others.  Consultation, analysis and as needed, courtroom testimony, participation in more than 250 cases over the past 20 years.

**EDUCATION**

Bachelor of Science, Mechanical Engineering with Metallurgy,
     Indiana Institute of Technology, 1963-1968

Master of Architecture
     University of California, Berkeley 1973-1976

Diplomate, National Council of Architectural Registration Boards (NCARB), 1991

Federal Aviation Administration, Airline Transport Pilot, licensure, 1995

Certificate, Aircraft Accident Investigation
     School of Engineering, University of Southern California, 1997

Federal Aviation Administration, Aviation Safety Counselor training, 2001

National Transportation Safety Board, First Responder training and certification, 2005

European Society of Air Safety Investigators course:  Air Accident Investigation in the European Environment, Cranfield University, Bedfordshire, England 2008

Federal Aviation Administration, Airframe and Powerplant Mechanic, licensure, 2012

**PROFESSIONAL ORGANIZATION MEMBERSHIPS**

Member, American Institute of Architects (AIA)
Member, American Society of Mechanical Engineers (ASME)
Member, ASTM International (ASTM)
Member, International Society of Air Safety Investigators (ISASI)
Member, International Society for Skiing Safety (ISSS)
Member, Experimental Aircraft Association (EAA)
Member, Warbird Operators of America, Association
Former Member, NASA Astronaut Candidate Pool


**LICENSES**

Registered Professional Architect
Federal Aviation Administration, Airline Transport Pilot
Federal Aviation Administration, Airframe and Powerplant Mechanic


**SCHOLARSHIPS AND AWARDS**

The American Institute of Architects
	Waid Scholarship, 1974
The American Institute of Architects,
	Institute Scholar, 1975
Experimental Aircraft Association
	T-18 Award, 1985

**TEACHING**

Indiana Institute of Technology
	Teaching Assistant in Metallurgy
University of California at Berkeley
	Teaching Fellowship in Structural Engineering
University of California at Berkeley

   Teaching Assistant in Environmental Design
Check pilot, Airpower Aviation Resources
   Siai Marchetti Aircraft Distributor, USA
United States Navy Test Pilot School, Qualitative Evaluation Program
   Safety/Instructor Pilot  SF-260 aircraft
National Test Pilot School
   Safety/Instructor Pilot  SF-260 aircraft

## PROFESSIONAL EXPERIENCE

Associate Engineer/Scientist, McDonnell Douglas Aircraft Corp., Long Beach, CA
  Design engineering services group involved in design of wing structural components DC 10 and assigned to the Acoustic Research Group involved in the noise reduction program and testing of porous media.   1968 -

Research Associate in Environmental Design, The Farallones Institute, Berkeley, CA
  Responsible for the design of geodesic and inflatable structures under a grant from the Ford Foundation and the Rosenberg Foundation.   1970 -

Product and Architectural Design, Berkeley, CA
  Responsible for Architectural products and small Architecture projects.   1973 -

Architectural Intern and Engineer, The Architectural Group, Jackson, Wyoming
  Responsible for Architectural design of residential and commercial projects. Provided engineering on projects and structural engineering consultation.   1976 -

Vice President, Pacific Western Psychiatric Medical Group.
  Group Architect, responsible for architectural renovation of 18 hospital units in the Southern California area, the management of physician employees, manager of intellectual property and litigation matters.  1981 -

Consulting Professional Architect and Engineer, Wyoming and California
  General practice of Architecture 1989-present

Consulting Architect
  Consultation for litigation   1994-present

Consulting Mechanical Engineer and Metallurgist
  Consultation for litigation   1994-present

Consulting Airline Transport Pilot,
  Consultation for litigation   1994-present

Professional Pilot

    Advanced aircraft instruction   1995-present
    Aircraft ferry services
Chief Aviation Safety Counselor, Federal Aviation Administration   1999-2006
    General Aviation Operations
    Los Angeles International Airport

Federal Aviation Administration, FAAST Aviation Safety Team
    All airports, Southern California Region   2007-present

**TELEVISED & RADIO DOCUMENTARY APPEARANCES**

    Appeared on the History Channel program "Decoding the Past" for the analysis of aviation accidents in the Bermuda Triangle (Two hour special), 2006

    Numerous appearances and interviews on Spike TV as an expert

    Radio interviews as an aviation accident expert for the Associated Press, commenting on probable cause of various accidents.

