

Pilot Career Counseling, Earnings & Forecasting • Litigation Support

# Career Loss Value Model
of
# **<u>Joochan Lee</u>**

By

**Kit Darby**
**President**

---

**September 6, 2021**

---

**KitDarby.com Aviation Consulting, LLC**
**1029 Peachtree Pkwy N, S-352**
**Peachtree City, GA 30269**
**Toll Free: 877 334-2939**
**Fax: 770 487-661**

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                            **KitDarby.com**

# I – INTRODUCTION

This is a career loss value model of Mr. Joochan Lee for Attorney Anthony Marsh and the law firm of Herrmann Law Group in Seattle, WA. Mr. Kit Darby, President of KitDarby.com Aviation Consulting, LLC (KDAC) an aviation consulting and pilot career information firm in Peachtree City, Georgia constructed this model and report.

Mr. Darby is president of KitDarby.com Aviation Consulting, LLC (KDAC) and the former President and owner of Aviation Information Resources, Inc., (AIR, Inc.) from 1995 to 2009. Mr. Darby was 1/3 owner and Executive Vice President of Future Aviation Professionals of America (FAPA) from 1989 to 1994. Mr. Darby is a retired airline Captain, First Officer, and Flight Engineer for United Airlines and was a military standardization/instructor pilot and instrument flight examiner in the United States Army and Georgia National Guard for 23 years. He is currently a flight and ground instructor pilot in the ATP-CTP Program on the B-757/767, B-737, and MD-88 for Delta Air Lines at the Delta Pilot Training Center in Atlanta, GA.

Mr. Darby has been in the pilot hiring information business since 1983 and has authored numerous publications listed in Appendix A, including:

- Airline Pilot Job Monthly, a monthly pilot job newsletter published from 1996 to 2009 (Publisher)
- Airline Pilot Careers Magazine, a monthly magazine with feature articles on airlines, the airline industry, job market trends and job search strategies from 1996 to 2008 (Publisher)
- Ultimate Airline Pilot Starter Kit (Co-author and Publisher)
- Airline Pilot Careers seminar workbooks from 1985 to 2008 (Co-author and Publisher)
- Questions, Questions – airline interview question guide and Flash Cards (Author and Publisher)
- Airline Pilot Test Kit (Author and Publisher)
- World-wide Airline Pilot Supply and Demand Study  (Co-author)
- Airline Pilot Resume Kit (Co-author and Publisher)
- US Airline Pilot Salary Survey 1984 to 2020 (Co-author and Publisher)

Mr. Darby is being paid as an expert witness in this case.  His compensation is $7,182 for the study and $325/hour for testimony. See Appendix B. Fee Schedule.

Mr. Darby has been a witness and has testified as an expert at trial or by deposition within the preceding 4-years in the cases listed in Appendix C. Case List.

**Primary Career Models:**

Two career models have been constructed which reflect the most probable potential earnings loss of a professional pilot working as a Mission Pilot, Regional and/or a Major airline. Mr. Lee was starting his flight training at the time of his death. He was enrolled at Moody Bible Institute (MBI)

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

# Mr. Joochan Lee                                          September 6, 2021

Career Loss Value Model                                          **KitDarby.com**

pursuing a BS degree in Mission Aviation Technology, with a 2.76/4.0 GPA. He was working as a janitor while training as a pilot for The Moody Bible Institute.

These models have Mr. Lee continuing his training as a commercial pilot and certificated flight instructor until he graduated in two years. He would then work as instructor pilot for MBI until he reached 400 total flight hours in one year. After becoming qualified and gaining his initial experience he would join the Mission Aviation Fellowship (MAF) or a similar company as a mission pilot for two assignments and a total of ten years. After working as a mission pilot he would join the Regional airlines. He could remain there for a full career (OPTION 1 – 20%) or, after gaining five years of additional flight experience and reaching the position of Captain, he could move to the Major airlines as a First Officer and, after ten years, Captain (OPTION 2 – 80%). Current FAA regulations require an airline pilot to retire on his/her 65th birthday. KitDarby.com has constructed both airline career models for Mr. Lee's career starting at the date of his accident, 7/13/2018, and ending at age 65, followed at retirement until actuarial death at age 77.1.

The chronology of Mr. Lee's airline career model is summarized below:

Starting March 18, 2018, Mr. Lee would continue his flight training as a Commercial pilot and certificated flight instructor at MBI for 2 years to build his flight experience to the 400 hours required to become a mission pilot for ten years. After working as a mission pilot and gaining the required flight experience, he would join a Regional airline as a First Officer. He would remain at the Regional airlines for at least three years as a First Officer and two years as a Captain to gain the minimum and competitive qualifications and experience the Major airlines require to be hired (80%). Or he could remain at the Regional airlines as a Captain of smaller aircraft for the balance of a full career to the mandatory retirement age of 65 (20%). When he transitioned to the Major airlines he would start as a First Officer and after 10 years of service he would achieve a position as a Captain. Aircraft progression is based on the number of aircraft in the current fleet at each airline.

| Primary Career Path | Probability | Description |
|---|---|---|
| Student Pilot | 100% | 2-years of flight training at MBI |
| Certificated Flight Instructor | 100% | 1 years - time building at MBI |
| Mission Pilot for MAF | 100% | 10 years as a mission pilot |
| National/Regional Airlie Pilot | 100% | 3 years as a National/Regional FO, 2 years as a Captain, 5 Years total |
| National/Regional Airlines – Full Career OPTION #1 | 20% | Balance of a full career to age 65 as a National airline Captain. |
| Major Airline Pilot - Full Career OPTION #2 | 80% | Major Airline Pilot Career, 10 years First Officer, Balance of a full career to age 65 as a Captain. |

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                September 6, 2021

Career Loss Value Model                                        **KitDarby.com**

This report consists of the following sections:

I    Introduction
II   Employability
III  Economic Model Construction
IV   Economic Model Results
V    Executive Summary
VI   Definitions
VII  Bibliography

Attachments:

A:  Professional Publications
B:  Fee Schedule
C:  4-Year Case List
D:  Aviation and Business Resumes
E:  Documents Reviewed for Mr. Joochan Lee's Case
F.  Websites reviewed for Joochan Lee Case

Each section explains the information and terminology that is included in the calculations and in the report.

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2929

Mr. Joochan Lee                                                                      September 6, 2021

Career Loss Value Model                                                              **KitDarby.com**

## II – EMPLOYABILITY
### Airlines

Most National and Regional airlines have been hiring pilots since the early 1980's. Most Major airlines were hiring prior to 9/11. In the early 1990's, a recession resulted in airlines posting record losses. In an effort to return to profitability, most of the major airlines embarked on a restructuring plan, which in part included eliminating or offloading unprofitable short-haul routes to their National or Regional airline affiliates. As a result, the National, Jet and Non-Jet Regional airline market segment enjoyed record growth.

The Major airlines alone hired 3,053 pilots in 2014, and 3,429 in 2015, 4,113 in 2016, 4,988 in 2017, 4,606 in 2018, 4,977 in 2019 and 2398 in 2020 according to FAPA.aero. Boeing & CAE, the largest aircraft and the largest simulator manufactures are forecasting that North America will need 208,000 pilots over the next 20 years and 65,000 pilots over the next 10 years in their most recent post COVID pandemic forecast.

Hiring throughout the airline industry is conservatively forecast at over 77,870 openings in the next 15 years. For the large jet carriers, this hiring is based on a formula of aircraft x utilization = pilots, 5% annual growth for the Nationals and Regionals, plus known age 65 and estimated early and medical retirements. New rest rules for pilots (14 CFR Part 117) took effect in early 2014. These additional rules require the airlines to staff additional pilots to cover their current and future flying requirements. There was a developing worldwide shortage of pilots until the first quarter of 2020 when the global COVID-19 pandemic shutdown the airlines worldwide. The outcome of the pandemic and the resulting economic downturn are unknown at this time with a fast recovery developing in the US. Looking at previous medical and security -related contractions, the recovery should follow an initial "U" shaped recovery followed by a longer and slower "L" shaped recovery over several years as illustrated in the chart below.



Source: KitDarby.com

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                      September 6, 2021

Career Loss Value Model                                             **KitDarby.com**

All airframe manufacturers, the FAA, and most aviation consultants were forecasting a large demand for airline pilots, resulting in shortages, especially at the smaller airlines. This shortage is returning as pilot hiring resumes in late 2021. This pilot shortage will make initial employment as a pilot at the Regional and Major airlines much easier for established qualified and experienced pilots like Mr. Lee after ten years as a mission pilot.

The large pilot age 65 retirements over the next 20 years will shorten the time required for pilot hiring to resume and accelerate the promotion timeline in the future. Over 4,100 pilots will retire on average each year through 2040. Cumulatively, there will be a need for over 80,000 new professional pilots in the US by 2040.



Source: KitDarby.com



Mr. Joochan Lee

September 6, 2021

Career Loss Value Model

**KitDarby.com**

The historical overview of US airline pilot hiring from 2000 to 2019 is shown below: Source FAPA.aero.

## f FAPA.aero
### Future & Active Pilot Advisors

**Major Airline Pilot Hiring by Year (2000–Present)**

| Airline | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delta Air Lines | 812 | 420 | 0 | 0 | 0 | 0 | 392 | 332 | 0 | 155 | 0 | 0 | 0 | 0 | 915 | 958 | 1206 | 1082 | 582 | 492 | 410 | 0 | 7756 |
| Southwest Airlines | 425 | 444 | 195 | 147 | 384 | 350 | 628 | 432 | 384 | 0 | 0 | 262 | 140 | 60 | 345 | 276 | 631 | 898 | 759 | 402 | 28 | 0 | 7190 |
| American Airlines | 1171 | 797 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 500 | 313 | 519 | 637 | 897 | 934 | 354 | 0 | 6142 |
| United Airlines | 1032 | 194 | 0 | 0 | 0 | 0 | 120 | 115 | 0 | 0 | 0 | 0 | 0 | 398 | 381 | 872 | 522 | 290 | 599 | 905 | 153 | 0 | 5581 |
| JetBlue | 124 | 121 | 250 | 216 | 206 | 498 | 450 | 434 | 95 | 30 | 113 | 275 | 68 | 283 | 420 | 289 | 273 | 271 | 278 | 395 | 87 | 0 | 5176 |
| FedEx | 216 | 404 | 210 | 7 | 159 | 433 | 315 | 38 | 0 | 0 | 0 | 139 | 152 | 14 | 8 | 137 | 427 | 428 | 413 | 370 | 265 | 0 | 4135 |
| UPS Airlines | 206 | 223 | 0 | 32 | 244 | 170 | 232 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 85 | 63 | 332 | 216 | 247 | 229 | 0 | 2319 |
| Alaska Airlines | 137 | 121 | 65 | 26 | 0 | 59 | 122 | 131 | 7 | 0 | 0 | 6 | 76 | 45 | 153 | 225 | 184 | 237 | 134 | 249 | 57 | 0 | 2034 |
| Spirit Airlines | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | 274 | 288 | 456 | 404 | 379 | 225 | ? | 2026 |
| Continental Airlines | 75 | 137 | 0 | 0 | 408 | 495 | 544 | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ? | ? | ? | ? | ? | 1769 |
| AirTran Airways | 96 | 183 | 84 | 111 | 190 | 259 | 263 | 287 | 81 | 0 | 140 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1710 |
| Atlas Air | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | 357 | 324 | 251 | 380 | ? | 1312 |
| Northwest | 355 | 264 | 0 | 0 | 0 | 0 | 90 | 108 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ? | ? | ? | ? | ? | ? | 817 |
| America West | 250 | 40 | 13 | 126 | 190 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ? | ? | ? | ? | ? | ? | 669 |
| ATA | 63 | 52 | 34 | 221 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ? | ? | ? | ? | ? | ? | 408 |
| Frontier | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | 227 | 141 | 0 | 368 |
| Allegiant Air | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | ? | 0 | 126 | 69 | 0 | 195 |
| **TOTALS** | 5105 | 3408 | 851 | 854 | 1199 | 2301 | 2443 | 2756 | 1299 | 30 | 408 | 748 | 553 | 1084 | 3053 | 3429 | 4113 | 4988 | 4606 | 4977 | 2398 | 0 | 50613 |

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                            **KitDarby.com**

Each airline has specific hiring requirements; however, the generic range of qualifications is presented below:

**Age:** 23 – 65 years of age.

**General:** Must pass company personality/aptitude, proficiency flight simulator, general, aeronautical knowledge, and cognitive tests, plus personnel interviews.

