# ARTEMAS KEITT DARBY, III
1029 Peachtree Pkwy. S-352
Peachtree City, GA 30269
PH:  (877) 334-2939
FAX: (770) 487-6617

| **FLIGHT RATINGS:** | **CIVIL** | **MILITARY - Retired** |
|---|---|---|
| | ATP: S&MEL Land (B-717/27/37/57/67/DC-8/9) | Instrument Examiner: F/W & R/W aircraft |
| | CFI: Aircraft / Instrument (15 years) | Standardization IP: 5 F/W aircraft |
| | FE: Turbojet (B-727/DC-8) | Unit Training and Operations Officer |
| | Part 121: CPT/FO/SO (DC-8/9;B-727/37/57/67) | Maintenance Test Pilot |
| | Parts 121, 135, 141, 142, 91 & 63 experience | Flight, Ground, & Simulator Instructor |

**FLIGHT TIME:**            **TOTAL 23,513**

| | | |
|---|---|---|
| Heavy Jet (2 & 4 engines) ..... 5,544 | Instructor Pilot ........................... 2,775 | Actual Instruments ............ 2,058 |
| Pilot-in-Command ................ 15,210 | Sim. Instructor (B-727/37/717) .. 5737 | Simulated Instruments ......... 455 |
| Multiengine ......................... 17,123 | Flt. Engineer (B-727/DC-8) ....... 3,070 | Night .................................. 3,335 |

**WORK EXPERIENCE:**            **AIRLINE PILOT**

| | | |
|---|---|---|
| NOV 12 – Present | Delta Prof. Services | Instructor Pilot ATP-CTP, B-757/MD-88. Part 121/42 GRD &SIM |
| NOV 07 – MAY 14 | Boeing Training Ser. | Instructor pilot B-717/737-3/5/800. Part 121/142/AQP GRD & SIM |
| JAN 85 –Retired 5/07<br>PIC B-767/757 3,637<br>PIC B-737 ……4,272<br>PIC DC-8  ………350 | United Airlines<br>Chicago, IL | Captain: B-737/757/767. FO/SO B-737/727. Part 121 scheduled domestic/int'l pax operations throughout North / South America & Europe. ETOPS, RSVM, & INS long-range navigation operations. |
| JUL 85 - DEC 85 | Republic Airlines<br>Detroit, MI | First Officer: DC-9. Part 121 scheduled domestic/international passenger operations throughout North America. |
| APR 81 - NOV 84 | Capitol Air<br>Jamaica, NY | Captain & FO: DC-8. 121 domestic/international passenger and charter operations throughout North America and Europe. |
| AUG 78 - SEP 80 | Braniff Int'l<br>DFW Airport, TX | First Officer/FE: B-727/DC-8. Part 121 domestic/international passenger operations throughout North / South America. |

**MILITARY INSTRUCTOR PILOT, EXAMINER, & FLIGHT COMMANDER**

| | |
|---|---|
| 1969 to 1993<br>Retired | Captain US Army. Standardization Instructor Pilot and Instrument Examiner - 8 years. Commanded the Aircraft Qualification & IP Course for all F/W aircraft. Army-wide Flight Standards Division - 2 years. Established training programs, wrote flight training manuals and trained IP's in all Army fixed-wing aircraft. Georgia Army Nat'l Guard OV-1 SIP/Flight Examiner – total of 23 years. |

**EDUCATION:**            **B.S. DEGREE  - AERONAUTICAL STUDIES**

NOV 74 - AUG 77    Embry-Riddle AU, FL: Concentration on Flight Technology. Dean's List student.

