# Curriculum Vitae
# Voyko Banjac, Ph.D.

**OFFICE:**
Banjac Scientific Associates, Inc.
330 "A" Street, Ste 170
San Diego, CA 92101
(760) 822-5882            (phone)
banjac.scientific@gmail.com      (email)

**EDUCATION:**
Ph.D. Engineering, University of New Mexico (1994)
M.Sc. Engineering (ChNE), University of New Mexico (1992)
B.Sc. Engineering (ChNE), University of New Mexico (1991)

**AREAS OF EXPERTISE:**
Risk/Safety Assessment (26 yrs)
General Physics and Mechanics (20 yrs)
Accident Reconstruction and/or Injury Analysis (20 yrs)

---

**July 1996 - Present:**

*Senior Safety & Risk Scientist,*
Banjac Scientific Associates, Inc.
(San Diego, CA)

SCOPE OF WORK: Scientific and engineering forensic analysis (review, reconstruction, testing, and re-enactment) for law firms, insurance companies, utilities, private industry, and Government

**September 2000 - April 2003:**

*Principal Engineer/Program Manager,*
North Wind Environmental, Inc.
(San Diego, CA/Idaho Falls, ID)

SCOPE OF WORK: Scientific and engineering safety analysis for Government and private industr[y]

**September 1999 - September 2000:**

*Senior Scientist/Project Engineer,*
International Technology Corporation
(Albuquerque, NM)

SCOPE OF WORK: Scientific and engineering safety analysis for Government and private industry

**May 1995 - September 1999:**

*Engineeer/Scientist,*
Benchmark Environmental Corporation
(Albuquerque, NM)

SCOPE OF WORK: Scientific and engineering safety analysis for Government and private industr[y]

| | |
|---|---|
| September 1998 - September 2000: | ***Steering Committee Member,***<br>Governor's Spaceport Committee<br>(Las Cruces, NM)<br><br>SCOPE OF WORK: Scientific and engineering safety review for Government and private industry |
| September 1997 - November 1998: | ***Science & Technology Policy Advisor,***<br>Office of The Hon. Martin J. Chavez, Mayor of Albuquerque<br>(Albuquerque, NM)<br><br>SCOPE OF WORK: Scientific and engineering advisor to Government staff and citizen committee |
| October 1996 - February 1999: | ***Owner/Manager/Consultant,***<br>MotorWorld Collection<br>(Albuquerque, NM)<br><br>SCOPE OF WORK: inspection, analysis, purchase, and testing of vehicles, motorcycles, trucks, e |
| August 1995 - October 1996: | ***Advisory Committee Member,***<br>National Aeronautics and Space Administration (NASA)<br>(Washington, DC)<br><br>SCOPE OF WORK: Scientific and engineering safety review for Government and private industry |
| August 1995 - October 1996: | ***Research Manager,***<br>Advanced Technologies Research Corporation<br>(Albuquerque, NM)<br><br>SCOPE OF WORK: Scientific and engineering safety analysis for Government and private industry |
| December 1994 - May 1995: | ***Post-Doctoral Research Scientist,***<br>New Mexico Engineering Research Institute<br>(Colorado Springs, CO)<br><br>SCOPE OF WORK: Scientific and engineering safety analysis for US Air Force/NORAD Facility. |
| December 1993 - May 1994: | ***Research Engineer,***<br>Technadyne Engineering Consultants<br>(Albuquerque, NM)<br><br>SCOPE OF WORK: Scientific and engineering safety analysis for Government and private industry |
| July 1991 - December 1994: | ***Research Assistant,***<br>Department of Chemical & Nuclear Engineering, University of New Mexico<br>(Albuquerque, NM)<br><br>SCOPE OF WORK: Scientific and engineering research (transport, mechanics, power/propulsion) |
| April 1990 - July 1991: | ***Assistant Engineer/Risk Analyst,***<br>International Technology Corporation<br>(Albuquerque, NM)<br><br>SCOPE OF WORK: Scientific and engineering safety analysis for Government and private industry |

## Expert Testimony

- Expert consulting in the fields of science, engineering, and general physics/mechanics;
- Expert review panel membership for safety and risk assesssment;
- Expert testimony in the following cases:
    - physics & mechanics,
    - engineering safety & risk assessment,
    - accident reconstruction,
    - forces on the human body (biomechanics),
    - unsafe products and actions,
    - fire, explosion, and exposure,
    - slip, trip & fall accidents.
- Retained on cases before Metropolitan, District, Superior and Federal Courts;
- Qualified as a Scientific & Engineering Expert in California & New Mexico.

## Publications

- published over 100 papers, articles, and technical reports.