    Radio interview on National Public Radio as an Aviation Expert

    Radio interviews in the field of Architecture at the AIA National Convention.

# Peter R. Leffe
## Airline Transport Pilot, Aviation Accident Investigator

## Curriculum Vitae Supplement
## AVIATION

Specialization:  Aviation accident investigation and reconstruction.  Wreckage analysis, structural reconstruction, design defect analysis.  Power plant teardowns, analysis and testing.  Maintenance reviews including reviews of airframe and power plant log books. Systems analysis and redundant system integration analysis.

Piloting, flight plan analysis, pilot actions, qualifications and training. Pilot decision making, control input analysis, other pilot actions and decisions related to safety of flight.

Failure analysis of materials and structures. Stress corrosion cracking including the analysis of the inter-relationship of environment to component failure.

Flight path reconstruction using in-flight reconstruction of radar traces and Global Positioning System tracking. Flight testing of aircraft and systems.

Specialty Education:

    Certificate, Aircraft Accident Investigation, School of Engineering, University of Southern California, 1997

    Federal Aviation Administration, Aviation Safety Counselor training, 2001

    NTSB, first responder training and certification, 2005

    European Society of Air Safety Investigators Course: Air Accident Investigation in the European Environment, Cranfield University, Bedfordshire, England 2008

Licenses:

    Pilot Qualifications:
    FAA:  Private Pilot
          Instrument Pilot
          Commercial Pilot
          Airline Transport Pilot

    Aircraft Mechanic Qualifications:
    FAA:  Airframe and Powerplant Mechanic
    FAA:  Repairman Experimental Aircraft

Awards:

    Experimental Aircraft Association Convention, T-18 Award
    San Diego Fly-In Best Metal Experimental
    Watsonville Fly-In, Best T-18
    Café 400 Air Race competitor

Aviation Experience:

    Licensed pilot for 54 years

       High altitude qualification
       High performance and complex aircraft qualified
       Tail wheel qualified with over 900 hours
       Turbo prop aircraft qualification
       Aerobatic Pilot
       Aviation Safety Counselor, Los Angeles International Airport
       NTSB, First Responder
       Former member, NASA Astronaut candidate pool

Aviation Instruction:

       U.S. Navy Test Pilot School, Qual Eval Program, safety/instructor pilot
       National Test Pilot School, Qual Eval Program, safety pilot/flight engineer
       Empire Test Pilot School, Qual Eval Program, safety/instructor pilot
       Contributor, The History Channel, aviation accident investigator & commentator
       Instructor Pilot for Siai Marchetti SF-260 Aircraft, Airpower Aviation Resources
       Instructor for Complex and High Performance training and certification
       FAA Authorized Instructor

Memberships:

       Member, International Society of Air Safety Investigators
       Member, The Experimental Aircraft Association
       Member, The Warbirds of America

# Peter R. Leffe Fees
Airline Transport Pilot, Aviation Accident Investigator

Address:  P.O. Box 1331
Venice, California 90294
Phone:    310-346-1116

Investigation, Research and Reports:……………………………....$500/hour

Retainer to begin work (non-refundable):…………………………....$5,000

Field inspections (half day minimum)…………………………………$715/hr.

Deposition testimony (2 Hr. Min)……………………..………………$825/hour

Trial Testimony:………………………………………………………….$6,575/day

Research Support:  Technical Assistant for information gathering……$215/hr.

Clerical Support:  Deposition summaries, large reports, copying, etc…$145/hr.


Travel:

       Local area: Normal billing rate (within 50 miles)
       Out of area:  Air and/or auto travel time at 50% of regular rate
       Long distance travel:  By special arrangement
       Overnight:  Hotel at cost + per diem $180/day
       Other expenses:  Billed at cost
       Flights longer than two hours:  Economy plus or next higher class above economy

Field reconstruction:

       Rate varies based upon complexity and associated risk

Weekend work:

       If weekend work is required to meet your deadline it is billed at 1.5 times the actual time

Terms:  Net 30 Days.  A charge of 1.5% per month will be added to all past due accounts.

Deposition Testimony past four years

Barber  v.  3M           June 11, 2019