**Health:** Good to Excellent. Weight in proportion to height.
FAA First Class Medical Certificate or ability to obtain one.
20/20 vision or vision corrected to 20/20 using corrective lenses or contacts.
No physical waivers or restrictions.  Limitations are subject to evaluation on an airline-by-airline and individual basis.

**Education:** High School degree required, four-year college preferred or required, advanced degree preferred, aviation degree preferred, and at least two years of college desired.

**Background:** Clean judicial and traffic record, stable employment history, good personal and professional references, and a good credit history.

**Work Experience:** Military training and flying experience desired. For candidates with a civilian background, 14 CFR, Part 135 and/or Part 121 work experience preferred.

**Licenses:** Airline Transport Pilot certificate with multiengine land ratings required.  Aircraft type rating required (typically provided by the airline).

**Flight time:** 1,500 (FAA minimum) to over 4,000 hours of flight experience.  Some airlines have specific flight time requirements for night, instruments, multiengine, jet (turbine) and pilot-in-command flight experience.  Flight experience in proportion to age or years of flying.

**Other:** U.S. Citizenship or right to work in the United States.  Must pass an extensive background check including employment, drivers, airmen, criminal, and credit record reviews.

Mr. Lee was a qualified aviation maintenance technician with powerplant and airframe ratings and he was just beginning his formal flight training. He was dedicated to continuing the development of his professional flying career.  At the time of his accident, he held a Student pilot's license. Mr. Lee's total flight time was approximately one hour of single-engine flight experience.  He held a Second-Class FAA medical certificate issued in May of 2018.  He was 24 years of age.

Next, Mr. Lee would remain at MBI, an accredited 4-year college in Spokane Washington state and complete his BS is Missionary Aviation Technology. After graduation, in 2 years, he would become a commercial pilot and a flight instructor for an additional year to gain the necessary flight experience (400 hours) to work for the Mission Aviation Fellowship (MAF) or a similar organization as a missionary pilot. He

Mr. Joochan Lee                                                                    September 6, 2021

Career Loss Value Model                                                          **KitDarby.com**

planned to serve two five-year tours overseas and then return to the US and become an airline pilot. He would gain approximately 6,000 hours of single-engine flight experience as a missionary pilot and subsequently to move to one of the National/Regional airlines which require a minimum of 1,500 hours. The airline industry is now seeing significant mandatory pilot age 65 retirements, which will peak at 3,000 pilots per year at the Majors and reach 4,000 overall in 2026. The probability that Mr. Lee would have been hired by the National/Regional and then Major airlines in 2031, as I have modeled in this report, is excellent. The majority of the pilots at the Regionals come from the Flight Instructor or Commercial pilot ranks and the majority of pilots hired by the Major airlines come from the Captain ranks of the Regional airlines.

This chart shows the annual demand for pilots at the Majors due to mandatory Age 65 retirements:



KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                            **KitDarby.com**

The forecast of US airline pilot hiring from 2015 to 2030 is shown below:
This chart shows the total pilot demand at the Major Airlines from 2015 to 2030:



    As a well-qualified and experienced candidate after building his flight experience as a Commercial Pilot at MAF, Mr. Lee would have been actively recruited initially by the Regional airlines, and after additional experience and qualification, by Major airlines.

    Upon reaching the required flight experience minimums he would have been hired by one of the Regional airlines, as I have modeled in this report. After five years of additional experience, three years as a First Officer and two years as a Captain, he could move to a Major airline, as I have modeled in this report.

    In 2019 54% of the pilots selected by American Airlines were "Regional flow through" Pilots. Asian pilots are a minority in the airline industry and are actively recruited by both the Regional and Major airlines.



KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                            **KitDarby.com**

    Mr. Lee is an Asian pilot and Asians represent less than 2% of the US airline pilots. As a qualified and experienced minority pilot he would be actively recruited by airlines of all sizes.



Source: Zipps.com – Career Experts



American Airlines Pilot Retirements 2018 to 2027. SAMPLE, Source: American Airlines

    The airlines modeled in this report represent the majority of the Regional airline pilot positions and 100% of the Major airline pilot positions in the US.

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                           **KitDarby.com**

The airlines modeled includes:

Regional Airlines: 14,340 pilots of the approximately 20,000 Regional airline pilots in the US (71%).

| **6 National Airlines Modeled** |
|---|
| Air Wisconsin |
| Endeavor |
| Envoy |
| PSA |
| Republic Group |
| SkyWest |

Major Airlines:

| **13 Major Airlines Modeled** |
|---|
| Alaska |
| Allegiant |
| American* |
| Atlas |
| Delta |
| FedEx |
| Frontier |
| Hawaiian |
| jetBlue |
| Southwest |
| Spirit |
| United* |
| UPS |

*Airlines modeled for the Flight Dispatcher mitigation earning model

Mr. Joochan Lee                                                   September 6, 2021

Career Loss Value Model                                          **KitDarby.com**

# III – ECONOMIC MODEL CONSTRUCTION

## A.  WAGES and SALARIES

Pilot income and benefits have several facets.  Base pay is determined in the airlines by hours flown, crew position and aircraft size.

**Regional Airlines**

| NATIONAL AIRLINE PAY HOUR GRID | | | |
|---|---|---|---|
| **Airline** | **Schedule Maximum** | **Schedule Guarantee** | **Average Credit Hours/Month** |
| AIR WISCONSIN | NONE | 75 | 85 |
| ENVOY | 100 | 72 | 85 |
| ENDEAVOR | NONE | 75 | 85 |
| PSA | NONE | 75 | 85 |
| RP GROUP | 100 | 75 | 85 |
| SKYWEST | NONE | 80 | 85 |
| **Average** | **100.0** | **75.4** | **85.0** |

Source: KitDarby.com analysis

**Major Airlines**

All major airlines pay their pilots a monthly guarantee ranging from 68 hours to 81 hours of flight time per month.  The hours flown each month vary depending on the amount of flying scheduled and the number of pilots available.

The FAA maximum is 1,000 hours/year or 83 hours a month of actual flying.  Credits for extended duty, trip time, vacation, training, and minimum day are not counted against the FAA maximum.  Some airlines have set a pay cap (maximum hours of reimbursement per month).  Some pilots can deposit earned pay hours in excess of this cap into a "time bank".  These pay hours are used to equalize compensation during months of less than maximum contractual flight hour accrual or to "purchase" time off.  For the benefit of this model, all calculations are based on a specific average of flying per month at the 12 Major airlines as calculated in the table below:

Mr. Joochan Lee                                                                    September 6, 2021

Career Loss Value Model                                                                **KitDarby.com**

| MAJOR AIRLINE PAY HOUR GRID | | | |
|---|---|---|---|
| | | | |
| | Schedule | Schedule | Average Credit |
| Airline | Maximum | Guarantee | Hours/Month |
| Alaska | 85.0 | 75.0 | 83.0 |
| Allegiant | 95.0 | 70.0 | 85.0 |
| American | 90.0 | 73.0 | 83.0 |
| Atlas | NONE | 62.0 | 70.0 |
| Delta | 75.0 | 68.0 | 83.0 |
| FedEx | NONE | 68.0 | 91.0 |
| Frontier | NONE | 75.0 | 85.0 |
| Hawaiian | 90.0 | 75.0 | 82.5 |
| jetBlue | NONE | 70.0 | 85.0 |
| Southwest | 100.0 | 79.0 | 85.0 |
| Spirit | NONE | 72.0 | 85.0 |
| United | 92.0 | 70.0 | 83.0 |
| UPS | 113.0 | 81.0 | 91.0 |
| **Average** | **92.5** | **72.2** | **84.0** |
| **Pay Hour Adjustments:** | | | |
| Fed Ex | 12 annual bid periods - 8 four weeks & 4 five weeks | | |
| Hawaiian | Monthly Max is 10 hours above average line value | | |
| Southwest | Trip time adjusted to credit hours | | |
| United | Scheduled maximum varies between 81 and 83 hours monthly | | |
| UPS | 13 annual pay periods adjusted to 12 | | |

Source: KitDarby.com analysis

All wage and benefit values presented in this analysis are in 2021 dollars from current union contracts and salary surveys published by industry experts and pilot career information services. **Model values have not been increased for future contract raises or decreased to adjust for the future value of money**.

Major airline pilot pay is based on the following:

- Equipment being flown (type of aircraft).
- Aircraft speed (cruise speed).
- Gross weight of the aircraft (maximum take off gross weight).
- Flight deck position (captain, first officer, flight engineer).
- Longevity with the company (years of service).
- Company profitability goals.
- International/domestic operations.
- Day/night flying.
- Special navigation/over water operation.

Specific rules for income calculations at each airline have been taken into consideration.

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                                      September 6, 2021

Career Loss Value Model                                                              **KitDarby.com**

    **No wage growth has been added to this model.** The increased pay rates over time are the result of contractual longevity pay raises in the current pilot contracts (First 12 years only for most airlines) and the higher pay rates paid when flying larger aircraft (B-737 vs B-777) or working in a higher duty position such as Captain versus First Officer. Longevity increases are typical only for the first 12 to 20 years of service. Aircraft and duty position increases are achieved whenever the pilot's seniority is high enough to hold the larger aircraft or higher duty position. After the first 12 to 20 years only aircraft and duty position increases are possible. The increases shown in this model are all either longevity or aircraft and duty position raises at current pay rates for the contract in force at the time of this report. These rates have not been increased for future contractual pay raises in the current contracts or any future raises negotiated in future contracts over the period of this model. The values used are as if Mr. Lee worked every day of his career under the current contract. The pay, benefits, and retirement values have not been increased for future raises or decreased to reflect the present value of money.

    Here is the history of the pay changes at the Major airlines since 2010 and those scheduled until 2023. Pilot wage increases have outperformed the Consumer Price Index (CPI) by a wide margin and even with a wage adjustment for the current recession of 20% to 30% there would still be no loss because the discount rate would be an increase in the future value not a reduction.