**SPECIAL TRAINING:**

| | |
|---|---|
| JUL 09 & JAN 13 | B-717 Instructor/Transition Training: Boeing, Seattle, WA & Delta Air Lines Atlanta, GA |
| MAY 00 | B-757/767 Captain Transition Training: United Airlines, Denver, CO |
| JUN 93 | B-737 Captain Upgrade Training: United Airlines, Denver, CO |
| JAN 90 | B-727 First Officer Upgrade Training: United Airlines, Denver, CO |
| JUL 85 | DC-9 First Officer Initial Training: Republic Airlines, Atlanta, GA |
| JAN 85 | B-727 Second Officer Initial Training: United Airlines, Denver, CO |
| JUN 84 | DC-8 Captain Upgrade Training: Capitol Air, Smyrna, TN/Dallas, TX |
| MAY 81 | DC-8 First Officer Initial Training: Capitol Air, Smyrna, TN |
| APR 79 | DC-8 First Officer Upgrade Training: Braniff International, Dallas, TX |
| AUG 78 - OCT 78 | B-727/DC-8 Second Officer Initial Training: Braniff International, Dallas, TX |
| DEC 76 - JAN 77 | Fixed-wing & Rotary-wing Instrument Flight Examiner's Courses (US Army) |
| APR 74 - JAN 77 | Instructor Pilot Courses: OV-1, U-21, U-8, T-42, and T-41 (US Army) |
| FEB 69 - MAR 91 | Overwater/Land Survival, Altitude Chamber, Ejection Seat Training (US Army) |
| FEB 69 - JUL 71 | Infantry Officer Candidate School, Advanced Infantry, and Basic Training (US Army) |

# ARTEMAS KEITT DARBY, III

| | | |
|---|---|---|
| | 1029 Peachtree Pkwy N | Keitt (Kit) Darby |
| | Peachtree City, GA  30290 | Pres., KitDarby.com |
| | Cell: 678 776-5633 | Business Qualifications |

**OBJECTIVE:**

A contemporary business leadership position combining my extensive aviation industry technical and information business expertise within a flight training and/or career development environment.

**SKILLS:**

• Seasoned business executive with established interpersonal and public speaking presentation skills.
• Thirty years of bottom-line oriented business management results concentrated in the areas of flight training, pilot hiring, and aviation career consulting.
• Direct sales, marketing, and product development with a demonstrated ability to conceive, develop and deliver profitable products and services to professional pilots.
• Effectively integrating business technologies to publish print and Internet-based pilot career information.
• Apply industry analysis of airline crewing to pilot and simulator supply and demand forecasting.
• Design and deliver effective marketing campaigns and promotional solutions for professional pilots.
• Evaluate business processes and rules to identify and implement potential improvements.
• Customer relationship management and applications ensuring quality execution of customer operations.
• Lead and mentor staff members to completed projects on time and under budget.
• Successfully negotiate with trade and national media to deliver requested data in support of company goals.
• Guide pilots in pursuit of their career goals while overseeing career counselors and editorial staff to provide the best products and services for pilots in the pursuit of their professional goals.

**BUSINESS EXPERIENCE:**          **Business Owner and Manager**

| | | |
|---|---|---|
| JAN 09 - Present | KitDarby.com Aviation Consulting, LLC Peachtree City, GA | President: Litigation support – Pilot Career Earnings, Pilot hiring and selection, supply and demand forecasting Media advisor, CNN, FOX News, Bloomberg, Wall Street Journal |
| JAN 89 – FEB 09 | AIR, Inc. - Aviation Information Resources, Inc. Atlanta, GA | President and CEO: Leadership responsibility for P&L, marketing operations and product development. Increased sales from start-up to $3.3M. Expanded products and services by adding online application system, consulting services, and production of new seminar workshops. Served over 200,000 pilot members from 1989 to 2009. |
| NOV 83 - DEC 89 | FAPA - Future Aviation Professionals Of America Atlanta, GA | Executive Vice President: Sales, marketing and product development. Increased sales from $300,000 to $3.6M. Expanded products and services by adding resume service, career seminars, monthly magazine, and annual pilot salary survey. |
| APR 80 - NOV 83 | Coast Magazine Myrtle Beach, SC | Business Manager: Computerized typesetting, bookkeeping, and ad sales. Introduced full year color printing cutting cost by 60%. Brought shipping and delivery in-house at a 50% savings. |
| AUG 78 - SEP 80 | InterFlite, Inc. Miami, FL | President and Chief Instructor: Purchased and re-certified a dormant FAA 141 school certificate. Re-established VA funding. Developed an FAA/VA approved B-727 FE course as chief instr. |