## Professional Society Membership

- American Society of Safety Engineers (ASSE)
- Society of Automotive Engineers (SAE)
- Association for the Advancement of Automotive Medicine (AAAM) (inactive)
- American Institute of Aeronautics and Astronautics (AIAA) (inactive)
- American Chemical Society (ACS) (inactive)

## *Publications History: Voyko Banjac, Ph.D.*

**REVIEWED PUBLICATIONS**

**Articles In Development/Submission for Publication**

Banjac, V., N. Rose, and P. Gonzalez, "Assessment of Frictional Abrasion Forces on the Integrity of Motorcycle Protective Clothing and Likelihood of Injury," SAE Tech. Paper Series (preparation for submission).

Banjac, V., J. Telle, and J. Rael, "Effects of Multiple Experimental Low-Speed Rear-End Collisions on the Integrity of Passenger Car Bumper Systems," SAE Tech. Paper Series (preparation for submission).

Banjac, V. J. Telle, and J. Rael, "The Influence of Braking on Forward Movement of Passenger Cars During Low-Speed, Rear-End Collisions," SAE Tech. Paper Series (preparation for submission).

Banjac, V., J. Rael, and J. Telle, "The Physical Parameters Involved in Low-Speed, Rear-End Automobile Collisions: Results of Experimental Crash Testing," SAE Tech. Paper Series (preparation for submission).

**Published Articles**

Banjac, V., "The Hazards of Pedestrians in Urban Riding Environments," Friction Zone, Vol. 11, No. 10 (5/2010)

Banjac, V., "Hazards in Congested Urban Areas: Red-Light-Running Automobile," Friction Zone, Vol. 11, No. 9 (4/2010)

Banjac, V., "Hazards in Congested Urban Areas: Obstructed Line-of-Sight," Friction Zone, Vol. 11, No. 8 (3/2010)

Banjac, V., "Hazards in Congested Urban Areas: Cutting Off the Motorcycle," Friction Zone, Vol. 11, No. 7 (2/2010)

Banjac, V., "Hazards in Congested Urban Areas: The Left-Turning Automobile," Friction Zone, Vol. 11, No. 6 (1/2010)

Banjac, V., "Hazards in Congested Urban Areas: The Unseen Right-Turning Motorcycle", Friction Zone, Vol. 11, No. 5 (12/2009)

Banjac, V., "Quality Materials: The Basis of Good Protective Gear," Friction Zone, Vol. 11, No. 4 (11/2009)

Banjac, V., "The Four Phases of Traffic Lights," Friction Zone, Vol. 11, No. 3 (10/2009)

Banjac, V., "The Effect of Weight Transfer on Braking," Friction Zone, Vol. 11, No. 2 (9/2009)

Banjac, V., "Impact Biomechanics and Head Protection," Friction Zone, Vol. 11, No. 1 (8/2009)

Banjac, V., "Impact Biomechanics and Head Protection," Friction Zone, Vol. 10, No. 12 (7/2009)

Banjac, V., "Biomechanics of Soft-Tissue Injuries," Friction Zone, Vol. 10, No. 11 (6/2009)

Banjac, V., "Biomechanics of Head Injuries: Beware of the "Minor" Impacts!," Friction Zone, Vol. 10, No. 10 (5/2009)

Banjac, V., "Biomechanics of Impact: Rear-Ending a Motorcycle," Friction Zone, Vol. 10, No. 9 (4/2009)

Banjac, V., "Trajectory Physics: When Riders Become Airborne Post-Impact," Friction Zone, Vol. 10, No. 8 (3/2009)

Banjac, V., "Reconstructing Motorcycle Crash Accidents," Friction Zone, Vol. 10, No. 7 (2/2009)

Banjac, V., "The Physics of Deceleration: Stopping a Moving Object," Friction Zone, Vol. 10, No. 6 (1/2009)

Banjac, V., "The Physics of (in)Stablity: Loss of Control due to Road Contaminants," Friction Zone, Vol. 10, No. 5 (12/2008)

Banjac, V., "The Physics of Rapid Swerving and Obstacle Avoidance," Friction Zone, Vol. 10, No. 4 (11/2008)

Banjac, V., "The Importance of Situational Traffic Awareness and Perception," Friction Zone, Vol. 10, No. 3 (10/2008)

Banjac, V., "Methods of Achieving Maximum Lean Angle," Friction Zone, Vol. 10, No. 2 (9/2008)

Banjac, V., "Methods of Achieving Maximum Braking (Deceleration)," Friction Zone, Vol. 10, No. 1 (8/2008)

Banjac, V., "The Effects of Deceleration on Crash Injury Forces," Friction Zone, Vol. 9, No. 12 (7/2008)

Banjac, V., "Common Motorcycle Accident/Crash Scenarios" Friction Zone, Vol. 9, No. 11 (6/2008)

Banjac, V., "The Physics of Accident Avoidance: Lane Splitting," Friction Zone, Vol. 9, No. 10 (5/2008)