Source: KitDarby.com analysis

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                                 September 6, 2021

Career Loss Value Model                                                         **KitDarby.com**

| Major Airline Annual Pay Increases | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Average |
| **Alaska** | AS | | | 3.0% | 11.0% | 1.5% | 1.5% | 3.5% | 18.0% | 3.0% | 3.0% | | | | | | | 5.6% |
| **Allegiant** | G4 | | | | | | 5.0% | 6.0% | 2.5% | 1.5% | 1.0% | 1.0% | 1.0% | | | | | 2.6% |
| **American** | AA | | | | | 8.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | -- | | | | | | 3.8% |
| **Delta** | DL | | | 4.0% | 12.5% | 8.5% | 3.0% | 3.5% | 18.0% | 3.0% | 3.0% | 4.0% | -- | | | | | 6.6% |
| **FedEx** | FX | -- | 3.0% | 3.0% | -- | -- | -- | 10.0% | 3.0% | 3.0% | 4.0% | 3.0% | | | | | | 4.1% |
| **Frontier** | F9 | 1.0% | -- | -- | -- | -- | -- | 3.2% | 4.2% | | 2.0% | 4.0% | 2.0% | 3.0% | 3.0% | | | 2.8% |
| **Hawaiian** | HA | | | | 4.0% | 2.0% | 2.0% | -- | 25.0% | 1.5% | 2.0% | 2.0% | 3.0% | 3.0% | | | | 4.9% |
| **JetBlue** | B6 | | | | | | | 11.5% | | 18.5% | | 2.0% | 2.0% | 2.0% | 2.0% | | | 6.3% |
| **Southwest** | WN | 2.0% | 1.0% | -- | -- | -- | -- | 15.0% | 3.0% | 3.0% | 3.0% | 3.0% | | | | | | 4.3% |
| **Spirit** | NK | -- | -- | 8.4% | 2.0% | 8.4% | 2.0% | -- | -- | -- | 45.0% | 2.0% | 2.0% | 2.0% | 3.0% | | | 8.3% |
| **United** | UA | | | | | 8.5% | 2.5% | 3.0% | 3.0% | 3.0% | 4.0% | -- | | | | | | 4.0% |
| **UPS** | 5X | | | | | | | 3.0% | 3.0% | 3.0% | 3.0% | | | | | | | 3.0% |
| **Pilot Pay** | | | | | | | | | | | | | | | | Average | | 4.9% |
| Average | | | 1.5% | 2.7% | 6.7% | 6.4% | 5.2% | 2.8% | 8.1% | 6.8% | 4.3% | 6.7% | 2.5% | 2.0% | 2.5% | 2.7% | | |
| Cumulative average | | | 1.5% | 4.2% | 10.9% | 17.3% | 22.5% | 25.3% | 33.4% | 40.2% | 44.4% | 51.2% | 53.7% | 55.7% | 58.2% | 60.8% | | |
| **CPI Annual %** | | 1.42% | 0.96% | 1.36% | 1.58% | 1.74% | 1.86% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | | | | Average | | 1.91% |
| Cumulative CPI | | 1.42% | 2.38% | 3.73% | 5.31% | 7.05% | 8.91% | 11.32% | 13.73% | 16.14% | 18.55% | 20.96% | | | | | | |
| Source: Major Airline Pilot Contracts | | | | | | | | | | | | | KitDarby.com • Atlanta, GA © 2020 | | | 8/15/20 | | |

Source: KitDarby.com analysis

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2929

# Mr. Joochan Lee

September 6, 2021

Career Loss Value Model

**KitDarby.com**

## B. BENEFITS

Base pay represents only a portion of a pilot's total lifetime earnings potential.  A secondary income source is the value of benefits enjoyed by a pilot while he is actively employed and in his retirement.

**Moody's Bible Institute:**

Limited Benefits available for part-time employees.

**Mission Aviation Fellowship:**

A Commercial pilot employed by MAF can expect the following school paid benefits:

- Insurance – Disability, life, health, vision, and dental, plus a health savings account.
- Vacation.
- Sick leave.
- Retirement – 401(k)

**National/Regional Air Line Benefits**

A pilot employed by a National/Regional airline can expect most or all of the following benefits in addition to his base pay:

- Partially paid medical and health insurance for the entire family plus favorable rates for additional Insurance.
- Partially paid dental insurance for the entire family.
- Partially paid life insurance for the employee.
- Life insurance for the other family members available at low cost to the employee.
- Disability insurance for the employee, (loss of license).
- Travel passes for the immediate family and for the parents of the employee.
- Per Diem pay for the employee while away from base.
  (Per Diem pay is not shown as income in this model).
- Uniform purchasing and cleaning allowances.
- Profit sharing plans and 401(k) programs.
- Company paid retirement –B funds. These are defined contribution plans
- Paid sick leave.
- Paid vacation.
- Bonuses for – Initial signing, 1, 2, and 3-year completion, recruiting, and prior qualifications.

Mr. Joochan Lee                                                                     September 6, 2021

Career Loss Value Model                                                             **KitDarby.com**

**Major Airline Benefits**

A pilot employed by a Major airline can expect the following company paid benefits in addition to base pay:

- Majority-paid medical and health insurance for the entire family plus favorable rates for additional insurance.
- Majority-paid Dental insurance for the entire family.
- Life insurance for the employee. Life insurance for the other family members available at low cost to the employee.
- Disability insurance for the employee (loss of license).
- Travel passes for the immediate family, and for the parents of the employee.
- Per Diem pays the employee's expenses while away from base. A typical month requires 240-360 hours of trip time at $2.45/hour domestically or $2.90 internationally yielding $600 to $900 or more per month. (Per Diem pay is not shown as income in this model).
- Uniform purchasing and cleaning allowances.
- Profit sharing and optional 401(k) programs (in addition to normal retirement programs).
- Retirement benefits. Medical, dental, life insurance plus travel privileges.
- Retirement plan income. Company paid 401(k). This is a lump sum defined contribution plan.
- Paid sick leave.
- Paid vacation.

The industry value of benefits for pilots varies among the airlines. The average value for American, Delta, and United airlines is currently 27.2% and the range is from 27% to 28%. This value includes all of the items, which are included in a benefits package. Retirement plan incomes are calculated and presented separately. Descriptive explanations and sample formulas are shown in each section.

| Delta, United, and American Airlines Pilot Benefit Values - 2009 to 2018 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pilots & Co-Pilots | | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 10-Yr Aver. |
| **Delta** | | | | | | | | | | | | |
| Sum of Pilots and Co-Pilots | | 6,58 | 10,701 | 10,708 | 10,606 | 10,547 | 10,741 | 11,476 | 12,026 | 12,734 | 13,206 | |
| Average Salary | | $132,374 | $142,801 | $149,925 | $158,227 | $181,804 | $193,555 | $195,379 | $228,112 | $223,849 | $230,669 | |
| Benefits | | $21,055 | $34,487 | $35,864 | $40,905 | $55,704 | $58,775 | $61,344 | $63,832 | $64,213 | $60,259 | |
| Salary % Difference | | 5% | 8% | 5% | 6% | 15% | 6% | 1% | 17% | -2% | 3% | |
| Cum Salary Diff % | | 3% | 13% | 13% | 11% | 20% | 21% | 7% | 18% | 15% | 1% | |
| % Benefits | | 16% | 24% | 24% | 26% | 31% | 30% | 31% | 28% | 29% | 26% | 27% |
| | | | | | | | | | | | | |
| **American** | | | | | | | | | | | | |
| Sum of Pilots and Co-Pilots | 8,306 | 8,092 | 7,934 | 8,029 | 7,737 | 7,890 | 8,587 | 12,363 | 12,702 | 12,802 | 13,621 | |
| Average Salary | | $137,482 | $139,872 | $139,963 | $140,689 | $147,312 | $151,558 | $206,244 | $214,549 | $236,233 | $229,890 | |
| Benefits | | $52,059 | $56,932 | $58,519 | $41,147 | $33,813 | $34,521 | $46,574 | $49,686 | $52,174 | $4,468 | |
| Salary % Difference | | -1% | 2% | 0% | 1% | 5% | 3% | 36% | 4% | 10% | -3% | |
| Cum Salary Diff % | | | | | | | | | | | | |
| % Benefits | | 38% | 41% | 42% | 29% | 23% | 23% | 23% | 23% | 22% | 2% | 27% |
| | | | | | | | | | | | | |
| **United** | | | | | | | | | | | | |
| Sum of Pilots and Co-Pilots | 6,337 | 5,581 | 5,515 | 5,490 | 9,899 | 10,255 | 10,563 | 11,128 | 11,282 | 11,017 | 11,344 | |
| Average Salary | | $125,465 | $124,228 | $125,690 | $135,004 | $164,581 | $185,430 | $185,102 | $214,090 | $240,514 | $250,319 | |
| Benefits | | $50,202 | $44,171 | $26,622 | $46,043 | $48,230 | $49,506 | $49,833 | $50,940 | $54,744 | $61,311 | |
| Salary % Difference | | 5% | -1% | 1% | 7% | 22% | 13% | 0% | 16% | 12% | 4% | |
| Cum Salary Diff % | | | | | | | | | | | | |
| % Benefits | | 40% | 36% | 21% | 34% | 29% | 27% | 27% | 24% | 23% | 24% | 28% |
| Source: MIT Airline Data Project | | | | | | | | | | | | 27.2% |

Mr. Joochan Lee                                                      September 6, 2021

Career Loss Value Model                                              **KitDarby.com**

## C. ACTUARIAL TABLES

Airline pilots are generally in very good to excellent physical condition and proper health maintenance is mandatory throughout their employment.  The FAA and the airlines require each pilot to acquire and maintain an FAA-issued medical certification.

---

A **First-Class Medical Certificate\*** is required to exercise the privileges of an Airline Transport Pilot Certificate (ATP)–to act as Pilot-in-Command (PIC):
–6 calendar months if the airman is age 40 or over on or before the date of the examination
–12 calendar months if the airman has not reached age 40 on or before the date of examination
A **Second Class Medical Certificate\*** is required for commercial or non-airline duties:
–12 calendar months for operations requiring a second-class medical certificate
–24 calendar months for operations requiring a third class medical certificate if the airman is age 40 or over on or before the date of the examination, or 60 calendar months if the airman has not reached age 40
\*Additionally, an Electro-Cardiogram (EKG) is required at age 35 and annually after age 40

---

Additionally, Major Airlines counsel their pilots on health maintenance.  As a result of this required regular medical review airline pilots live a full life.  The DOT/FAA completed a preliminary study of American Airlines pilots, which showed that pilots live five years longer than the general population. The RP2000 report by the Society of Actuaries also illustrated that high earning pensioners which would include airline pilots, also live about five years longer than the general population. We have been conservative and used the life expectancy of the general population in this model.

The life expectancy of a 24-year-old male today is 77.1 years of age.

| U.S. Census Bureau, Statistical Abstract of the United States: 2012 | | | | | | |
|---|---|---|---|---|---|---|
| Expectation of Life and Expected Deaths by Race, Sex, and Age: | | | | | | |
| Page 796, Table 103.   2008 | | | | | | |
| Expectation of life in years | | | | | | |
| Yrs to Death | | White | | Black | | Wt Male Age |
| Age in Years | Total | Male | Female | Male | Female | at  Death |
| 20 | 58.9 | 56.8 | 61.4 | 52.6 | 58.7 | 76.8 |
| 21 | 58.0 | 55.9 | 60.5 | 51.6 | 57.7 | 76.9 |
| 22 | 57.0 | 54.9 | 59.5 | 50.7 | 56.8 | 76.9 |
| 23 | 56.1 | 54.0 | 58.5 | 49.8 | 55.8 | 77.0 |
| **24** | **55.1** | **53.1** | **57.5** | **48.9** | **54.8** | **77.1** |
| **25** | **54.2** | **52.2** | **56.6** | **48.0** | **53.9** | 77.2 |
| 26 | 53.2 | 51.2 | 55.6 | 47.1 | 52.9 | 77.2 |
| 27 | 52.3 | 50.3 | 54.6 | 46.2 | 51.9 | 77.3 |
| 28 | 51.3 | 49.4 | 53.7 | 45.3 | 51.0 | 77.4 |
| 29 | 50.4 | 48.4 | 52.7 | 44.4 | 50.0 | 77.4 |
| 30 | 49.4 | 47.5 | 51.7 | 43.5 | 49.1 | 77.5 |

Mr. Joochan Lee                                                                    September 6, 2021

Career Loss Value Model                                                            **KitDarby.com**

### D. RETIREMENT PLANS

**Mission Aviation Fellowship**

MAF offers a 401(k) retirement benefit. I estimated this benefit as a 5% pilot contribution and a 5% match for a total contribution of 10%.

**National Airlines**

These airlines offer only optional plans such as 401(k)s, which are considered for this model because they are the primary retirement fund for the pilots at these airlines. The typical pilot contribution is the amount required to achieve the maximum company matching contribution, and that is the amount I have used in this model.