| | | |
|---|---|---|
| JAN 78 - SEP 78 | Flight Int'l, Inc. Atlanta, GA | Simulator and Ground Instructor: FAA and VA approved B-727 FE course. Taught full B-727 ground school, CPT and simulator. Written course instructor for the ATP and FE written exams |
| 1969 to 1993 | **Military Flight Training and Standardization Manager** Captain US Army. Standardization Instructor Pilot and Instrument Examiner - eight years. Commanded the Aircraft Qualification & IP Course for all F/W aircraft. Army-wide Flight Standards Division - two years. Established flight training programs, wrote flight training manuals and trained pilots and IP's in all Army fixed-wing aircraft. Georgia Army Nat'l Guard OV-1 SIP/Flight Examiner - total of 23 years. | |

**CONSULTING:**           **Aviation Marketing/Pilot and Simulator Supply and Demand**

| | |
|---|---|
| APR 15 | PRIA audit of 2013 and 2014 pilot records for PSA Airlines , Dayton, OH |
| FEB 15 | US Airline Pilot Demand 2015 to 2030 2nd Edition with Audries Aircraft |
| MAR 14 | Pilot Career workshops and Delta Air Lines interview prep for ALPA National |
| FEB 14 | US Airline Pilot Demand Video for Eagle Jet International, Miami, FL |
| AUG 14 | US Major Airline Pilot Salary Survey, FedEx, Memphis, TN |
| MAR 14 | US Airline Pilot Salary and Benefit Benchmark Study, Bain & Co., Dallas, TX |
| OCT 14 | US Airline Pilot Retirement Forecast, USB Investment Bank. New York, NY |
| FEB 12 | US Regional Pilot F/A, and Maintenance Labor Force Analysis, Bain & Co., Dallas, TX |
| JUL 12 | US Airline Pilot Job Markey Video, Eagle Jet, Miami, FL |
| MAR 11 | Legacy Airline Pilot Staffing Analysis, All Nippon Airways, Tokyo, Japan |
| OCT 10 | Pilot Hiring Analysis and Data Base Project, FAA, APO -300, Washington, DC |
| JUN 10 | Pilot Seniority Integration Arbitration Analysis, Frontier Pilot Association, Denver, CO |
| NOV 09 | Airline Pilot Supply, Earnings and Qualification Study, GAO Washington, DC |
| AUG 06 | Airline Bid Pack Analysis and Career Value Study, Boeing, Seattle, WA |
| DEC 05 | Airline/Corporate Bid Pack Analysis and Career Value Study, Netjets, Columbus, OH |
| 2003/04/05 | Simulator Rental Rate & Utilization Study, Raymond James, Vancouver, BC |
| FEB 01 | Worldwide Pilot Supply and Demand Study, AeroStrategy for Oxford Aviation, England |
| 2000/01/02 | US Pilot Supply Study, Rand Corporation for the US Air Force, Washington, DC |
| 1998/00 | Major Airline Career Value and Work Rule Study, Teamsters (ABX), Wilmington, OH |
| OCT 98 | Major Airline Career Value Study, FedEx, Memphis, TN |
| JUN 94 | Furloughed pilot outplacement services, Allied Pilots Association, Dallas, TX |
| JUL 93 | Maintenance Training Facility Location Study, Dalfort, Dallas, TX |
| JUN 92 | Furloughed pilot outplacement services, Pan American Airways, New York, NY |
| SEP 91 | Replacement Simulator study for Dalfort (Braniff Education Systems), Dallas, TX |
| MAR 90 | Flight Training Marketing Study, UND Spectrum Program, Grand Forks, ND |
| DEC 89 | Worldwide Pilot Supply and Demand Study, Japan Airlines, Japan |
| NOV 89 to Present | Furloughed/displaced pilot outplacement services, ALPA (Frontier, EAL, plus 15 more) |

**EXPERT WITNESS:**            **Pilot hiring and Career Value Models**

| | |
|---|---|
| JAN 83 - Present | Provided litigation support in approximately 300 cases with written reports and excel workbooks detailing the job market and the average career value for the US Major airlines, National Airlines, Regional Airlines, Military, Corporate, and Fractional operators pilot careers. Additional models have been developed for Maintenance Technicians, Flight Attendants, Simulator Instructors, and Ground School Instructors. Supplied written reports, depositions, and trail testimony services to pilots attorneys and their estates, pilot unions, airlines, insurance companies, the FAA, the Government Accountability Office, and the US Department of Justice in the US and Canada. |