Banjac, V., "Avoiding Accidents with Roadway Obstacles: Perception/Reaction and Evasive Maneuvers," Friction Zone, Vol. 9, No. 9 (4/2008)

Banjac, V., "The Effect of Street Clothing on Lower-Extremity Injury," Friction Zone, Vol. 9, No. 8 (3/2008)

Banjac, V., "Motorcycle Handling Myth #4: A Motorcycle Can Easily Outrun the Police," Friction Zone, Vol. 9, No. 7 (2/2008)

Banjac, V., "Motorcycle Handling Myth #3: Acceleration is Easy to Control," Friction Zone, Vol. 9, No. 6 (1/2008)

Banjac, V., "Motorcycle Handling Myth #2: A Motorcycle Turns on a Dime," Friction Zone, Vol. 9, No. 5 (12/2007)

Banjac, V., "Motorcycle Handling Myth #1: A Motorcycle Stops on a Dime," Friction Zone, Vol. 9, No. 4 (11/2007)

Banjac, V., "Motorcycle Handling Myths," Friction Zone, Vol. 9, No. 3 (10/2007)

Banjac, V., "Accident Analysis: Lane Changers," Friction Zone, Vol. 9, No. 2 (9/2007)

Banjac, V., "Accident Analysis: Left-Turning Automobiles," Friction Zone, Vol. 9, No. 1 (8/2007)

Banjac, V., "Mechanical Analysis of Protective Gear: Gloves," Friction Zone, Vol. 8, No. 12 (7/2007)

Banjac, V., "Mechanical Analysis of Protective Gear: Leather Jackets," Friction Zone, Vol. 8, No. 11 (6/2007)

Banjac, V., "Motorcycle Protective Gear and its Effects on Level of Injury," Friction Zone, Vol. 8, No. 10 (5/2007)

Banjac, V., "Accident Avoidance Maneuvers: Improving Evasive Maneuvers," Friction Zone, Vol. 8, No. 9 (4/2007)

Banjac, V., "Accident Avoidance Maneuvers: Best Maneuvers to Make?," Friction Zone, Vol. 8, No. 8 (3/2007)

Banjac, V., "Determining a Motorcycle Rider's Perception and Reaction Time," Friction Zone, Vol. 8, No. 7 (2/2007)

Banjac, V., "Accident Reconstruction: Critiques to Assign Blame for Causation," Friction Zone, Vol. 8, No. 6 (1/2007)

Banjac, V., "Accident Reconstruction: When is the Rider at Fault," Friction Zone, Vol. 8, No. 5 (2006)

Banjac, V., "The Fragile Human Head and Skull Fractures," Friction Zone, Vol. 8, No. 4 (2006)

Banjac, V., "The Fragile Human Head and Brain Injury," Friction Zone, Vol. 8, No. 3 (2006)

Banjac, V., "Understanding Helmet Stiffness and Head Injury Protection," Friction Zone, Vol. 8, No. 2 (2006)

Banjac, V., "Myth: All Crash Helmets are Essentially the Same," Friction Zone, Vol. 8, No. 1 (2006)

Banjac, V., "Impact Physics Misunderstood: The Myth of the 300-Pound Helmet," Friction Zone, Vol. 7, No. 12 (2006)

Banjac, V., "The Myths and Realities of Motorcycle Helmets," Friction Zone, Vol. 7, No. 11 (2006)

Banjac, V., "Freak Accident Caused by Wind Aerodynamic Effects," Friction Zone, Vol. 7, No. 10 (2006)

Banjac, V., "Anatomy of a Full-Face Crash Helmet," Friction Zone, Vol. 7, No. 9 (2006)

Banjac, V., "The Physics of Maneuverability," Friction Zone, Vol. 7, No. 8 (2006)

Banjac, V., "Accident Avoidance Maneuvers: Braking vs. Swerving," Friction Zone, Vol. 7, No. 7 (2006)

Banjac, V., "Post-Impact Injury Causation: A Comparison of Sliding vs. Tumbling," Friction Zone, Vol. 7, No. 6 (2006)

Banjac, V., "Understanding Protective Gear and Materials," Friction Zone, Vol. 7, No. 5 (2005)

Banjac, V., "Case Study: Fatal and Fiery High-Speed Crash," Friction Zone, Vol. 7, No. 4 (2005)

Banjac, V., "Latest Developments in Crash Safety and Protective Gear," Friction Zone, Vol. 7, No. 3 (2005)

Banjac, V., "Case Study: A Claim of Soft Tissue Injury," Friction Zone, Vol. 7, No. 2 (2005)

Banjac, V., "Wind Gust Accidents" Friction Zone, Vol. 7, No. 1 (2005)

Banjac, V., "Broadside Collisions," Friction Zone, Vol. 6, No. 12 (2005)

Banjac, V., "Vertical Speed in Falls and Jumps," Friction Zone, Vol. 6, No. 11 (2005)