Voluntary additional pilot contributions would increase the value of the pilot's retirement and increase the pilot career values outlined in this model.

**Major Airlines**

Retirement income is one of the most valuable benefits an airline pilot enjoys.  The Major airlines have negotiated a contract with Air Line Pilots Association (ALPA) or other unions, which includes a high-yield retirement plan with a defined contribution plan with lump sum pay out options.

For this model, KitDarby.com examined all Major airlines retirement plans.  The defined benefit retirement plans are generally called "A" Funds and the defined contribution or lump sum plans are generally called "B" or "C" Funds.

401(k)s have replaced most defined contribution and defined benefit plans and are considered as a source of income in this report. There is no pilot matching required at the Major airlines. The company contribution amount grows tax free until retirement when it is distributed to the pilot as a lump sum.

### "A" FUND
### Defined Benefit Plan

"A" Funds are based on a percentage of the pilot's earnings, in addition to his earnings, which is paid by the airlines into a protected account where it grows tax-free for the life of the pilot and funds retirement in a monthly or annual annuity.  The amount of the fixed monthly/annual payment is a percentage of the pilot's final average earnings (FAE) which is determined by his length of service with the company, aircraft flown, duty position and the number of hours flown monthly over the last or most productive 3-5 years of his career. Some plans also have a survivor clause, which enables a surviving spouse to receive a reduced amount for the remainder of the survivor's life paid in a monthly annuity.  Survivor benefits are not included in this study. At a few airlines the value of the plan or a portion of it is available as a lump sum.  For this study an annuity is used because it is the most common method of distribution of these funds. Most Major airlines do not have an "A" Plan. Only FedEx and UPS currently have an A-Fund.

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                              September 6, 2021

Career Loss Value Model                                                      **KitDarby.com**

### "B", "C", and 401(k) FUNDS
### Defined Contribution Plans

"B", "C", and 401(k) Funds are a percentage of the pilot's earnings, in addition to his earnings, which is paid by the airlines into a protected account. This amount is added to the pilot's fund account and the account grows tax-free according to how the fund is invested by the plan's director or the pilot. The plan may grow by large percentages or even lose money, depending upon the management skills of the administrator. The unions, federal and state government agencies, closely control all retirement plans. For the purposes of this model, the annual value of these Funds increased by a conservative 5 % (the 20-year average "B" fund performance for major US airlines is over 8.0%, compounded annually. The amount in the account is tax deferred until it is withdrawn at retirement. These Funds are structured so that upon retirement, the pilot can extract the amount in his account as he chooses, either in a lump sum or in an annual or monthly annuity. For this model, KitDarby.com has assumed a lump sum dispersal of these funds at age 65 because it is the option most pilots choose.

### 401(k) PLAN
### Voluntary Contribution Plan

401(k) funds are based on a percentage of the pilot's earnings which is paid into a managed portfolio account where it grows tax-free and funds retirement in a lump sum payment or elected monthly payments. The federal government and specific limitations of individual plans regulate the amount of monthly company and pilot's contribution. The Major airlines do not match pilot contributions to these plans. Participation in this optional additional 401(k) would have increased the value of his retirement significantly. Voluntary 401(k) programs are not valued in this model.

### E. PERSONAL BUSINESS OPPORTUNITIES

A pilot for an airline has considerable flexibility in how he utilizes days off. Time off each month ranges from 10-20 days per month with an average of 15 days a month. This available and flexible time off allows a pilot to pursue a personal, business or pleasure agenda. This can include raising a family, active participation in hobbies/sports, or the ability to work "on the side" for additional income. Since the options vary widely, KitDarby.com did not consider the income potential from outside work in this economic model.

Mr. Joochan Lee                                                                    September 6, 2021

Career Loss Value Model                                                            **KitDarby.com**

## F. CAREER EARNINGS

1. **Moody's Bible Institute/Mission Aviation Fellowship Services lead in.**

   The career earnings capability for a Commercial Pilot, flight instructor, and A&P mechanic working
   for MBI and then MAF or similar companies from the time he starts his flight training until he would
   complete his planned ten years of service as a Mission pilot is presented below:

| MISSION PILOT  CARRER EARNINGS SUMMARY | | |
|---|---|---|
| | | |
| | Career Income | 545,060 |
| Mission Pilot | Active Benefits | 133,683 |
| | "A" Fund | 0 |
| | Ret Benefits | 0 |
| | "B" Fund/401K | 72,942 |
| | **Total** | **751,686** |

Mr. Joochan Lee                                                                September 6, 2021

Career Loss Value Model                                                    **KitDarby.com**

2.  **Regional/National Airline Pilot Career Earnings – 5 Year Lead-in Summary**

The career earnings capability for a typical Regional airline pilot from the time he is hired at age 37.6 through the first five years of service is presented below: The average value for a five-year career leading to a Major airline pilot position is $453,638.

| 5 -Year NATIONAL AIRLINE Lead-in | | | |
|---|---|---|---|
| SELECT NATIONALS EARNINGS SUMMARY - 5 YEAR LEAD-IN | | | |
| **AIRLINE:** | **AIR WISCONSIN** | **ENDEAVOR** | **ENVOY** |
| **Pilots** | 547 | 1,905 | 2,500 |
| **Career Earnings** | $321,010 | $375,160 | $356,581 |
| **Active Benefits** | $68,208 | $85,082 | $75,101 |
| **"A" Fund** | $0 | $0 | $0 |
| **Retirement Benefits** | $0 | $0 | $0 |
| **"B" Fund/401K** | $53,220 | $87,608 | $38,369 |
| **Total** | **$442,439** | **$547,850** | **$470,051** |
| **AIRLINE:** | **PSA** | **RP GROUP** | **SKYWEST** |
| **Pilots** | 1916 | 2445 | 5027 |
| **Career Earnings** | $351,506 | $360,297 | $299,521 |
| **Active Benefits** | $58,938 | $62,962 | $53,420 |
| **"A" Fund** | $0 | $0 | $0 |
| **Retirement Benefits** | $0 | $0 | $0 |
| **"B" Fund/401K** | $17,490 | $36,184 | $21,173 |
| **Total** | **427,934** | **459,442** | **374,114** |
| | | **AVERAGE** | |
| | | **Pilots** | **14,340** |
| | | **Career Earnings** | **$344,013** |
| | | **Active Benefits** | **$67,285** |
| | | **"A" Fund** | **$0** |
| | | **Retirement Benefits** | **$0** |
| | | **"B" Fund/401K** | **$42,341** |
| | | **Total** | **$453,638** |

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                            **KitDarby.com**

### 3. Regional/National Airline Pilot Career Earnings – Full Career to age 65 – Option #1

The career earnings capability for a typical Regional airline pilot from the time he is hired at age 37.6 through retirement and actuarial life, is presented below: The average value for a full career is $4,364,015.

| SELECT NATIONALS EARNINGS SUMMARY | | | |
|---|---|---|---|
| **AIRLINE:** | **AIR WISC.** | **ENDEAVOR** | **ENVOY** |
| **Pilots** | 547 | 1,905 | 2,500 |
| **Career Earnings** | $2,772,886 | $2,983,300 | $2,503,832 |
| **Active Benefits** | $639,496 | $692,779 | $617,773 |
| **"A" Fund** | $0 | $0 | $0 |
| **Retirement Benefits** | $46,901 | $48,103 | $42,491 |
| **"B" Fund/401K** | $890,101 | $1,491,162 | $770,717 |
| **Total** | 4,349,384 | 5,215,344 | 3,934,814 |
| **AIRLINE:** | **PSA** | **REPUBLIC** | **SKYWEST** |
| **Pilots** | 1,916 | 2,445 | 5,027 |
| **Career Earnings** | $2,604,368 | $3,114,501 | $2,742,403 |
| **Active Benefits** | $509,087 | $562,696 | $506,110 |
| **"A" Fund** | $0 | $0 | $0 |
| **Retirement Benefits** | $46,500 | $52,513 | $48,103 |
| **"B" Fund/401K** | $951,459 | $858,114 | $688,691 |
| **Total** | 4,111,414 | 4,587,824 | 3,985,307 |
| | **AVGERAGE** | | |
| **Pilots** | 14,340 | | - |
| **Career Earnings** | $2,786,882 | | |
| **Active Benefits** | $587,990 | | |
| **"A" Fund** | $0 | | |
| **Retirement Benefits** | $47,435 | | |
| **"B" Fund/401K** | $941,708 | | |
| **Total** | $4,364,015 | | |

Mr. Joochan Lee                                                          September 6, 2021

Career Loss Value Model                                                  **KitDarby.com**



| SELECT NATIONALS EARNINGS SUMMARY | | | |
|---|---|---|---|
| Airline | Career Value | % of Average | $ Difference |
| ENDEAVOR | $5,215,344 | 120% | $851,330 |
| REPUBLIC | $4,587,824 | 105% | $223,810 |
| AIR WISCONSIN | $4,349,384 | 100% | ($14,631) |
| **AVERAGE** | **$4,364,015** | **100%** | $0 |
| PSA | $4,111,414 | 94% | ($252,600) |
| SKYWEST | $3,985,307 | 91% | ($378,708) |
| ENVOY | $3,934,814 | 90% | ($429,201) |

Mr. Joochan Lee                                                            September 6, 2021

Career Loss Value Model                                                    **KitDarby.com**

4.  **Major Airline Pilot Career Earnings Summary – Option #2**

The career earnings capability for a typical Major airline pilot from the time he is hired at age 42.6 through retirement and actuarial life, is presented below: The average value for a full career is $7,013,679.

| MAJOR AIRLINE EARNINGS SUMMARY - 22.4 YEAR CAREER | | | |
|---|---|---|---|
| **AIRLINE:** | **Alaska** | **Allegiant** | **American** | **Atlas** |
| **Pilots** | 2,888 | 910 | 15,176 | 1,944 |
| **Career Earnings** | $4,775,485 | 3,779,596 | $5,157,882 | $3,030,384 |
| **Active Benefits** | $716,323 | 588,340 | $773,682 | $454,558 |
| **"A" Fund** | $0 | 0 | $0 | $0 |
| **Retirement Benefits** | $41,693 | 55,507 | $45,929 | $30,899 |
| **401-k, B, & C Funds** | $1,260,289 | 1,036,662 | $1,456,392 | $798,371 |
| **Total** | **$6,793,789** | **$5,460,106** | **$7,433,884** | **4,314,212** |
| **AIRLINE:** | **Delta** | **FedEx** | **Frontier** | **Hawaiian** |
| **Pilots** | 14,600 | 4,613 | 1,350 | 766 |
| **Career Earnings** | $5,240,395 | $6,059,559 | $4,546,629 | $4,339,506 |
| **Active Benefits** | $786,059 | $908,934 | $681,994 | $650,926 |
| **"A" Fund** | $0 | $1,687,774 | $0 | $0 |
| **Retirement Benefits** | $50,158 | $126,583 | $63,027 | $77,814 |
| **401-k, B, & C Funds** | $1,436,971 | $829,016 | $1,166,969 | $1,140,291 |
| **Total** | **$7,513,583** | **$9,611,866** | **$6,458,618** | **$6,208,536** |
| **AIRLINE:** | **jetBlue** | **Southwest** | **SPIRIT** | **United** |
| **Pilots** | 3,700 | 9,614 | 0 | 12,505 |
| **Career Earnings** | $4,045,895 | $5,202,623 | $4,139,958 | $5,184,670 |
| **Active Benefits** | $722,481 | $780,393 | $674,993 | $777,701 |
| **"A" Fund** | $0 | $0 | $0 | $0 |
| **Retirement Benefits** | $69,233 | $113,140 | $37,166 | $44,342 |
| **401-k, B, & C Funds** | $1,281,460 | $1,369,927 | $1,194,847 | $1,422,641 |
| **Total** | **$6,119,070** | **$7,466,084** | **$6,046,964** | **$7,429,354** |
| | **UPS** | | | **MATH  AVG.** |
| **Pilots** | 2,725 | | | 70,791 |
| **Career Earnings** | $6,605,805 | | | $4,777,568 |
| **Active Benefits** | $990,871 | | | $792,271 |
| **"A" Fund** | $1,241,856 | | | $225,356 |
| **Retirement Benefits** | $92,917 | | | $65,262 |
| **401-k, B, & C Funds** | $1,390,312 | | | $1,214,165 |
| **Total** | **$10,321,761** | | | **$7,013,679** |