**EDUCATION:**            **B.S. Degree - Aeronautical Studies**

| | |
|---|---|
| AUG 77 | Embry-Riddle AU, Dayton Beach, FL: Concentration on Flight Technology. Dean's List. Education concurrent with military duty as a flight commander and instructor pilot. |
| JAN 69 | NC State University, Raleigh, NC. School of Design – Major Product Design. Minor Psychology. Freshman and varsity basketball and track on scholarship. Sigma Nu Fraternity. Air Force ROTC. Qualified first in class for pilot training. Education concurrent with work to pay general expenses. Intern family publishing business. |

**ASSOCIATIONS:**

- Atlanta Aero Club: Board member since 2010
- Air Line Pilots Association: Member, outplacement services to furloughed/displaced pilots since 1983
- International Air & Transportation Safety Bar Association. (NTSB Bar Association) since 2010.
- Aircraft Pilots and Owners Association: Member, conducting pilot career workshops from 1983 to 2001.
- National Business Aircraft Association: Corporate member since 1983.
- Organization of Black Airline Pilots: Corporate member, conducting pilot career workshops since 1983.
- Women in Aviation: Corporate member, pilot career workshops at annual meetings since 1983.
- Experimental Aircraft Association: Corporate member, pilot career forums at Oshkosh, WI since 1983.
- Experimental Aircraft Association: Corporate member, pilot career forums at Lakeland, FL since 2010.

# KIT DARBY
## ATTACHMENT – A:  PROFESSIONAL PUBLICATIONS

Mr. Darby is an aviation career consultant and was president of Aviation Information Resources, Inc. (AIR, Inc.) in Atlanta, Georgia through February of 2009.  AIR, Inc. provided a wide array of aviation related services including out-placement pilot services and career seminars, pilot and technician career counseling, aviation marketing and product development, employability studies and career earnings models.  He has authored:

The *Airline Pilot Application Handbook*,
*Worldwide Simulator Supply Study*
*Civil Simulator Database*
*Airline Pilot Career Decision Guide*
*US Airline Salary Survey*
*Major Airline Career Earnings Comparison*
*Airline Pilot Test Kit*
*Questions-Questions-Airline Interview Guide*
 *Airline Pilot and Technician Seminar Workbooks*.

Mr. Darby served as the Publisher and Executive Editor of:
The *Airline Pilot Job Monthly* Newsletter
The *Flight Attendant Job Monthly* Newsletter
The *Maintenance Technician Job Monthly* Newsletter
*Airline Pilot Careers* Magazine

His technology launch endeavors include:
An online application system (AIRApps) for airlines and pilots featuring automated application scoring. The www.Jet-Jobs.com pilot career information web site contained a 5,000 page on-line archive peaking at 15,000 visits and 130,000 hits per day.

He has lead and produced over 100 Airline Pilot Career Development Seminars, Forums, and Job Fairs nationwide since 1985.  These were both commercial events and that supported outplacement activities for union sponsors (Airline Pilots Association, Teamsters, and Allied Pilots Association) and air carriers.  Mr. Darby designed the content and audiovisual presentations as well as hosted these events for the past twenty years. The venues drew typical crowds ranging in size from 250 to 700 pilots/technicians and 100 representatives from twenty-five to thirty-five airlines and pilot training and services vendors.

Additionally, his efforts lead to the production of seven three-hour career workshop programs for:
Furloughed Pilot's and Technicians
Civilian-to-Airline Pilot Transition
CRM in the Pilot Interview
Pilot and Technicians Resumes and Applications
Airline Pilot Interview Survival
Pilot Testing and Simulator Evaluations
Military-to-Airline Pilot Transition.