Banjac, V., "Avoiding an Accident: Speed vs. Lean Angle in Curves," Friction Zone, Vol. 6, No. 10 (2005)

Banjac, V., "Avoiding an Accident: Perception/Reaction Time," Friction Zone, Vol. 6, No. 9 (2005)

Banjac, V., "Motorcycle Speed and its Effect on Braking Distance," Friction Zone, Vol. 6, No. 8 (2005)

Banjac, V., "Explanation of Motorcycle Jumps and Jump Trajectories," Friction Zone, Vol. 6, No. 7 (2005)

Banjac, V., "The Link between Injury Severity and Crash Protection," Friction Zone, Vol. 6, No. 6 (2004)

Banjac, V., "Motorcycle Accident Reconstruction, Part II," Friction Zone, Vol. 6, No. 5 (2004)

Banjac, V., "Motorcycle Accident Reconstruction, Part I," Friction Zone, Vol. 6, No. 4 (2004)

Banjac, V., "Engineering Testing and Evaluation of Inflatable Protective Gear," Friction Zone, Vol. 6, No. 3 (2004)

Banjac, V., "Case Study: Serious Injuries and Fractures from Scooter Impact," Friction Zone, Vol. 6, No. 2 (2004)

Banjac, V., "Case Study: Fatal Head Injuries from Dirtbike Jump," Friction Zone, Vol. 6, No. 1 (2004)

Banjac, V., "Reducing Serious Impact Injury with Hard Armor," Friction Zone, Vol. 5, No. 12 (2004)

Banjac, V., "Beanie Helmets and Head Protection," Friction Zone, Vol. 5, No. 11 (2004)

Banjac, V., "Comparison of Helmet Types: Forces & Biomechanics of Head Impact" Friction Zone, Vol. 5, No. 10 (2004)

Banjac, V., "Concentrated Force (Penetration) Physics," Friction Zone, Vol. 5, No. 9 (2004)

Banjac, V., "Blunt Force Physics," Friction Zone, Vol. 5, No. 8 (2004)

Banjac, V., "Abrasion Physics and the Choice of Body Armor," Friction Zone, Vol. 5, No. 7 (2004)

Banjac, V., "Standards for Body Armor," Friction Zone, Vol. 5, No. 6 (2003)

Banjac, V., "Understanding the Physics of Impacts: How Body Armor Works," Friction Zone, Vol. 5, No. 5 (2003)

Banjac, V., "Forces in Abrasion Physics," Friction Zone, Vol. 5, No. 4 (2003)

Banjac, V., "(Biomechanics of) Blunt Force Trauma," Friction Zone, Vol. 5, No. 3 (2003)

Banjac, V., "The Importance of Protective Clothing," Friction Zone, Vol. 5, No. 2 (2003)

Banjac, V., "Potential Methods of Reducing Impact Forces and Injuries," Friction Zone, Vol. 5, No. 1 (2003)

Banjac, V., "Biomechanical Impact Scenarios," Friction Zone, Vol. 4, No. 12 (2003)

Banjac, V., "Human Body Biomechanics (in Severe Motorcycle Crashes)," Friction Zone, Vol. 4, No. 11 (2003)

Banjac, V., "What Causes Damage and Injury," Friction Zone, Vol. 4, No. 10 (2003)

Banjac, V., "Basic Physical Parameters in Crash Physics," Friction Zone, Vol. 4, No. 9 (2003)

Banjac, V., "Introduction to Impact and Crash Physics," Friction Zone, Vol. 4, No. 8 (2003)

Heger, A.S. and V. Banjac, "Feasibility Analysis of the Utilization of the TRUPACT-II for Transportation of RH-TRU Waste," Int. Journal Env. Consc. Dsgn. and Manuf., Vo. 3, No. 3-4, pp. 37-43 (1995).

Banjac, V. and A.S. Heger, "Mass Optimization Studies of Gamma Shield Materials for Space Nuclear Reactors," Nuclear Technology Vol. 28 No. 10 (1994).

Banjac, V. and A.S. Heger, "Conceptual Design of a Modular Transuranic Waste Container for Use at the WIPP Repository," Int. Journal of Rad. Mat. Trans., Vol.3 No.1, pp. 19-25 (1992).

**Refereed Conference Proceedings**

Mroz, E. J., S. Djordjevic, C. A. Loehr, V. Banjac, and M. J. Connolly, "Hydrogen Gas G-values Revisited," WM '99 Conf., Tucson, AZ, February 1999.

Djordjevic, S., L.R. Spangler, V. Banjac, and M. Conolly, "Development of a Mixing of Shipping Categories Methodology for Certifying TRUPACT-II Payloads," WM '97 Conf., Tucson, AZ, February 1997.