# Mr. Joochan Lee

September 6, 2021

Career Loss Value Model

**KitDarby.com**



| MAJOR EARNINGS SUMMARY | | | |
|---|---|---|---|
| **Airline** | **Career Value** | **% of Average** | **$ Difference** |
| UPS | 10,321,761 | 147% | 3,308,082 |
| FedEx | 9,611,866 | 137% | 2,598,187 |
| Delta | 7,513,583 | 107% | 499,904 |
| United | 7,429,354 | 106% | 415,675 |
| American | 7,433,884 | 106% | 420,205 |
| Southwest | 7,466,084 | 106% | 452,404 |
| **Math Average** | **7,013,679** | **100%** | **0** |
| Alaska | 6,793,789 | 97% | -219,890 |
| Hawaiian | 6,208,536 | 89% | -805,143 |
| Frontier | 6,458,618 | 92% | -555,061 |
| jetBlue | 6,119,070 | 87% | -894,609 |
| Spirit | 6,046,964 | 86% | -966,715 |
| Allegiant | 5,460,106 | 78% | -1,553,573 |
| Atlas | 4,314,212 | 62% | -2,699,467 |

Mr. Joochan Lee                                                        September 6, 2021

Career Loss Value Model                                                **KitDarby.com**

## Career Earning Summary: OPTIONS #1 AND #2

| TRAINING/TIME BUILD/MISSION PILOT EARNINGS - 13 Years | | | NATIONAL AIRLINES FULL CAREER - 27.4 YEAR | | | | | TOTAL REGIONAL AL CAREER OPTION #1 | |
|---|---|---|---|---|---|---|---|---|---|
| STUDENT & CFI | Number | UNK | Pilots | 14,340 | | | | Pilots | 14,340 |
| 10 YR MISSION PILOT | Career Income | 545,060 | Career Earnings | $2,786,882 | | | | Career Earnings | $3,331,942 |
| OPTION 1 | Active Bene | 133,683 | + | Active Benefits | $587,990 | | **=** | | Active Benefits | $721,673 |
| | Ret Benefits | 0 | "A" Fund | $0 | | | | "A" Fund | $0 |
| | | 0 | Retirement Benefits | $47,435 | | | | Retirement Benefits | $47,435 |
| | "B" Fund/401(k) | 72,942 | "B" Fund/401(k) | $941,708 | | | | "B" Fund/401(k) | $1,014,650 |
| | Total | 751,686 | TOTAL | $4,364,015 | | | | TOTAL | $5,115,700 |

| TRAINING/TIME BUILD/MISSION PILOT EARNINGS - 13 Years | | | NATIONAL AIRLINES - 5 YR LEAD-IN | | 7 | MAJOR CAREER EARNINGS - 22.4 YRS | | TOTAL MAJOR AL CAREER OPTION #2 | |
|---|---|---|---|---|---|---|---|---|---|
| CFI | Number | UNK | Pilots | 14,340 | | Pilots | 70,791 | Pilots | 70,791 |
| OPTION 2 | Career Income | $545,060 | Career Earnings | $344,013 | | Career Earnings | 4,777,568 | Career Earnings | $5,666,641 |
| | Active Bene | $133,683 | Active Benefits | $67,285 | + | Active Benefits | 731,327 | Active Benefits | $932,295 |
| | "A" Fund | $0 | "A" Fund | $0 | | A-Fund | 225,356 | "A" Fund | $225,356 |
| | Ret Benefits | $0 | Retirement Benefits | $0 | | Ret. Income | 65,262 | Retirement Benefits | $65,262 |
| | "B" Fund/401(k) | $72,942 | "B" Fund/401(k) | $42,341 | | "B" Fund/401(k) | 1,214,165 | "B" Fund/401(k) | $1,329,449 |
| | Total | $751,686 | TOTAL | $453,638 | **=** | TOTAL | 7,013,679 | TOTAL | $8,219,003 |

| CAREER VALUE LOSS SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| **Career Path** | | | **Options** | **Probability** | **Career Path Value** | **Average Value** |
| Time Build/CFI/Mission Pilot | 13 Years | | | 100% | $751,686 | $751,686 |
| National/Regional Airline Pilot - 5 Yr Lead In | | | | 100% | $453,638 | $453,638 |
| National/Regional Airlines – Full Career - 27.4 Years | | OPTION | 1 | 20% | $3,910,376 | $782,075 |
| Major Airline Pilot - Full Career - 22.4 Years | | OPTION | 2 | 80% | $7,013,679 | $5,610,943 |
| | | MOST PROBABLE CAREER LOSS VALUE | | | | $7,598,342 |

Mr. Joochan Lee                                                          September 6, 2021

Career Loss Value Model                                          **KitDarby.com**

# IV - ECONOMIC MODEL RESULTS

The most probable career value loss for Mr. Lee's full career is $7,598,342 as depicted in the table below:

**This loss is the result of the following:**

1. 2 years completing flight training as a Commercial Pilot and flight instructor at MBI - (100%).

2. 1 year building flight time as an instructor pilot at MBI - (100%).

**PLUS**

3. 10 years as a mission pilot for MAF – 100%

**PLUS**

4. A full career at an average of one of six Regional airlines – 27.4 years (20%).

**OR**

5. 5-year Career at the average of six Regional Airlines - (80%)

**PLUS**

6. A 22.4 career at an average of the 13 Major airlines - (80%)

| CAREER VALUE LOSS SUMMARY | | | | | |
|---|---|---|---|---|---|
| **Career Path** | | **Options** | | **Probability** | **Career Path Value** | **Average Value** |
| Time Build/CFI/Mission Pilot | 13 Years | | | 100% | $751,686 | $751,686 |
| National/Regional Airline Pilot - 5 Yr Lead In | | | | 100% | $453,638 | $453,638 |
| National/Regional Airlines – Full Career - 27.4 Years | | OPTION | 1 | 20% | $3,910,376 | $782,075 |
| Major Airline Pilot - Full Career - 22.4 Years | | OPTION | 2 | 80% | $7,013,679 | $5,610,943 |
| | | MOST PROBABLE CAREER LOSS VALUE | | | | $7,598,342 |

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                              **KitDarby.com**

## V - EXECUTIVE SUMMARY

At the time of his death, Mr. Lee's career loss as a professional mission/airline pilot is presented below. It is my opinion that the most probable career income loss for Mr. Lee's career because of his death is **$7,598,342.**

The basis for this opinion include:

a.   The calculations outlined in the previous sections of this report.  These were derived using spreadsheet tables with airline pay rates from the current airline union contracts pay data.
b.   Mr. Darby's experience in analyzing the pilot job market for over 33 years
c.   Information in The AIR, Inc. Career Pilot Development System
d.   Information in the KitDarby.com Airline Career Days Seminar workbook
e.   Air, Inc./KitDarby.com 25 plus years of historical airline pilot career survey data.
f.   KitDarby.com's advanced Draft of the 2021 Airline Pilot Salary Survey

Data and other information considered by Mr. Darby in forming the opinions can be found in the publications listed in the bibliography and the information in Appendix E – Document reviewed for Joochan Lee.

| CAREER VALUE LOSS SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| **Career Path** | | Options | | Probability | Career Path Value | Average Value |
| Time Build/CFI/Mission Pilot | 13 Years | | | 100% | $751,686 | $751,686 |
| National/Regional Airline Pilot - 5 Yr Lead In | | | | 100% | $453,638 | $453,638 |
| National/Regional Airlines – Full Career - 27.4 Years | | OPTION | 1 | 20% | $3,910,376 | $782,075 |
| Major Airline Pilot - Full Career - 22.4 Years | | OPTION | 2 | 80% | $7,013,679 | $5,610,943 |
| | | MOST PROBABLE CAREER LOSS VALUE | | | | $7,598,342 |

| CAREER  LOSS SUMMARY | |
|---|---|
| **TOTAL** | $7,598,342 |
| **YEARLY- 40.4** | $188,078 |
| **MONTHLY** | $15,673 |

Mr. Lee's career loss is **$7,598,342.** Outside work, self-employment and personal investments are not examined as potentials for additional income. I hold this opinion to a reasonable degree of certainty in my field. I reserve the right to modify this report if new or additional information becomes available.

Sincerely,

*Kit Darby*

**Kit Darby**
**President, KitDarby.com**

Mr. Joochan Lee                                                              September 6, 2021

Career Loss Value Model                                                      **KitDarby.com**

# VI - DEFINITIONS

### GENERAL TERMS:

**AIRLINE TRANSPORT PILOT (ATP) CERTIFICATE** is a pilot certificate issued by the FAA. An ATP is required when acting as pilot-in-command of any aircraft for a domestic or an international air carrier. An ATP is also required to be a captain for an air taxi operation and other commercial operations.

**AVIATION INFORMATION RESOURCES, INC. (AIR, INC.)** is an aviation career information and consulting firm located in Atlanta, Georgia. Owner and President Kit Darby is recognized nationwide as the leading U. S. aviation career information expert. AIR, Inc. provided a variety of aviation related products and services including career counseling, aviation marketing and product development, aviation career information and out-placement seminars, employability studies, and career earnings models.

**CREDIT TIME:** The ratio-of-pay for time on duty, or trip time (away from home). The average Duty time ratio among Major airlines is 1 hour of pay credit for 2 hours of duty (1 for 2). The average trip hour ratio among major airlines is one hour of pay credit for 3.5 hours of time away from base (1 for 3.5). This helps ensure efficient scheduling of pilots, however, is only used to determine pay about 5%-10% of the time.

**FEDERAL AVIATION ADMINISTRATION (FAA).** A division of the US Government, Department of Transportation. The FAA is the governmental body which licenses pilots, flight engineers, mechanics, air traffic controllers and other skilled workers in the U.S. aviation industry. The FAA is also the enforcement agency for all CFRs and other aviation laws.

**CODE OF FEDERAL REGULATION (CFR).** CFRs are the rules and regulations by which the entire aviation industry operates. Airlines, airframe manufacturers and airports all operate under these auspices.
    **A. 14 CFR, PART 121:** That portion of the CFRs that governs operations for scheduled airlines.
    **B. 14 CFR, PART 135:** That portion of the CFRs that governs operations for charter operators.

**FUTURE AVIATION PROFESSIONALS OF AMERICA (FAPA).** FAPA was an aviation career information and consulting firm located in Atlanta, Georgia, which ceased operations in 1996.

**HARD TIME:** Actual flight time, block-to-block. Includes taxi time.

**SCHEDULED TIME:** The published flight time, block-to-block.

**TYPE RATING:** Specific training and rating required to operate all turbojet aircraft and all other aircraft with a certificated gross takeoff weight of over 12,500 pounds. The pilots must hold a valid type rating on that aircraft. The rating is applicable to that aircraft only; therefore, each aircraft in these categories require a specific type rating. All airlines pilots, including new-hires, must obtain an aircraft type rating to be a pilots of large aircraft under FAR part 121 or 135 scheduled passenger or cargo operations.

Mr. Joochan Lee                                          September 6, 2021

Career Loss Value Model                                  **KitDarby.com**

**DUTY POSITIONS:**

**CAPTAIN:** The captain is the pilot-in-command for aircraft being operated under 14 CFR Part 135 and Part 121 airline operations. He/he is the final authority/command of an aircraft in the air or when it is in the process of moving on the ground. The captain is also the final authority for the legal and safe operation of the total aircraft operation.