Worldwide, Mr. Darby is recognized as an expert in US pilot hiring, pilot selection, pilot supply and demand forecasting, and interview preparation including: testing, simulator evaluations, medical exams and personnel interviews. He is regularly quoted in the national media - newspapers, magazines, and on television, including *The Wall Street Journal*, *Atlanta Journal & Constitution*, *New York Times*, *Flying* Magazine, *AOPA Pilot*, *Airline Pilot Magazine*, *Time Magazine*, *Business Week*, *CNN*, *ABC*, *CBS*, *NBC* and many more.


He has provided labor contract negotiation support to FedEx (company and union), UPS, Airborne Express, Continental, Netjets, Teamsters, and ALPA. Furthermore he has adapted AIR, Inc.'s annual Pilot Salary survey

to compare the pay, benefits, work rules, and retirement among the Major, National, Regional airlines and corporate fractional operators.

Additionally, Mr. Darby and AIR, Inc. has provided consulting services to a wide range of airlines, training organizations, aviation consulting firms, airline unions, and aircraft and simulator manufactures. Past projects include: worldwide pilot supply and demand studies for Japan Airlines, AeroStrategy for Oxford Aviation Training, CAE, and the Rand Corporation for the Air Force: pilot wage, benefit, retirement, and work rule analysis for Boeing, ALPA, APA, Teamsters, Netjets, UPS, FedEx, Airborne Express and the General Accounting Office; Simulator supply, demand and rental rate studies for Raymond James, FlightSaftey, and Bombardier.

From 1983 through 1989, Mr. Darby was the Executive Vice President and 1/3 owner of Future Aviation Professionals of America (FAPA), the largest US aviation career information service at the time. Responsible for product development, sales, and marketing, Mr. Darby conceived the Airline Pilot/Maintenance Technician/Flight Attendant Career Day seminars, the annual *Pilot Salary Survey* and the *Ultimate Career Pilot Starter Kit*. While with FAPA, he also co-authored the self-prep *Resume Kit*, *Simulator Flying Guide*, *Beginners Guide to Becoming a Career Pilot* and *World Wide Pilot Supply Report*. Under Mr. Darby's direction, FAPA's sales grew from approximately $300,000 in 1983 to over $3.6 million in 1989. Personnel increased from three to forty- two full and part-time staff.

Since his career in commercial aviation began in 1978, Mr. Darby has interviewed twenty-one times with seventeen different airlines. Currently, Mr. Darby is a retired captain at United Airlines, he held positions as a flight engineer, first officer, captain, and instructor pilot while flying B-717/727/737/757/767, DC-8 and DC-9 aircraft. Mr. Darby has also worked for Braniff International, Capital Air Republic Airlines, and Delta Air Lines. Mr. Darby received his BS in Aeronautical Studies from Embry-Riddle Aeronautical University. Prior to Embry-Riddle he spent four-years at NC State University School of Design majoring in Product Design.

Mr. Darby was the chief executive officer of InterFite, Inc. in Homestead, FL, a complete FBO that included a FAR 141 and VA-approved flight school plus a Cessna aircraft dealership. He was the Chief Instructor for a B-727 flight engineer school that was part of this school while working at Braniff as a DC-8 flight engineer and first officer from 1978 to 1980.

As a captain in the US Army, Mr. Darby established training programs, wrote flight training manuals and trained instructor pilots in all Army fixed-wing aircraft (T-41, T-42, U-8, U-21, and OV-1). Mr. Darby co-authored the initial Army Aircrew Training Manuals for each Army fixed-wing aircraft. He was standardization Instructor Pilot and Instrument Examiner in all active Army fixed-wing aircraft and a rotary-wing Instrument Examiner. Mr. Darby held the Flight Commander position for each Army fixed-wing aircraft graduate flight training courses and the instructor pilot course. He was the fixed-wing branch chief at the Department of Army-wide Flight Standards for two years. In this position he and his teams traveled to large Army aviation bases throughout the US and overseas conducting training audits and giving spot check rides to local pilots, examiners, and instructors. For twenty-three years, he was active in the Army and the Georgia National Guard flying the OV-1 Mohawk as an instrument flight examiner and standardization instructor pilot. In the National Guard he conducted CRM, ground and flight training for his unit and other units throughout Georgia. He achieved more than 4,000 hours of military flight experience and 2,500 hours as an instructor pilot and instrument examiner conducting basic single and multi-engine, instrument, aerobatic, simulator, and tactical instruction and evaluations.