Conolly, M. J., S. Djordjevic,.C. A. Loehr, M. C. Smith, V. Banjac, and W. F. Lyon, "The TRUPACT-II Matrix Depletion Program," WM'96 Conf., Tucson, AZ, February 1996.

Banjac, V. and A.S. Heger, "Effects of Thermal Radiation Absorption on the Feasibility of a Closed-Cycle Gas Core Nuclear Rocket," Proc. 12th Symp. Space Nucl. Pwr. and Propulsion, Albuquerque, NM, January 8-13, 1995.

Heger, A.S. and V. Banjac, "Feasibility Analysis of the Utilization of the TRUPACT-II for Transportation of RH-TRU Waste," Trans. Am. Nucl. Soc. Volume 70 (1994).

Banjac, V. and A.S. Heger, "Optical and Thermophysical Properties of High-Temperature Gaseous Uranium for Nuclear Rocket Applications," 30th AIAA/ASME/SAE/ASEE Joint Propulsion Conf., AIAA 94-2898, Indianapolis, IN, June 27-29, 1994.

Banjac, V. and A.S. Heger, "Mass Optimization Studies of Gamma Shield Materials for Space Nuclear Reactor Applications," 39th Ann. Mtg. of the Health Physics Soc., San Francisco, CA, June 26-30, 1994.

Banjac, V. and A.S. Heger, "Effects of Thermal Radiation Absorption on the Feasibility of a Closed-Cycle Gas Core Nuclear Rocket," Trans. Am. Nucl. Soc. Volume 69 (1994).

Banjac, V. and A.S. Heger, "Optical and Thermophysical Properties of High-Temperature Gaseous Uranium for Nuclear Rocket Applications," Trans. Am. Nucl. Soc. Volume 69 (1994).

Hills, C.R., V. Banjac, and A.S. Heger, "Radiological Characterization of Hanford HLW Tank Farm Core Samples," 1994 Int. HLW Rad. Waste Mgmt. Conf., Las Vegas, NV, May 22-26, 1994.

Banjac, V. and A.S. Heger, "Shielding Assessment of the TRUPACT-series Casks for HLW Transportation," 1994 Int. HLW Rad. Waste Mgmt. Conf., Las Vegas, NV, May 22-26, 1994.

Banjac, V. and A.S. Heger, "Mass Optimization Studies of Gamma Shield Materials for Space Nuclear Reactors," 8th Int. Conf. on Rad. Shield., Arlington, TX, April 24-28, 1994.

Banjac, V. and A.S. Heger, "Feasibility of Utilizing the TRUPACT-II for Transportation of RH-TRU Waste," Proc. 4th Annual DOE-WERC Tech. Dev. Conf., Las Cruces, NM, April 16-18, 1994.

Hills, C.R., V. Banjac, and A.S. Heger, "Feasibility of Utilization of the TRUPACT I for On-site LLW Transportation,"WM '94, Tucson, AZ, February 28-March 2, 1994.

Banjac, V., C.R. Hills, and A.S. Heger, "Preliminary Radiological Analysis of Hanford HLW Core Samples," WM '94, Tucson, AZ, February 28-March 2, 1994.

Sanchez, P.E., V. Banjac, and A.S. Heger, "Shielding Assessment of the TRUPACT-series Casks for HLW Transportation," Trans. Am. Nucl. Soc. Volume 68 (1993).

Banjac, V. and A.S. Heger, "Preliminary Radiological Analysis of HanfordCore Samples," Trans. Am. Nucl. Soc. Volume 67 (1993).

Hills, C.R., V. Banjac, and A.S. Heger, "Preliminary Studies on the Integration of the TRUPACT I for On-site LLW Transportation," Trans. Am. Nucl. Soc. Volume 67 (1993).

Banjac, V. and A.S. Heger, "Feasibility Analysis of the Modular Transuranic Shipping Cask MTS-54," Proc. 3rd Annual DOE-WERC Tech. Dev. Conf., Las Cruces, NM, April 22-23, 1993.

Banjac, V. and A.S. Heger, "Overview of the Physical and Radiological Characteristics of WIPP-bound TRU Waste," Proc. 3rd Annual DOE-WERC Tech. Dev. Conf., Las Cruces, NM, April 22-23, 1993.

Hills, C.R., V. Banjac, and A.S. Heger, "Utilization of the TRUPACT-I for On-site Transportation of DOE LLW," Proc. 3rd Annual DOE-WERC Tech. Dev. Conf., Las Cruces, NM, April 22-23, 1993.

Banjac, V. "Parametric Analysis of Shield Mass Requirements for Space Nuclear Reactors," Proc. 1993 Am. Nucl. Soc. Cent. Reg. Conf. (April 1993).

Banjac, V. "Current Status of Nuclear Light Bulb Rocket Engine Technology," Proc. 1993 Am. Nucl. Soc. Cent. Reg. Conf. (April 1993).