**FIRST OFFICER:** The first officer is the copilot or second-in-command of an aircraft that requires a copilot. In the event that the captain becomes incapacitated or delegates the command authority, the first officer would effectively become the captain.

**AIRLINE CATEGORIES:**

**MAJOR AIRLINE:** An airline whose annual revenues are $1 billion or more and operate large jet aircraft.

**NATIONAL AIRLINE:** An airline whose annual revenues are between $100 million and $1 billion.

**REGIONAL AIRLINE:** An airline whose annual revenues are less than $100 million or operates aircraft with less than 100 seats.

**NON-AIRLINE OPERATIONS:**

**CHARTER:** An aircraft operator that provides nonscheduled, on-demand service under 14 CFR Part 135.

**FLIGHT INSTRUCTION:** The process of teaching others to fly aircraft under 14 CFR Parts 91, 141, or 142.

Mr. Joochan Lee                                                                September 6, 2021

Career Loss Value Model                                                        **KitDarby.com**

# VII - BIBLIOGRAPHY

## EMPLOYABILITY

- 1992-2014 Airline Career Decision Guide - AIR, Inc./KitDarby.com
- 2004 Airline Pilot Application Handbook - AIR, Inc.
- Airline Pilot Central MAF, and FAPA websites

## SALARIES, WAGES, and other forms of COMPENSATION

- AIR, Inc./KitDarby.com Major Airline Pilot Salary Survey – 1984-2021
- National and Major Airlines/Company/Union Contracts

## ACTUARIAL

- US. Department of Commerce, Bureau of Consensus Statistics, National Data Book, 2012.
- A Longevity and Survival Analysis for a Cohort of Retired Airline Pilots, published by the DOT/FAA, 1995.
- RP-2000 Mortality Tables Report, Society of Actuaries, 2001.

Mr. Joochan Lee                                                                September 6, 2021

Career Loss Value Model                                                        **KitDarby.com**

## KIT DARBY
## ATTACHMENT – A:  PROFESSIONAL PUBLICATIONS

Mr. Darby was an aviation career consultant and president of Aviation Information Resources, Inc. (AIR, Inc.) in Atlanta, Georgia through February of 2009.  AIR, Inc. provided a wide array of aviation related services including out-placement pilot services and career seminars, pilot career counseling, aviation marketing and product development, employability studies and career earnings models.  He has authored:
The *Airline Pilot Application Handbook*,
*Worldwide Simulator Supply Study*
*Civil Simulator Database*
*Airline Pilot Career Decision Guide*
*US Airline Salary Survey*
*Major Airline Career Earnings Comparison*
*Airline Pilot Test Kit*
*Questions-Questions-Airline Interview Guide*
 *Airline Pilot Seminar Workbook.*

Mr. Darby serves as the Publisher and Executive Editor of:
The *Airline Pilot Job Monthly* newsletter
*Airline Pilot Careers* magazine

His technology launch endeavors include:
 an online application system (AIRApps) for airlines and pilots featuring automated application scoring.
The www.Jet-Jobs.com pilot career information web site that contains a 5,000-page archive on-line, peaking at 15,000 visits and 130,000 hits per day.

He has led and produced over 100 Airline Pilot Career Development Seminars, Forums, and Job Fairs nationwide since 1985.  These were both commercial events and support outplacement activities for union sponsors (Airline Pilots Association, Teamsters, and Allied Pilots Association) and air carriers.  Mr. Darby designed the content and audiovisual presentations as well as hosted these events for the past twenty years.  The venues drew typical crowds ranging in size from 250 to 700 pilots and 100 representatives from twenty-five to thirty-five airlines and pilot training and services vendors.

Additionally, his efforts led to the production of seven three-hour career workshop programs for:
Furloughed Pilots
Civilian-to-Airline Pilot Transition
CRM in the Pilot Interview
Pilot Resumes and Applications
Airline Pilot Interview Survival
Pilot Testing and Simulator Evaluations
Military-to-Airline Pilot Transition.

Worldwide, Mr. Darby is recognized as an expert in US pilot hiring, pilot selection, pilot supply and demand forecasting, and interview preparation including: testing, simulator evaluations, medical exams and personnel interviews. He is regularly quoted in the national media - newspapers, magazines, and on television, including

# Mr. Joochan Lee

September 6, 2021

Career Loss Value Model

**KitDarby.com**

*The Wall Street Journal*, *Atlanta Journal & Constitution*, *New York Times*, *Flying* Magazine, *AOPA Pilot*, *Airline Pilot Magazine*, *Time Magazine*, *Business Week*, *CNN*, *ABC*, *CBS*, *NBC, USA TODAY* and many more.

He has provided labor contract negotiation support to FedEx (company and union), UPS, Airborne Express, Continental, Netjets, Teamsters, and ALPA. Furthermore, he has adapted AIR, Inc.'s annual Pilot Salary survey to compare the pay, benefits, work rules, and retirement among the Major, National, Regional airlines and corporate fractional operators.

Additionally, Mr. Darby and AIR, Inc. has provided consulting services to a wide range of airlines, training organizations, aviation consulting firms, airline unions, and aircraft and simulator manufactures. Past projects include: worldwide pilot supply and demand studies for Japan Airlines, AeroStrategy for Oxford Aviation Training, CAE, and the Rand Corporation for the Air Force: pilot wage, benefit, retirement, and work rule analysis for Boeing, ALPA, APA, Teamsters, Netjets, UPS, FedEx, and Airborne Express; Simulator supply, demand and rental rate studies for Raymond James, FlightSaftey, and Bombardier.

From 1983 through 1989, Mr. Darby was the Executive Vice President and 1/3 owner of Future Aviation Professionals of America (FAPA), the largest US aviation career information service at the time. Responsible for product development, sales, and marketing, Mr. Darby conceived the Airline Pilot Career Day seminars, the annual *Pilot Salary Survey* and the *Ultimate Career Pilot Starter Kit*. While with FAPA, he also co-authored the self-prep *Resume Kit*, *Simulator Flying Guide*, *Beginners Guide to Becoming a Career Pilot* and *World-Wide Pilot Supply Report*. Under Mr. Darby's direction, FAPA's sales grew from approximately $300,000 in 1983 to over $3.6 million in 1989. Personnel increased from three to forty- two full and part-time staff.

Since his career in commercial aviation began in 1978, Mr. Darby has interviewed twenty times with sixteen different airlines.  Mr. Darby was a B-757/767 captain at United Airlines, but has also held positions as a flight engineer, first officer and captain while flying B-727/737, DC-8 and DC-9 aircraft.  Mr. Darby has also worked for Braniff International, Capital Air and Republic Airlines.  Mr. Darby received his BS in Aeronautical Studies from Embry-Riddle Aeronautical University. Prior to Embry-Riddle he spent four-years at NC State University School of Design majoring in Product Design.

Mr. Darby was the chief executive officer of InterFite, Inc. in Homestead, FL, a complete FBO that included a CFR 141 and VA-approved flight school plus a Cessna aircraft dealership. He was the Chief Instructor for a B-727 flight engineer school that was part of this school while working at Braniff as a DC-8 flight engineer and first officer from 1978 to 1980.

As a captain in the US Army, Mr. Darby established training programs, wrote flight-training manuals and trained instructor pilots in all Army fixed-wing aircraft (T-41, T-42, U-8, U-21, and OV-1). Mr. Darby co-authored the initial Army Aircrew Training Manuals for each Army fixed-wing aircraft. He was standardization Instructor Pilot and Instrument Examiner in all active Army fixed-wing aircraft and a rotary-wing Instrument Examiner.  Mr. Darby held the Flight Commander position for each Army fixed-wing aircraft graduate flight training courses and the instructor pilot course. He was the fixed-wing branch chief at the Department of Army-wide Flight Standards for two years. In this position he and his teams traveled to

Mr. Joochan Lee                                                    September 6, 2021

Career Loss Value Model                                            **KitDarby.com**

large Army aviation bases throughout the US and overseas conducting training audits and giving spot check rides to local pilots, examiners, and instructors. For twenty-three years, he was active in the Army and the Georgia National Guard flying the OV-1 Mohawk as an instrument flight examiner and standardization instructor pilot. In the National Guard he conducted CRM, ground and flight training for his unit and other units throughout Georgia. He achieved more than 4,000 hours of military flight experience and 2,500 hours as an instructor pilot and instrument examiner conducting basic single and multi-engine, instrument, aerobatic, simulator, and tactical instruction and evaluations.

His pilot qualifications include: 20,513 hours total time, 16,221 hours jet time, ATP with B-727/737/757/767 and DC-8 type ratings, flight instrument and engineer instructor, commercial instrument helicopter pilot, CFI/II/MEI 15 years, plus military instructor and instrument examiner ratings in 2 helicopters and 5 fixed-wing multiengine aircraft over 23 years. He has over 6,000 hours teaching in full flight simulators for Boeing, and Delta Air Lines.

Mr. Joochan Lee                                                                      September 6, 2021

Career Loss Value Model                                                              **KitDarby.com**

## ATTACHMENT – B:  Fee Schedule



### Appendix A: Fee Schedule as of January 2021

**Retainer** ............................................................................................................................... $ 2,500
    Applied to normal fees and fully refundable if we decide not to work together.
    Services rendered based on the merit of the case and available resources.

**Legal Package** ...................................................................................................................... $ 750
    Package includes a binder with historical pilot hiring statistics, pilot qualifications and
    experience trends (charts and graphs), pilot salary surveys—last five years, Pilot Career
    Development System - Fleet Directory (web), Career Decision Guide (Web), Airline Pilot
    Application Handbook, (Web).

**Client Evaluation/Interview with Mr. Darby** in Atlanta-flat fee .......................................... $ 1,300
    (Two hr. review of records/2 hr. personal meeting.)

**Pre-employment Independent Medical Exam** in Atlanta - flat fee ......................................... $ 2,000
    Review of records and exam with oral or written opinion of medical employability. Doctor
    available for deposition/court testimony at $ 250/hour, 1/2 day minimum plus expenses.

**Statement of Employability—Career Earnings Model** – Approx. ......................................... $ 5,200
    Complete assessment of employability including flight experience, ratings, licenses,
    qualifications, education, physical profile in relation to past, current or future hiring
    requirements/forecasts. Complete earnings model in current dollars from current
    position/employment through retirement including earnings, benefits, retirement
    (A-fund and B/C-fund calculations) and retirement benefits. We build a Three to 12-part
    major Airline model, which is factual, conservative, and convincing. National/Regional,
    Corporate, Military Models available.

    Additional Career Tracks – National/regional airline, corporate, fractional, military and others ................... $ 1,200

    Please allow approximately two weeks for completed model.

    50% deposit required to begin work. Balance due on completion.

**Deposition or Court Testimony** -$2,600/day, 2-day minimum ................................................ $ 5,200
    Expert witness on aviation job market, employability and career earnings potential.
    One day to prepare and one day for deposition/court testimony plus expenses.

| **Aviation Consulting** | with retainer: | per hour .............................................................. | $ 325 |
| | | per day ................................................................. | $ 2,600 |
| | without retainer: | per hour .............................................................. | $ 375 |
| | | per day................................................................. | $ 3,000 |

- Minimum billing in office: 1/2 hours; out of office: 1/2 day (4 hours); out of town 2 days.
- Similar services available for aviation mechanics and flight attendants.