He is employed by Delta Professional Services (A division of Delta Air Lines) as a 14 CFR Part 142 ATP – Certification Training Program instructor on the B-757/767, MD-88, and B-717 and was previously as a B-717 flight and ground instructor pilot at the Boeing/Delta Flight Training campus in Atlanta, GA from 2013 to 2014. He was also the lead ATP – CTP instructor for Airline Transport Professional Flight School in Atlanta, GA from 2015-2016. He was a B-717 and B-737 flight and ground instructor pilot at Boeing Flight Training Center from 2007 until 2014. He is also the president of KitDarby.com Aviation Consulting, LLC in Peachtree City, GA. KitDarby.com provides pilot career consulting to individual pilots, flight schools, government agencies,

investment firms, and both domestic and international airlines. The company also provides litigation support for pilots that are delay, injured, or have been involved in a fatal accident to determine potential career values and earnings capacity.

His pilot qualifications include: 24,513 hours total time, 16,221 hours jet time, ATP with B-717/727/737/757/767 and DC-8/9 type ratings, flight instrument and engineer instructor, commercial instrument helicopter pilot, CFI/II/MEI 15 years, plus military instructor and instrument examiner ratings in 2 helicopters and 5 fixed-wing multiengine aircraft over 23 years.



## Appendix A: Fee Schedule as of January 2021

**Retainer** ...................................................................................................................................... $ 2,500
    Applied to normal fees and fully refundable if we decide not to work together.
    Services rendered based on the merit of the case and available resources.

**Legal Package** ............................................................................................................................ $ 750
    Package includes a binder with historical pilot hiring statistics, pilot qualifications and
    experience trends (charts and graphs), pilot salary surveys—last five years, Pilot Career
    Development System - Fleet Directory (web), Career Decision Guide (Web), Airline Pilot
    Application Handbook, (Web).

**Client Evaluation/Interview with Mr. Darby** in Atlanta-flat fee ................................................ $ 1,300
    (Two hr. review of records/2 hr. personal meeting.)

**Pre-employment Independent Medical Exam** in Atlanta - flat fee ............................................. $ 2,000
    Review of records and exam with oral or written opinion of medical employability. Doctor
    available for deposition/court testimony at $ 250/hour, 1/2 day minimum plus expenses.

**Statement of Employability—Career Earnings Model** – Approx. ................................................ $ 5,200
    Complete assessment of employability including flight experience, ratings, licenses,
    qualifications, education, physical profile in relation to past, current or future hiring
    requirements/forecasts. Complete earnings model in current dollars from current
    position/employment through retirement including earnings, benefits, retirement
    (A-fund and B/C-fund calculations) and retirement benefits. We build a Three to 12-part
    major Airline model, which is factual, conservative, and convincing. National/Regional,
    Corporate, Military Models available.

    Additional Career Tracks – National/regional airline, corporate, fractional, military and others .... $ 1,200

    Please allow approximately two weeks for completed model.

    50% deposit required to begin work. Balance due on completion.

**Deposition or Court Testimony** -$2,600/day, 2-day minimum ................................................... $ 5,200
    Expert witness on aviation job market, employability and career earnings potential.
    One day to prepare and one day for deposition/court testimony plus expenses.

| **Aviation Consulting** | with retainer: | per hour ............................................................. | $ 325 |
|---|---|---|---|
| | | per day ............................................................... | $ 2,600 |
| | without retainer: | per hour ............................................................. | $ 375 |
| | | per day ............................................................... | $ 3,000 |

- Minimum billing in office: 1/2 hours; out of office: 1/2 day (4 hours); out of town 2 days.
- Similar services available for aviation mechanics and flight attendants.