Banjac, V. and A.S. Heger, "Development of Transportation Systems for U.S. TRU Waste: An Historic Perspective," Trans. Am. Nucl. Soc. Volume 66 (1992).

Banjac, V. and A.S. Heger, "Accident Analysis Model for Use in Evaluation of Criticality Safety of CH-TRU Waste Shipping Casks," Trans. Am. Nucl. Soc. Volume 65 (1992).

Banjac, V. and A.S. Heger, "Analytical Solution for the Dose Rate in Close Proximity of a RAM Shipping Cask," Trans. Am. Nucl. Soc. Volume 65 (1992).

Banjac, V. "Overview of the History and Technical Aspects of the WIPP Repository," Proc. 1992 Am. Nucl. Soc. West. Reg. Conf. (April 1992).

Banjac, V. "Accident Model for Criticality Safety Analysis of Radioactive Material Transportation Systems," Proc. 1992 Am. Nucl. Soc. West. Reg. Conf. (April 1992).

Banjac, V. "Thermal Irradiation of Systems with Internal Heat Generation," Proc. 1992 Am. Nucl. Soc. West. Reg. Conf. (April 1992).

Banjac, V. and A.S. Heger, "Conceptual Design of a Modular Transuranic Waste Container for the WIPP Repository," Trans. Am. Nucl. Soc. Volume 64 (1991).

Banjac, V. and S.T. Dundon, "Reduction of Risks Associated with Transportation and Handling of CH-TRU Waste at the WIPP," Proc. 1991 Am. Nucl. Soc. West. Reg. Conf. (April 1991).

Banjac, V. "Disk Drive Amstrad DDI-1," Moj Mikro, Vol. 1 No. 10, October 1985 (in slovenian).

Banjac, V. "Amstrad 464 ili 664: Odluka," Moj Mikro, Vol. 1 No. 9, September 1985 (in slovenian).

**TECHNICAL REPORTS**

Goff, B.R., V. Banjac, et al.,"Environmental Assessment of the US Marine Corps Desert Scimitar 2002 Exercise," US Department of the Interior Bureau of Land Management, Palm Springs Office, April 2002.

Mroz, E. J., S. Djordjevic, and V. Banjac, "TRUPACT-II Hydrogen Gas G-value Program Test Plan," LA-UR-8165R, Los Alamos National Laboratory, Los Alamos, NM, December 1998.

Connolly, M.J., S. Djordjevic, C. A. Loehr, and V. Banjac, "TRUPACT-II Matrix Depletion Program Final Report," INEEL-EXT-98-00987, Idaho National Engineering and Environmental Laboratory, Idaho Falls, ID, September 1998.

Field, L., S. Djordjevic, B. Humphrey, T. Kraus, and V. Banjac, "Data Reduction, Validation, and Reporting Procedure for the Sampling of Remote-Handled Transuranic Waste Containers at Los Alamos National Laboratory," MST-000, Los Alamos National Laboratory, Los Alamos, NM, April 1998.

Djordjevic, S. M., C. A. Loehr, and V. Banjac, "TRUPACT-II Matrix Depletion Program Status Report FY 1997," Idaho National Engineering and Environmental Laboratory, Idaho Falls, ID, September 1997.

Connolly, M. J., S. Djordjevic, V. Banjac, and C. A. Loehr, "TRUPACT-II Matrix Depletion Program Test Plan," Rev. 1, <u>INEL-95/0360</u>, Idaho National Engineering Laboratory, Idaho Falls, ID, December 1996.

Mroz, E. J., S. Djordjevic, M. Smith, J. Weinrach, and V. Banjac, "Investigation into the Capability of Hydrogen Gas Getters to Reduce Headspace Hydrogen Gas Concentration," White Paper, Los Alamos National Laboratory, Los Alamos, NM, April 1996.

Reader, G.E., J. Kinker, V. Benton, M. Kinker, V. Banjac, R. Ladd, and W.F. Lyon, "Certification of Engineering Modifications to the Los Alamos National Laboratory Controlled-Air Incinerator (CAI)," Los Alamos National Laboratory, Los Alamos, NM, September 1995.

Djordjevic, S.M., V. Banjac, and R. Carnes, "Assessment of the RFETS Supercompactor and Repackaging Facility (SARF) Life-Cycle Cost/Benefit," Los Alamos National Laboratory, Los Alamos, NM, April 1995.

Banjac, V. and A.S. Heger, "Assessment of the Shielding Characteristics of the On-Site Container for HLW Transportation," <u>Contractor Report AB-3372-6</u>, The University of New Mexico (January 1993).

Heger, A.S., P.E. Sanchez, and V. Banjac, "Assessment of the Shielding Characteristics of the TRUPACT-II for HLW Transportation," <u>Contractor Report AB-3372-5</u>, The University of New Mexico (January 1993).