### KitDarby.com Aviation Consulting, LLC
1029 Peachtree Pkwy N, ✈ Suite 352 ✈ Peachtree City, GA 30269
Toll Free 877 334-2939 ✈ Business 678 833-5620 ✈ Fax 770 487-6617

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

# Mr. Joochan Lee

September 6, 2021

Career Loss Value Model

**KitDarby.com**

## ATTACHMENT – C:  4 Year Case List

| Date | Law Firm | Contact | Address | Add 2 | City | ST | Zip | Case |
|---|---|---|---|---|---|---|---|---|
| 6/11/21 | Herrmann Law Group | Anthony Marsh | 505 5th Ave S | Suite 330 | Seattle | WA | 98104 | Joochan Lee |
| 5/24/21 | Kreindler & Kreindler | Daniel Rose/Kevin Mahoney | 485 Lexington Ave | | New York | NY | 10017 | Short |
| 4/29/21 | Wisner Law Group | Floyd Wisner | 514 W State St. | Suite 200 | Chicago | IL | 60134 | Qu |
| 3/7/21 | Tony Jobe Law | Tony Jobe | 1144 Hardy Drive | | Covington | LA | 70433 | Group of 16 vs Jet University |
| 2/26/21 | Katzman, Lambert, and Stoll | Bradley Stoll | 121 N. Wayne Ave. | Suite 205 | Wayne, | PA | 19087 | Tessema - ET 302 |
| 1/27/21 | Law Offices of J. Chrisp | Jesse Chrisp | 15322 Lakeshore Drive 3rd Floor | | Clearlake | CA, | 95422 | Drosos v Mahe |
| 12/18/20 | KJK | Susan Stone/Kristina Suppler | 1375 East Ninth Street, 29th Floor | | Cleveland, | OH | 44114 | John Doe v McDaniel College |
| 10/26/20 | AMR, LLP | Peter Kaddan | 300 – 145 Wellington Street West | | Toronto | ON | M5J 1H8 | McNulty v Canadian Filtration |
| 10/2/20 | Lewis Brisbois | Paul Rupprecht | 1700 Lincon St. | Ste-4000 | Denver | CO | 80203 | Ordonez |
| 10/2/20 | Liberty Mutual - Progressive Specality Ins. Co. | Michael Lyford | 6300 Wilson Mills Rd | | Mayfield Village | OH | 44143 | Perinelli |
| 9/8/20 | Anapol Weiss | Jo Ann Nemei | 8700 E Vista Bonita Dr. | S-268 | Scottsdale | AZ | 85255 | Kyle Pringle |
| 8/20/20 | Bounds Law Group | Ming A. Marx | 1751 N. Park Ave. | | Maitland | FL | 32751 | Jake Vernon |
| 6/12/20 | Alan Armstrong Attorney at Law | Alan Armstrong | 2900 Chamblee Tucker Road | Bldg. 5, Ste. 350 | Atlanta, | GA | 30341 | Nathan Sorenson |
| 6/3/20 | HONSA MARA LANDRY | Debbie Honsa | 333 South 7th Street, Suite 2300 | | Minneapolis, | MN | 55402 | John Edward Warrington |
| 3/30/20 | Wolk Law Firm | Cinthia Devers | 1710-12 Locust St | | Philadelphia | PA | 19103 | Rucie Moore |
| 2/27/20 | The Law Offices of Rik Lovett & Associates | Rik Lovett | 4048 Barrett Drive | | Raleigh, | NC | 27609 | Carol, Berenyi |
| 1/6/20 | LiveW3 | Marcus Hiles | 2505 N STATE HWY 360 | SUITE 800 | GRAND PRAIRIE | TX | 75050 | Live W3 |
| 11/1/19 | Tiano Odell | William Tiano | 118 Capitol Street | PO Box 11830 | Charleston | WV | 25339 | Anh Kim Ho |
| 10/30/19 | Katzman, Lampert, & Stoll | Bradley Stoll | 121 N. Wayne Ave. | Suite 205 | Wayne, | PA | 19087 | Omer - ET 302 |
| 9/19/19 | Benson Law Nevada | Kevin Benson, Esq. | 123 W. Nve Lane #487 | | Carson City, | NV | 89706 | Kuklock |
| 10/4/19 | GARDINER KOCH WEISBERG & WRONA | John Wrona/Shannon Condon | 53 W. Jackson Blvd., | Suite 950 | Chicago, | IL | 60604 | Harvino |
| 8/7/19 | Engle & Schults, LLP | Stephen Schultz, Esq. | One Federal Street | Suite 2120 | Boston, | MA | 2110 | Jon Bryan |
| 6/27/19 | Fury Duarte PS Trial Lawyer | Scot Smith | 1606 148th Avenue SE – | Suite 200 | Bellevue, | WA | 98007 | Paul Engelian |
| 5/29/19 | Law Office of Samuel C. Moore, PLLC | Sam C. Moore | 526 King Street, | Suite 506 | Alexandria, | VA | 22314 | Ko Hyunju |
| 4/26/19 | The Wolk Law Firm | Cynthia Devers | 1710-12 Locust St | | Philadelphia | PA | 19103 | Robin Venuti |
| 3/19/19 | Motley Rice, LLC | Jim Bruaché | 28 Bridgeside Blvd. | | Mt. Pleasant, | SC | 29464 | Archuleta |
| 1/26/19 | Timothy D. McGonigle, P.C. | Timothy McGonigle | 1880 Century Park East, | Suite 516 | Los Angeles, | CA | 90067 | AA Pilot Flow |
| 10/10/18 | Comunale Law | Anthony Comunale | 130 West Second St. | Suite 1444 | Dayton, | OH | 45402-1504 | Barbra Kanble v Kanble |
| 9/10/18 | The Wolk Law Firm | Mike Miska | 1710-12 Locust St | | Philadelphia | PA | 19103 | ZacharyCapra |
| 8/17/18 | Kitrick, Lewis, & Harris | Mark Kitrick | 515E Main St. | | Columbus | OH | 43215 | Dean Runfola |
| 8/17/18 | Nolan Law Group | Tom Routh | 20 N. Clark Street | 30th Floor | Chicago, | IL | 60602 | Al-Aryan |
| 7/12/18 | Sherman & Howard | Rajesh Kukreja | 633 17th St. | S-3000 | Denver | CO | 80202 | Arden Lindsey v Brad Lindsey |
| 8/7/18 | Bonar, Bucher & Rankin, PSC | Tony Bucher | 3611 Decoursey Ave. | | Covington | KY | 41015 | Karen McNally |
| 5/16/18 | Spohrer & Dodd, PL | Barry Newman | 76 S. Laura St. | S-1701 | Jacksonville | FL | 32202 | Marcos Rodriquez V. USAF |
| 3/15/18 | Steve Ray Law, PLLC | Steve Ray | 425 W Mulberry St | Suite 112 | Fort Collins, | CO | 80521 | Skousen V Menzies Aviation |
| 03/02/18 | Nolan Law Group | Tom Routh | 20 N. Clark Street | 30th Floor | Chicago, | IL | 60602 | Oakley |
| 1/29/18 | Law Office of Jeffery Robinson | Jeffery Robinson | 4700 Pt. Fosdick Dr. | Suite 301 | Gig Harbor | WA | 98335 | Hamrick Dissolution |
| 9/17/17 | Woodruff Lawyers | Sandler/Barnett | 4234 Meridan Parkway | Suit 134 | Aurora | IL | 60504 | Royster V FAA |
| 11/3/17 | The Morgan Law Group | Erick Trrivedi | 55 merrick Way | Suite 404 | Coral Gables, | FL | 33134 | Douglas Gilbert |
| 6/17/17 | Nurenburg Paris, Hekker, McCarthy | Jamie Lebovitz | 600 Superior Ave. | Suite 1200 | Cleveland | OH | 44114 | Carl Woodland |

Mr. Joochan Lee                                                                                  September 6, 2021

Career Loss Value Model                                                                          **KitDarby.com**

## ATTACHMENT – D:  Aviation & Business Resumes

### ARTEMAS KEITT DARBY, III
1029 Peachtree Pkwy. S-352
Peachtree City, GA 30269
PH:  (877) 334-2939
FAX: (770) 487-6617

| FLIGHT RATINGS: | CIVIL | MILITARY - Retired |
|---|---|---|
| | ATP: S&MEL Land (B-717/27/37/57/67/DC-8/9) | Instrument Examiner: F/W & R/W aircraft |
| | CFI: Aircraft / Instrument (15 years) | Standardization IP: 5 F/W aircraft |
| | FE: Turbojet (B-727/DC-8) | Unit Training and Operations Officer |
| | Part 121: CPT/FO/SO (DC-8/9;B-727/37/57/67) | Maintenance Test Pilot |
| | Parts 121, 135, 141, 142, 91 & 63 experience | Flight, Ground, & Simulator Instructor |

**FLIGHT TIME:**                                TOTAL 23,513

| | | |
|---|---|---|
| Heavy Jet (2 & 4 engines) ..... 5,544 | Instructor Pilot ......................... 2,775 | Actual Instruments ............2,058 |
| Pilot-in-Command .............. 15,210 | Sim. Instructor (B-727/37/717).. 5737 | Simulated Instruments ........ 455 |
| Multiengine.......................... 17,123 | Flt. Engineer (B-727/DC-8) ....... 3,070 | Night.....................................3,335 |

**WORK EXPERIENCE:**                           **AIRLINE PILOT**

| | | |
|---|---|---|
| NOV 12 – Present | Delta Prof. Services | Instructor Pilot ATP-CTP, B-757/MD-88. Part 121/42 GRD &SIM |
| NOV 07 – MAY 14 | Boeing Training Ser. | Instructor pilot B-717/737-3/5/800. Part 121/142/AQP GRD & SIM |
| | | |
| JAN 85 –Retired 5/07 | United Airlines | Captain: B-737/757/767. FO/SO B-737/727. Part 121 scheduled |
| PIC B-767/757 3,637 | Chicago, IL | domestic/int'l pax operations throughout North / South America & |
| PIC B-737 ……4,272 | | Europe. ETOPS, RSVM, & INS long-range navigation operations. |
| PIC DC-8  ………350 | | |
| | | |
| JUL 85 - DEC 85 | Republic Airlines | First Officer: DC-9. Part 121 scheduled domestic/international |
| | Detroit, MI | passenger operations throughout North America. |
| | | |
| APR 81 - NOV 84 | Capitol Air | Captain & FO: DC-8. 121 domestic/international passenger and |
| | Jamaica, NY | charter operations throughout North America and Europe. |
| | | |
| AUG 78 - SEP 80 | Braniff Int'l | First Officer/FE: B-727/DC-8. Part 121 domestic/international |
| | DFW Airport, TX | passenger operations throughout North / South America. |

**MILITARY INSTRUCTOR PILOT, EXAMINER, & FLIGHT COMMANDER**

| | |
|---|---|
| 1969 to 1993 | Captain US Army. Standardization Instructor Pilot and Instrument Examiner - |
| Retired | 8 years. Commanded the Aircraft Qualification & IP Course for all F/W |
| | aircraft. Army-wide Flight Standards Division - 2 years. Established training |
| | programs, wrote flight training manuals and trained IP's in all Army fixed-wing |
| | aircraft. Georgia Army Nat'l Guard OV-1 SIP/Flight Examiner – total of 23 years. |

**EDUCATION:**                         **B.S. DEGREE  - AERONAUTICAL STUDIES**

| | |
|---|---|
| NOV 74 - AUG 77 | Embry-Riddle AU, FL: Concentration on Flight Technology. Dean's List student. |