## KitDarby.com Aviation Consulting, LLC
1029 Peachtree Pkwy N, ✈ Suite 352 ✈ Peachtree City, GA 30269
Toll Free 877 334-2939 ✈ Business 678 833-5620 ✈ Fax 770 487-6617

| Date | Law Firm | Contact | Address | Add 2 | City | ST | Zip | Case | Report/Depo/Trial |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/21 | Law Offices of J. Chrisp | Jesse Chrisp | 15322 Lakeshore Drive 3rd Floor | | Clearlake | CA, | 95422 | Drosos v Mahe | Retaind/Settlement Est. |
| 12/18/20 | KJK | Susan Stone/Kristina Supller | 1375 East Ninth Street, 29th Floor | | Cleveland, | OH | 44114 | John Doe v McDaniel College | Rtetained |
| 10/26/20 | AMR, LLP | Peter Kaddan | 300 – 145 Wellington Street West | | Toronto | ON | M5J 1H8 | McNulty v Canadian Filtration | Retained |
| 10/2/20 | Lewis Brisbois | Paul Rupprecht | 1700 Lincon St. | Ste-4000 | Denver | CO | 80203 | Ordonez | Retained |
| 10/2/20 | Liberty Mutual - Progressive Specality Ins. Co. | Michael Lyford | 6300 Wilson Mills Rd | | Mayfield Village | OH | 44143 | Perinelli | Retained |
| 9/8/20 | Anapol Weiss | Jo Ann Nemei | 8700 E Vista Bonita Dr. | S-268 | Scottsdale | AZ | 85255 | Kyle Pringle | Retained /Report |
| 8/20/20 | Bounds Law Group | Ming A. Marx | 1751 N. Park Ave. | | Maiitland | FL | 32751 | Jake Vernon | Retained /Report |
| 6/12/20 | Alan Armstrong Attorney at Law | Alan Armstrong | 2900 Chamblee Tucker Road | Bldg. 5, Ste. 350 | Atlanta, | GA | 30341 | Nathan Sorenson | Retained /Report |
| 6/3/20 | HONSA MARA LANDRY | Debbie Honsa | 333 South 7th Street, Suite 2300 | | Minneapolis, | MN | 55402 | John Edward Warrington | Retained |
| 3/30/20 | Wolk Law Firm | Cinthia Devers | 1710-12 Locust St | | Philadelphia | PA | 19103 | Rucie Moore | Retained |
| 2/27/20 | The Law Offices of Rik Lovett & Associates | Rik Lovett | 4048 Barrett Drive | | Raleigh, | NC | 27609 | Carol, Berenyi | Retained /Report |
| 1/6/20 | LiveW3 | Marcus Hiles | 2505 N STATE HWY 360 | SUITE 800 | | GRAND PRAIRIE | TX | 75050 | Live W3 | Retained |
| 11/11/19 | Tiano Odell | William Tiano | 118 Capitol Street | PO Box 11830 | Charleston | WV | 25339 | Anh Kim Ho | Retained /Report |
| 10/30/19 | Katzman, Lampert, & Stoll | Bradley Stoll | 121 N. Wayne Ave. | Suite 205 | Wayne, | PA | 19087 | Omer | Retained |
| 9/19/19 | Benson Law Nevada | Kevin Benson, Esq. | 123 W. Nye Lane #487 | | Carson City, | NV | 89706 | Kuklock | Retained /Report |
| 10/4/19 | GARDINER KOCH WEISBERG & WRONA | John Wroma/Shannon Condon | 53 W. Jackson Blvd., | Suite 950 | Chicago, | IL | 60604 | Harvino | Retained /Report |
| 8/7/19 | Engle & Schults, LLP | Stephen Schultz, Esq. | One Federal Street | Suite 2120 | Boston, | MA | 2110 | Jon Bryan | Retained |
| 6/27/19 | Fury Duarte PS Trial Lawyer | Scot Smith | 1606 148th Avenue SE – | Suite 200 | Bellevue, | WA | 98007 | Paul Engelian | Retained |
| 5/29/19 | Law Office of Samuel C. Moore, PLLC | Sam C. Moore | 526 King Street, | Suite 506 | Alexandria, | VA | 22314 | Ko Hyunju | Retained /Report |