Banjac, V. "Advanced Space Nuclear Reactor Concepts for Electric Power and Propulsion," <u>ChNE 552: Graduate Problems Research,</u> The University of New Mexico (December 1992).

Banjac, V. "Preliminary Mission Risk Analysis of the Nuclear Light Bulb Space Propulsion System," <u>ChNE 566: Methods of Nuclear Reactor Safety</u>, The University of New Mexico (December 1992).

Hills, C.R., V. Banjac, and A.S. Heger, "Assessment of the Shielding Characteristics of the TRUPACT-I for HLW Transportation," <u>Contractor Report AB-3372-4</u>, The University of New Mexico (December 1992).

Hills, C.R., V. Banjac, and A.S. Heger, "Feasibility Studies on the Utilization of the TRUPACT I for On-site LLW Transportation," <u>Contractor Report 3-28301-3100-1,</u> The University of New Mexico (October 1992).

Sanchez, P.E., V. Banjac, and A.S. Heger, "Summary of Department of Transportation 49CFR 170-Series Regulations Pertaining to Transport of Hanford HLW Samples," <u>Contractor Report AB-3372-3</u>, The University of New Mexico (December 1992).

Banjac, V. and A.S. Heger, "Radiological Analysis of the Hanford HLW Core Samples," <u>Contractor Report AB-3372-2,</u> The University of New Mexico (October 1992).

Banjac, V. and A.S. Heger, "Characterization of the Hanford HLW Tank Farm," <u>Contractor Report AB-3372-1,</u> The University of New Mexico (September 1992).

Banjac, V. "Neutronics Analysis of the TOPAZ II Space Nuclear Reactor," <u>ChNE 567: Space Nuclear Power Safety</u>, The University of New Mexico (May 1992).

Banjac, V., D.L. Blumenschein, and T.D. Olson, "Direct Containment Heating Accident Analysis," <u>ChNE 498: Nuclear Engineering Design</u>, The University of New Mexico (May 1991).

Multiple Authors, "Final Safety Assesment Report TRUPACT-II," U.S. Department of Energy, Carlsbad, NM (1991).

Multiple Authors, "Engineering Alternatives Task Force: Assessment of Risks," U.S. Department of Energy, Carlsbad, NM (1991).

**ACADEMIC WORKS**

Banjac, V. "Conceptual Design of the Modular Transuranic Shipping Cask MTS-54," <u>Master's Thesis</u>, University of New Mexico, Albuquerque, NM, December 1992.

Banjac, V. "Thermalhydraulics Analysis of the Nuclear Light Bulb Unit Cell Rocket Engine," <u>Ph.D. Dissertation,</u> University of New Mexico, Albuquerque, NM, December 1994.

**PROFESSIONAL SOCIETY & CONTINUING EDUCATION PRESENTATIONS**

Pedersen, C.. and V. Banjac, "Computer Animation in Accident Reconstruction and Biomechanics of Injuries," <u>2010 Conference of the Forensic Expert Witness Association (FEWA)</u>, February 2010.

Banjac, V. and J-M. Bond, "Hiring Scientific & Engineering Experts to Win Your Case," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, January 2006.

Banjac, V. and J-M. Bond, "Maximize the Effectiveness of Your Courtroom Exhibits," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, January 2006.

Banjac, V. and J-M. Bond, "Ethics and the Experts: The DOs and DON'Ts of Working with Experts," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, January 2006.

Banjac, V. and E. Estes, "Maximize the Effect of your Courtroom Exhibits: A Primer on Interactive, Computer-Based, Multi-Media Presentations," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, January 2004.

Banjac, V. and E. Estes, "Fundamentals of Biomechanics: Learning Why People Claim Injuries," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, January 2004.

Banjac, V. and E. Estes, "How to Find, and Work with, Scientific and Engineering Experts," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, July 2003.

Banjac, V. and E. Estes, "Understanding and Interpreting Automobile Accidents," <u>SDCBA Continuing Legal Education (CLE),</u> San Diego County Bar Association, April 2003.

# CURRENT FEE SCHEDULE
# (May 2021)
*Banjac Scientific Associates, Inc.*

**Hourly Fees:**

|  |  |  |
|---|---|---|
| I. Direct Scientific/Engineering Labor | ….. | $300.00/hour |
| II. Travel Time ($3,000.00/full day, if applicable) | ….. | $300.00/hour |
| III. Computing/Graphing Time (if applicable) | ….. | $300.00/hour |
| IV. Deposition & Trial Testimony Time | ….. | $400.00/hour |
| V. Materials, Supplies, & Expenses | ….. | pass-through |

**Retainers & Payment Terms & Conditions:**

I. A retainer of $2,500.00 <u>or</u> $5,000.00 (depending on case complexity and delivery timeframe) is required prior to commencement of case work. The retainer amount is fully applicable toward the total invoice for case work.