**SPECIAL TRAINING:**

| | |
|---|---|
| JUL 09 & JAN 13 | B-717 Instructor/Transition Training: Boeing, Seattle, WA & Delta Air Lines Atlanta, GA |
| MAY 00 | B-757/767 Captain Transition Training: United Airlines, Denver, CO |
| JUN 93 | B-737 Captain Upgrade Training: United Airlines, Denver, CO |
| JAN 90 | B-727 First Officer Upgrade Training: United Airlines, Denver, CO |
| JUL 85 | DC-9 First Officer Initial Training: Republic Airlines, Atlanta, GA |
| JAN 85 | B-727 Second Officer Initial Training: United Airlines, Denver, CO |
| JUN 84 | DC-8 Captain Upgrade Training: Capitol Air, Smyrna, TN/Dallas, TX |
| MAY 81 | DC-8 First Officer Initial Training: Capitol Air, Smyrna, TN |
| APR 79 | DC-8 First Officer Upgrade Training: Braniff International, Dallas, TX |
| AUG 78 - OCT 78 | B-727/DC-8 Second Officer Initial Training: Braniff International, Dallas, TX |
| DEC 76 - JAN 77 | Fixed-wing & Rotary-wing Instrument Flight Examiner's Courses (US Army) |
| APR 74 - JAN 77 | Instructor Pilot Courses: OV-1, U-21, U-8, T-42, and T-41 (US Army) |
| FEB 69 - MAR 91 | Overwater/Land Survival, Altitude Chamber, Ejection Seat Training (US Army) |
| FEB 69 - JUL 71 | Infantry Officer Candidate School, Advanced Infantry, and Basic Training (US Army) |

Mr. Joochan Lee                                                                September 6, 2021

Career Loss Value Model                                                        **KitDarby.com**

# ARTEMAS KEITT DARBY, III

| | |
|---|---|
| **1029 Peachtree Pkwy N, S-352** | **Keitt (Kit) Darby** |
| **Peachtree City, GA  30290** | **Pres., KitDarby.com** |
| **Cell: 678 776-5633** | **Business Qualifications** |

**SKILLS:**

- Seasoned business executive with established interpersonal and public speaking presentation skills.
- Thirty years of bottom-line oriented business management results concentrated in the areas of flight training, pilot hiring, and aviation career consulting.
- Direct sales, marketing, and product development with a demonstrated ability to conceive, develop and deliver profitable products and services to professional pilots.
- Effectively integrate business technologies to publish print and Internet-based pilot career information.
- Apply industry analysis of airline crewing to pilot and simulator supply and demand forecasting.
- Design and deliver effective marketing campaigns and promotional solutions for professional pilots.
- Evaluate business processes and rules to identify and implement potential improvements.
- Customer relationship management and applications ensuring quality execution of customer operations.
- Lead and mentor staff members to completed projects on time and under budget.
- Successfully negotiate with trade and national media to deliver requested data in support of company goals.
- Guide pilots in pursuit of their career goals while overseeing career counselors and editorial staff to provide

    the best products and services for pilots in the pursuit of their professional goals.

**BUSINESS EXPERIENCE:**           **Business Owner and Manager**

| | | |
|---|---|---|
| JAN 09 - Present | KitDarby.com Aviation Consult., LLC Peachtree City, GA | President: Litigation support – Pilot Career Earnings, Pilot hiring and selection, supply and demand forecasting Media advisor, CNN, FOX News, Bloomberg, Wall Street Journal |
| JAN 89 – FEB 09 | AIR, Inc. - Aviation Information Resources, Inc. Atlanta, GA | President and CEO: Leadership responsibility for P&L, marketing operations and product development. Increased sales from start-up to $3.3M. Expanded products and services by adding online application system, consulting services, and production of new seminar workshops. Served over 200,000 pilot members from 1989 to 2009. |
| NOV 83 - DEC 89 | FAPA - Future Aviation Professionals Of America | Executive Vice President: Sales, marketing and product development. Increased sales from $300,000 to $3.6M. Expanded products and services by adding resume service, career |

# Mr. Joochan Lee
September 6, 2021

Career Loss Value Model                                                      **KitDarby.com**

|  |  |  |
|---|---|---|
|  | Atlanta, GA | seminars, monthly magazine, and annual pilot salary survey. |
| APR 80 - NOV 83 | Coast Magazine<br>Myrtle Beach, SC | Business Manager: Computerized typesetting, bookkeeping, and ad sales. Introduced full year color printing cutting cost by 60%. Brought shipping and delivery in-house at a 50% savings. |
| AUG 78 - SEP 80 | InterFlite, Inc.<br>Miami, FL | President and Chief Instructor: Purchased and re-certified a dormant FAA 141 school certificate. Re-established VA funding. Developed an FAA/VA approved B-727 FE course as chief instr. |
| JAN 78 - SEP 78 | Flight Int'l, Inc.<br>Atlanta, GA | Simulator and Ground Instructor: FAA and VA approved B-727 FE course. Taught full B-727 ground school, CPT and simulator. Written course instructor for the ATP and FE written exams |
| 1969 to 1993 | **Military Flight Training and Standardization Manager**<br>Captain US Army. Standardization Instructor Pilot and Instrument Examiner - eight years. Commanded the Aircraft Qualification & IP Course for all F/W aircraft. Army-wide Flight Standards Division - two years. Established flight training programs, wrote flight training manuals and trained pilots and IP's in all Army fixed-wing aircraft. Georgia Army Nat'l Guard OV-1 SIP/Flight Examiner - total of 23 years. |  |

**CONSULTING:**    **Aviation Marketing/Pilot and Simulator Supply and Demand**

| | |
|---|---|
| NOV 09 | Airline Pilot Supply, Earnings and Qualification Study, GAO Washington, DC |
| AUG 06 | Airline Bid Pack Analysis and Career Value Study, Boeing, Seattle, WA |
| DEC 05 | Airline/Corporate Bid Pack Analysis and Career Value Study, Netjets, Columbus, OH |
| 2003/04/05 | Simulator Rental Rate & Utilization Study, Raymond James, Vancouver, BC |
| FEB 01 | Worldwide Pilot Supply & Demand Study, AeroStrategy for Oxford Aviation, England |
| 2000/01/02 | US Pilot Supply Study, Rand Corporation for the US Air Force, Washington, DC |
| 1998/00 | Major Airline Career Value and Work Rule Study, Teamsters (ABX), Wilmington, OH |
| OCT 98 | Major Airline Career Value Study, FedEx, Memphis, TN |
| JUN 94 | Furloughed pilot outplacement services, Allied Pilots Association, Dallas, TX |
| JUL 93 | Maintenance Training Facility Location Study, Dalfort, Dallas, TX |
| JUN 92 | Furloughed pilot outplacement services, Pan American Airways, New York, NY |
| SEP 91 | Replacement Simulator study for Dalfort (Braniff Education Systems), Dallas, TX |
| MAR 90 | Flight Training Marketing Study, UND Spectrum Program, Grand Forks, ND |
| DEC 89 | Worldwide Pilot Supply and Demand Study, Japan Airlines, Japan |
| NOV 89 to Present | Furloughed/displaced pilot outplacement services, ALPA (Frontier, EAL, plus 15 more) |

Mr. Joochan Lee                                                          September 6, 2021

Career Loss Value Model                                                  **KitDarby.com**

**EXPERT WITNESS:**            **Pilot hiring and Career Value Models**

JAN 83 - Present      Provided litigation support in approximately 250 cases with written reports and excel
                      workbooks detailing the job market and the average career value for the US Major
                      airlines, National Airlines, Regional Airlines, Military, Corporate, and Fractional
                      operators pilot careers. Additional models have been developed for Maintenance
                      Technicians, Flight Attendants, Simulator Instructors, and Ground School Instructors.
                      Supplied written reports, depositions, and trail testimony services to pilots' attorneys
                      and their estates, pilot unions, airlines, the FAA, and the US Department of Justice in
                      the US and Canada.

**EDUCATION:**                 **B.S. Degree - Aeronautical Studies**

AUG 77        Embry-Riddle AU, Dayton Beach, FL: Concentration on Flight Technology. Dean's List.
              Education concurrent with military duty as a flight commander and instructor pilot.

JAN 69        NC State University, Raleigh, NC. School of Design – Major Product Design. Minor
              Psychology. Freshman and varsity basketball and track on scholarship. Sigma Nu
              Fraternity. Air Force ROTC. Qualified first in class for pilot training. Education
              concurrent with work to pay general expenses. Intern family publishing business.

**ASSOCIATIONS:**

· Air Line Pilots Association: Member, outplacement services to furloughed/displaced pilots since 1983.

· Aircraft Pilots and Owners Association: Member, conducting pilot career workshops from 1983 to 2001.

· National Business Aircraft Association: Corporate member since 1983.

· Organization of Black Airline Pilots: Corporate member, conducting pilot career workshops since 1983.

· Women in Aviation: Corporate member, pilot career workshops at annual meetings since 1983.

· Experimental Aircraft Association: Corporate member, pilot career forums at Oshkosh since 1983 and
  Sun & Fun since 2010.

Mr. Joochan Lee                                                                September 6, 2021

Career Loss Value Model                                          **KitDarby.com**

## ATTACHMENT – E:  Documents & Information Reviewed for Joochan Lee Case

**Documents & Information reviewed for Joochan Lee:**

**Phone Interviews**:
Yuki Lee - Wife
Mirea Lee – Sister
Sege Yung– Friend
Jessica Snyder – Family friend


**Documents**:
Lee.JooChan Official Transcript.pdf
Joochan Lee EW Fact Sheet.pdf
1. Complaint - Joochan Lee.pdf
NTSB Factual Report - 10.28.2020.pdf
NTSB Preliminary Investigation.


**Websites**:
Mission Aviation Fellowship
Moody's Bible institute
Zipps.com Career Experts

Mr. Joochan Lee                                                September 6, 2021

Career Loss Value Model                                                **KitDarby.com**

### ATTACHMENT – F:  Websites Reviewed for Joochan Lee Case

Mission Aviation Fellowship:

## Missionary Qualifications

All candidates must meet the following personal qualifications. Couples applying to MAF must individually meet these qualifications.

- Committed relationship with Jesus Christ and affirmation of spiritual maturity by others
- A desire to be part of fulfilling the Great Commission
- Willingness to raise prayer and financial support
- 12 hours of college-level Bible course (**view a list of recommended Bible schools**) or equivalent (talk to us)
- Active in a local church or ministry for at least two years

## Professional Qualifications

### Pilot/Mechanic

- Commercial Pilot License with instrument rating
- Minimum 400 hours total time
- 50 hours high-performance time
- Airframe & Powerplant Certificate
- *Recommended:*
  - Certified Flight Instructor rating

KitDarby.com Aviation Consulting, LLC • 1029 Peachtree Pkwy N • Suite #352 • Peachtree City, GA 30269 USA • Copyright 2021 • (877) 334-2939

Mr. Joochan Lee                                                          September 6, 2021

Career Loss Value Model                                                  **KitDarby.com**

## Current Aviation Needs

### Maintenance Specialists

*Haiti (1), Africa Region (4), South Central Asia (1), Southeast Asia (2)*

### Pilot/Mechanics

*Africa (2), Haiti (3), Indonesia (3)*

### Pilot Specialists

*Latin America – Affiliates (2), Africa (1), Indonesia (1), South Central Asia (1)*

MAF recommended bible schools list:

## Moody Bible Institute Spokane

6719 E. Rutter Ave.

Spokane, WA 99212

Phone: (509) 535-4051

Email: **moody.aviation@moody.edu**

*Note: Moody Aviation offers flight training, a one and a half year A&P program, advanced maintenance experience and Bible training. Bachelor degree options are available.*

Mr. Joochan Lee September 6, 2021

Career Loss Value Model **KitDarby.com**

**Moody's Bible Institute:**

## TRAIN TO BE A MISSIONARY AND AN AVIATOR

When you earn your Bachelor of Science in Missionary Aviation Technology—Flight from Moody Aviation, you prepare to serve as a missionary and an aviator anywhere. You'll study under faculty who have extensive mission aviation experience, and a passion for God's Word. Gain training in the Bible and theology to prepare you to serve God wherever He calls you.

Build 325 hours of flying experience and graduate with a commercial pilot certificate, instrument rating, and high performance, tailwheel, and complex endorsements. Earn maintenance training that culminates in airframe and powerplant certification.