| 4/26/19 | The Wolk Law Firm | Cynthia Devers | 1710-12 Locust St | | Philadelphia | PA | 19103 | Robin Venuti | Retained /Report |
| 3/19/19 | Motley Rice, LLC | Jim Bruachê | 28 Bridgeside Blvd. | | | Mt. Pleasant, | SC | 29464 | Archuleta | Retained /Report/Trial |
| 1/26/19 | Timothy D. McGonigle, P.C. | Timothy McGonigle | 1880 Century Park East, | Suite 516 | Los Angeles, | CA | 90067 | AA Pilot Flow | Retained /Report |
| 10/10/18 | Comunale Law | Anthony Comunale | 130 West Second St. | Suite 1444 | Dayton, | OH | 45402-1504 | Barbra Kanble v Kanble | Retained /Report |
| 9/10/18 | The Wolk Law Firm | Mike Miska | 1710-12 Locust St | | Philadelphia | PA | 19103 | ZacharyCapra | Retained /Report |
| 8/17/18 | Kitrick, Lewis, & Harris | Mark Kitrick | 515E Main St. | | Columbus | OH | 43215 | Dean Runfola | Retained |
| 8/17/18 | Nolan Law Group | Tom Routh | 20 N. Clark Street | 30th Floor | Chicago, | IL | 60602 | Al-Aryan | Retained /Report |
| 7/12/18 | Sherman & Howard | Rajesh Kukreja | 633 17th St. | S-3000 | Denver | CO | 80202 | Arden Lindsey v Brad Lindsey | Retained /Report |
| 8/7/18 | Bonar, Bucher & Rankin, PSC | Tony Bucher | 3611 Decoursey Ave. | | Covington | KY | 41015 | Karen McNally | Retained /Report |
| 5/16/18 | Spohrer & Dodd, PL | Barry Newman | 76 S. Laura St. | S-1701 | Jacxksonville | FL | 32202 | Marcos Rodriquez V. USAF | Retained |
| Mar-18 | Steve Ray Law, PLLC | Steve Ray | 425 W Mulberry St | Suite 112 | Fort Collins, | CO | 80521 | Skousen V Menzies Aviation | Retained |
| 03/02/18 | Nolan Law Group | Tom Routh | 20 N. Clark Street | 30th Floor | Chicago, | IL | 60602 | Oakley | Retained |
| 1/29/18 | Law Office of Jeffery Robinson | Jeffery Robinson | 4700 Pt. Fosdick Dr. | Suite 301 | Gig Harbor | WA | 98335 | Hamrick Dissolution | Retained |
| 9/17/17 | Woodruff Lawyers | Sandler/Barnett | 4234 Meridan Parkway | Suit 134 | Aurora | IL | 60504 | Royster V FAA | Retained |
| 11/3/17 | The Morgan Law Group | Erick Trrivedi | 55 merrick Way | Suite 404 | Coral Gables, | FL | 33134 | Douglas Gilbert | Retained |
| 6/17/17 | Nurenburg Paris, Hekker, McCarthy | Jamie Lebovitz | 600 Superior Ave. | Suite 1200 | Cleveland | OH | 44114 | Carl Woodland | Retained |
| 4/21/17 | Ferrin Law | Michael J. Ferrin | 500 NE 4th St. | Suite 200 | Ft. Lauderdale | FL | 33301 | Jeffery Swaters | Retained |
| 5/4/17 | The Wolk Law Firm | Cynthia Devers | 1710-12 Locust St | | Philadelphia | PA | 19103 | David Jenny | Retained |
| 5/4/17 | The Wolk Law Firm | Cynthia Devers | 1710-12 Locust St | | Philadelphia | PA | 19103 | James Quinn | Retained |
| 4/12/17 | Foley & Lardner | John Tucker | One Independent Drive | Suite 1300 | Jacksonville | FL | 32202 | ATPJets vs Mark Stearns | Retained |
| 1/23/17 | Perkins Coie | Bo Kim | 1888 Century Park East | Suite 1700 | Los Angeles, | CA | 90067 | Lamb vs Ceetainteed | Retained |
| 1/14/17 | The Amlong Firm | Karen Amlong | 500 Northeast 4th Street, | T. 310.788.3255 | Fort Lauderdale, | Fl | 33301 | John Walter vs Jet Aviation | Retained /Report/Depo |