II. For domestic travel, we require a travel advance payment of $3,000.00 PRIOR to our incurring any travel-related expenses (e.g., purchase of airfare, reservation of lodging, etc.) or committing our staff to travel. For international travel, we require a travel advance payment of $6,000.00 PRIOR to our incurring any travel-related expenses (e.g., purchase of airfare, reservation of lodging, etc.) or committing our staff to travel. The travel-advance payment is fully applicable toward the total invoice for case work.

III. Outstanding balances of all invoices are due IN FULL within 14 (fourteen) days of completion of work and delivery of oral and/or written report. Unless special payment terms are arranged, if payment is not made IN FULL within 14 days, a finance charge of 1.5% per month of the outstanding balance will be levied on the account, in addition to late fees.

IV. YOU are our client and YOU are the beneficiary of our work. Regardless of any contract, contingency, or other payment or reimbursement agreement you may have with your own client, YOU are responsible for payment of the amount owed us.

V. Deposition fees are customarily paid by the Deposing Party (i.e., opposing counsel). There is a $700.00 minimum charge for Deposition testimony. If any problems arise with payment of any outstanding balance due from the Deposing Party, YOU may be responsible for payment of the outstanding balance.

VI. Trial fees are customarily paid by the Retaining Party (i.e., YOU). There is a $700.00 minimum charge for Trial testimony. This amount is due to us prior to commencement of Trial testimony.

VII. All case work and Deposition-related outstanding balances must be paid in full by the Retaining Party prior to our commencement of Trial testimony.

VIII. All amounts billed by us are payments ONLY for our work and analysis, and NOT for our opinion or testimony. Under no circumstances will payment for case work, whether partial or in full, be considered an inducement, compensation, or requirement for specific opinions, testimony, or scheduling availability.

IX. By retaining us, YOU agree to the above Terms & Conditions.

**Voyko Banjac, Ph.D.**
*Banjac Scientific Asociates, Inc.*

LISTING OF EXPERT TESTIMONY AT DEPOSITION AND/OR TRIAL: Last 4 Years
(as of June 2021)

*(include Arbitr & Mediat)*

| Timeframe | Name of Case | Retained By | Defense Counsel | Plaintiff's Counsel | Court | DEPOSITION | TRIAL |
|---|---|---|---|---|---|---|---|
| Summer '21 | Yzkanin v. Live Nation | Plaintiff | Klinedinst PC | Law Office of Jamahl Kersey | Superior | X | TBD |
| Spring '21 | Wormley v. Martin | Plaintiff | Bremer Whyte LLP | John Howard, Esq. | Superior | X | TBD |
| Spring '21 | Wormley v. Martin | Plaintiff | Bremer Whyte LLP | John Howard, Esq. | Superior | X | TBD |
| Winter '21 | Kelly v. Swedarsky | Plaintiff | Gates, Gonter & Guy LLP | Guy Levy, Esq. | Superior | X | TBD |
| Spring '20 | Cook v. Crowe and Crenshaw | Plaintiff | Law Offices of Kim Bensen | Guy Levy, Esq. | Superior | X | X |
| Fall '19 | Miller v. Monje | Plaintiff | ? | Gomez Law Firm | Superior | X | X |
| Summer '19 | Dotson v. City of Gallup, et al. | Defendant | City of Gallup | William Carpenter, Esq. | Federal | X | TBD |
| Summer '19 | Caceres v. City of Fontana | Plaintiff | Multiple | John Howard, Esq. | Superior | X | - |
| Spring '19 | Garner v. Walt Disney Co. | Plaintiff | Law Office of Richard McCain | Myers, Widders, Finegold LLP | Superior | X | X |
| Spring '19 | Martinez v. Sandoval | Plaintiff | Jacquelyn Stern | Guy Levy, Esq. | Superior | X | X |
| Spring '18 | Rupp v. Tipton | Plaintiff | Raffalow, Bretoi & Adams LLP | Ferguson, Orr, Case, Paterson LLP | Superior | X | X |
| Fall '17 | Bost v. Standard Ins. Co. | Plaintiff | Travelers Ins. Co. | Guy Levy, Esq. | Superior | X | - |
| Fall '17 | Svajda v. Palmer | Plaintiff | Hurrell Cantrall LLP | Guy Levy, Esq. | Superior | X | - |
| Fall '17 | Garcia v. Arthur | Plaintiff | Law Offices of Kim Bensen | Guy Levy, Esq. | Superior | X | X |
| Spring '17 | Ford v. Allstate Ins. Co. | Plaintiff | Law Offices of Kim Bensen | Guy Levy, Esq. | Superior | X | X |
| Winter '17 | Wallstrum v. Allstate Insurance | Plaintiff | Murchison & Cumming LLP | Guy Levy, Esq. | Superior | X | X |