# BARBARA C. LUNA

Barbara C. Luna is a Senior Partner in the accounting and litigation services firm of White, Zuckerman, Warsavsky, Luna & Hunt, LLP.  She has served as an expert witness for forty years in business and personal injury litigation and bankruptcy matters.  Dr. Luna analyzes financial, accounting, economic, business, real estate and valuation issues relating to liability and damages in litigation matters and reorganization of businesses.  The matters she has been involved in include breach of contract, intellectual property, unfair competition, construction and real estate, business interruption, business dissolutions, bankruptcy, partnership disputes, professional malpractice, fraud and misrepresentations, securities, white collar crime, trusts and estates, bad faith, alter ego, wrongful termination, personal injury, products liability and marital dissolution.  She has testified on numerous occasions in U.S. District Court, Superior Court, Bankruptcy Court, arbitrations and depositions.

Prior to joining White, Zuckerman, Warsavsky, Luna & Hunt, LLP, Dr. Luna was a Partner with Coopers & Lybrand specializing in litigation and financial advisory services.  Prior thereto, she was the National Director of Litigation Consulting for Kenneth Leventhal & Company, where she was responsible for directing the litigation services practice nationwide.  Previously, Dr. Luna was a Partner with Pannell Kerr Forster, where she was responsible for providing litigation and reorganization services, and she was a Senior Manager with Price Waterhouse specializing in litigation services.  Before focusing on litigation services, she was an investment banker specializing in corporate finance.

Dr. Luna has taught graduate and undergraduate courses in working capital management, business finance, forensic accounting and intermediate accounting at the UCLA Graduate School of Management, California State University at Northridge and Pepperdine University.  She has addressed numerous audiences and has appeared on several professional panels.  She obtained her MS and PhD degrees in Applied Mathematics from Harvard University and her BA degree from Wellesley College.

Dr. Luna is a Certified Public Accountant, a Certified Fraud Examiner, Certified in Financial Forensics, a Master Analyst in Financial Forensics, an Accredited Senior Appraiser in Business Valuation, Accredited in Business Valuation, a Certified Valuation Analyst, a Certified General Real Estate Appraiser, a Certified Commercial Real Estate Appraiser, a Certified Residential Real Estate Appraiser, a Certified Management Consultant, and a Diplomate Board Certified Forensic Examiner and Accountant.  She is a member of the American Institute of Certified Public Accountants (and holds the AICPA's CFF and ABV designations), the California Society of Certified Public Accountants (and the Society's Economic Damages, Fraud and Business Valuation Common Interest Member Services Committees), the Arizona Society of Certified Public Accountants, the Association of Certified Fraud Examiners, the Association of Business Trial Lawyers (and the Association's Committee on Experts), the Forensic Expert Witness Association, the American Boards of Forensic Examiners and Accountants, the American Society of Appraisers, the National Association of Certified Valuation Analysts, the National Association of Real Estate Appraisers, and the Institute of Management Consultants.

White
Zuckerman
Warsavsky
Luna
Hunt LLP

## BARBARA LUNA'S ARTICLES AND PUBLICATIONS

1.  "Analyzing Damages - Perspectives of Plaintiffs and Defendants," ABTL Report, November 1989

2.  "Proposition 103 - Determining the Appropriate Responses," Coopers & Lybrand Insurance Newsletter, December 1989

3.  "Generators of Hazardous Waste," Chapter 12, Environmental Dispute Handbook - Liability and Claims, John Wiley & Sons, Inc.

4.  "Determining Damages In Medical Malpractice Cases," Coopers & Lybrand Briefs

5.  "Analyzing Fraudulent Conveyances and Solvency," Coopers & Lybrand Briefs

6.  "Valuing Businesses," Coopers & Lybrand Briefs

7.  "Using Accountants as Expert Witnesses In Personal Injury Matters," 1996 Expert Witness Update, John Wiley & Sons, Inc.

8.  "Unjust Enrichment - An Alternative to Lost Profits," Witness Chair, December 1997

9.  "Employment Discrimination and Wrongful Termination," Measuring Damages Involving Individuals - A CPA's Service Guide with Case Studies, AICPA

10. "What is a Reasonable Time for Future Damages?  Should Lost Profits or Lost Value of the Business Be Claimed?"  White, Zuckerman, Warsavsky, Luna, Wolf & Hunt Newsletter, November 2004

11. "Valuing and Selling a Law Practice," Guide for Senior Lawyers, Los Angeles County Bar Association, September 2008

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2021** | | | | | |
| Amin v. North Orange County Surgical Center | Breach of Contract<br>Breach of Fiduciary Duty | Natu Patel | The Patel Law Firm | Arbitration | Damage Analysis<br>Valuation |
| Juul Labs v. Eonsmoke | Trademark Infringement<br>Lanham Act<br>Trade Dress | Stephen Lobbin | SML Avvocati PC | U.S. District Court of New Jersey | Damage Analysis |
| Thurman v. Sheriff Knezovich, Spokane County | Wrongful Termination | Mary Schultz | Mary Schultz Law, PS | Spokane Superior | Damage Analysis |
| Lott's Alamo City v. HomeVestors of America | Breach of Contract | Mona Hanna | Michelhan & Robinson | Arbitration | Damage Analysis |
| Russell Sigler Inc. v. Whitaker | Wrongful Termination<br>Trade Secrets | Stephen Boren | Boren Osher & Luftman | Arbitration | Damage Analyses |
| Community Development Associates v. City of Palmdale et al. | Breach of Contract | Rebecca Thompson | Gaines & Stacey | Los Angeles Superior | Damage Analysis |
| Skovold v. McKenna BMW | Wrongful Termination | George Koumbis | Arent Fox | Arbitration | Damage Analysis |
| Baek v. OpenNode | Usury<br>Declaratory Relief | Fred Fenster | Greenberg Glusker | Los Angeles Superior | Damage Analysis<br>Valuation |
| Burgess v. Lithia Motors | Wrongful Termination | Mary Schultz | Mary Schultz Law, PS | Arbitration | Damage Analysis |
| Ghasemi v. Bankers Life and Casualty | Breach of Contract | Adam Cotter | SK Huffer & Associates | Chatsworth Superior | Damage Analysis |
| Thee Aguila et al.v. Penn-Star Insurance | Breach of Insurance Contract<br>Declaratory Relief | John Vannucci<br>Julie Nong | John Fitzpatrick Vannucci Law Office<br>NT Law | Central District of California | Damage Analysis |
| Khou v. Mortazavi et al. | Medical Malpractice | Harry Sadeghi | Law Offices of Harry Sadeghi | Los Angeles Superior | Damage Analysis |
| Miller v. City of West Covina | Wrongful Termination | Brett Rubin | The Castanon Law Group | Los Angeles Superior | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2020** | | | | | |
| Elenes v. FCA | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Central District of California | Damage Analysis Disclosure |
| Macias v. FCA | Lemon law Punitive Damages | Russell Higgins | Knight Law Group | Central District of California | Damage Analysis Disclosure |
| Avina v. FCA | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Central District of California | Damage Analysis Disclosure |
| Hall v. FCA | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Central District of California | Damage Analysis Disclosure |
| Bisto v. FCA | Lemon Law Punitive Damages | Chris Ulner | Altman Law Group Knight Law Group | Central District of California | Damage Analysis Disclosure |
| Rapaport v. Barstool Sports | Breach of Contract Deformation | Steven Stein | Greenberg Glusker | District Court for Southern District of New York | Damage Analysis |
| Multiple Energy Technologies v. Halogenix | Lanham Act | Tom Butler | White and Williams | Central District of California | Damage Analysis |
| Furlong-Newberry v. Exotic Metals | Wrongful Termination | Mary Schultz | Mary Schultz Law, PS | US Department of Labor Occupational Safety and Health Administration | Damage Analysis |
| Smart v. County of Orange | Wrongful Termination | Devon Lyon | Lyon Legal | Orange County Superior | Damage Analysis |
| Excelsure v, ERM | Breach of Contract Trade Secrets | Dylan Wiseman | Buchalter | Orange County Superior | Damage Analysis |
| Hitomi v. FMC | Lemon Law Punitive Damages | Diba Alemi | Altman Law Group | Los Angeles Superior | Damage Analysis |
| Brandes v. Johnson | Palamony | Bruce Cooperman | Wasser Cooperman & Mandles | Private Judge Trial | Damage Analysis |
| Hobart v. FMC | Lemon Law Punitive Damages | Roger Kirnos | Knight Law Group | Central District of California | Damage Analysis Disclosure |
| Oden v. City of Long Beach | Disrimination | Anita Edwards | Law Offices of Anita Grace Edwards | Los Angeles Superior | Damage Analysis |
| White v. City of Los Angeles | Wrongful Death | RoseAnn Frazee | Frazee Law Group | Los Angeles Superior | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2020 Continued** | | | | | |
| RSA v. Delta Scientific | Patent Infringement | David Dillard | Lewis Roca | Central District of California | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2019** | | | | | |
| Unified Real Estate Investments v. New Port @ Beverly Hills et al. | Breach of Contract Conversion | Fred Wong | Wong & Mak | Los Angeles Superior | Damage Analysis |
| Chounard v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | San Diego Superior | Damage Analysis Disclosure |
| Diaz v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Stockton Superior | Damage Analysis Disclosure |
| Bowser v. FMC | Lemon Law Punitive Damages | Michael Morris-Nussbaum | Altman Law Group | Riverside Superior | Damage Analysis Disclosure |
| Ceiba Public Schools v. Green Valley et al. | Construction Defects | Randy Paul | Berding Weil | Santa Cruz Superior | Damage Analysis |
| Annex v. Nairmac | Breach of Contract | Kevin Yaghoubzadeh | Hackler Daghighian Martino | Ventura Superior | Damage Analysis |
| Covert v. FCA | Lemon Law Punitive Damages | Ed Lear | Century Law Group | Los Angeles Superior | Timing of Defect Knowledge Corporate Governance |
| Arroyo v. FMC | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Riverside Superior | Damage Analysis Disclosure |
| Carmichael v. FCA | Lemon Law Punitive Damages | Erin Barns | Wirtz Law | Madera Superior | Damage Analysis Disclosure |
| Evans v. FCA | Lemon Law Punitive Damages | Erin Barns | Wirtz Law | San Luis Obispo Superior | Damage Analysis Disclosure |
| McKinnon v. FMC | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Riverside Superior | Damage Analysis Disclosure |
| Beere v. Palomar et al. | Medical Malpractice | Randy Waier | Law Offices of Randall S Waier | San Bernardino Superior | Damage Analysis |
| Bulcao v. FCA | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | San Francisco Superior | Damage Analysis Disclosure |
| Cousyn v. FMC | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | San Bernardino Superior | Damage Analysis Disclosure |
| Sutterfield v. FMC | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Riverside Superior | Damage Analysis Disclosure |
| Bertrand v. FCA | Lemon Law Punitive Damages | Sava Zafar | Century Law Group | San Bernardino Superior | Damage Analysis Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2019 Continued** | | | | | |
| Cazares v. FMC | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Maslardzievski v, Silicon Valley et al. | Wage and Hour | Lance Williams | Boren Osher & Luftman | Los Angeles Superior | Damage Analysis |
| White v. FCA | Lemon Law Punitive Damages | Sava Zafar | For Century Law Group | San Diego Superior | Damage Analysis Disclosure |
| Tovar v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Modler v. FCA | Lemon Law Punitive Damages | Kevin Yaghoubzadeh | Hackler Daghighian Martino & Novak | Kern Superior | Damage Analysis Disclosure |
| Asrar and Karim v. Jarrah | Conversion Fraudulent Conveyence | Omar Siddiqui | Ulwelling Siddiqui | Orange Superior | Accounting |
| Lodestar v. Bacardi | Trademark Infringement | Warren Bleeker | Lewis Roca | Central Distrct of California | Damage Analysis |
| Saleh v. FCA | Lemon Law Punitive Damages | Sava Zafar | For Century Law Group | San Bernardino Superior | Damage Analysis Disclosure |
| Cha La Mirada v. Red Robin | Breach of Contract | John Amberg | Bryan Cave | Norwalk Superior | Damage Analysis |
| Covert v. FCA | Lemon Law Punitive Damages | Rizza Gonzales | Century Law Group | Los Angeles Superior | PMK Deposition Information |
| L & Leung v. Collection XIIX et al. | Breach of Fiduciary Duty Breach of Contract | Gerry Silver | Sullivan & Worcester | Southern District of New York | Damage Analysis |
| Williams v. St. Vaughn | Breach of Contract Breach of Fiduciary Duty | Scott Lesowitz | Syverson Lesowitz & Gebelin | Los Angeles Superior | Accounting |
| Villalobos v. FCA | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Santa Clara Superior | Damage Analysis Disclosure |
| Brenenstahl v. FCA | Lemon Law Punitive Damages | Conor Kelly | Robinson Calcagnie | Los Angeles Superior | Damage Analysis Disclosure |
| Pekerol v. Anakor, Kindred Healthcare | Harassment | Tilak Gupta | Jivaka AR Candappa | Los Angeles Superior | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2019 Continued** | | | | | |
| Unity v. Hudson Insurance | Coverage | David Hinshaw | Law Office of David Hinshaw | Central District of California | Damage Analysis |
| Rogers and Premier Trust v. Wilmington Trust | Breach of Fiduciary Duty | Randy Catanese | Catanese & Wells | US District Court of Delaware | Damage Analysis |
| Hightower v. FMC | Lemon Law Punitive Damages | Diba Alemi | Altman Law Group | Sacramento Superior | Damage Analysis Disclosure |
| Sanches v. Paradigm Builders | Personal Injury | Kriya Onorato | Glazer & Blinder | Los Angeles Superior | Damage Analysis |
| Hyams v. CVS | Wrongful Termination | Catherine Coble | Gunn Coble | Northern District of California Oakland Division | Damage Analysis |
| Paul v. Nassour et al. | Breach of fiduciary Duty Breach of Contract | Chris Rudd | The Rudd Law Firm | Arbitration | Damage Analysis |
| MET v. Hologenix | Lahham Act | Tom Butler | White and Williams | Central District of California | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018** | | | | | |
| Martinez v. FMC | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Moosa v. FMC | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Covert v. FCA | Lemon Law Punitive Damages | Parham Nikfarjam | Daniels Fine Israel Schonbuch & Lebovits | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Rajysan v. Sahani | Breach of Fiduciary Duty Conversion Misappropriation | Jay Spillane | Spillane Trial Group | Los Angeles Superior | Damage Analysis Accounting Valuation |
| Mathews v. FCA | Lemon Law Punitive Damages | Parham Nikfarjam | Daniels Fine Israel Schonbuch & Lebovits | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| ALS Scan v. Cloudflare | Copyright | Kevin Neal | Gallager & Kennedy Spillane Trial Group | Central District of California | Damage Analysis |
| Morvarid v. FCA | Lemon Law Punitive Damages | Larry Castnita | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Moore v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Misner v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Berg v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Siegel v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Watkins v. FMC | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Skillman v. FMC | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Blackburn v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | San Diego Superior | Damage Analysis Indicia of Fraud |
| Smith v. FCA | Lemon Law Punitive Damages | Larry Castrita | Hackler Daghaghian Martino & Novak | Sacramento Superior | Damage Analysis Indicia of Fraud |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| Johnson v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | San Bernardino Superior | Damage Analysis Indicia of Fraud |
| Niedermeier v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Pena v. FCA | Lemon Law Punitive Damages | Raymond Hay | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Aguilara v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Napa Superior | Damage Analysis Indicia of Fraud |
| Ambriz v. FMC | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | Riverside Superior | Damage Analysis Indicia of Fraud |
| Harbert v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Alvarez v. FCA | Lemon Law Punitive Damages | Richard Wirtz | Wirtz Law | Santa Clara Superior | Damage Analysis Indicia of Fraud |
| Serrato v. FCA | Lemon Law Punitve Damages | Richard Wirtz | Wirtz Law | Santa Clara Superior | Damage Analysis Indicia of Fraud |
| Honkus v. Trimble Navigation | Wrongful Termination | Mary Schultz | Mary Schultz Law, P.S. | US District Court Eastern District of Washington | Damage Analysis |
| Pineda and Ebanks v. FCA | Lemon Law Punitive Damages | Richard Wirtz | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Regueiro v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Los Angeles Superior | Damage Analysis Disclosure |
| Mejia v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Riverside Superior | Damage Analysis Disclosure |
| Rieck v. FCA | Lemon Law Punitive Damages | Asa Eaton | Hackler Daghighian Martino & Novak | San Bernardino Superior | Damage Analysis Disclosure |
| Cha v. FCA | Lemon Law Punitive Damages | Erik Schmitt | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Disclosure |
| Jordan v. FCA | Lemon Law Punitive Damages | Jamie Adler | Law Office of Michael H Rosenstein | Central District of California | Damage Analysis Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| Lawrence v. FCA | Lemon Law Punitive Damages | Jamie Adler | Law Office of Michael H Rosenstein | Central District of California | Damage Analysis Disclosure |
| Donner v. FCA | Lemon Law Punitive Damages | Jamie Adler | Law Office of Michael H Rosenstein | Central District of California | Damage Analysis Disclosure |
| Cieslikowski v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Central District of California | Damage Analysis Disclosure |
| Lee v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Central District of California | Damage Analysis Disclosure |
| Tarango v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Central District of California | Damage Analysis Disclosure |
| Brown v. FMC | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Butte Superior | Damage Analysis Disclosure |
| Berroteran v. FMC | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Davenport v. FCA | Lemon Law Punitive Damages | Asa Eaton | Hackler Daghighian Martino & Novak | Southern District of California | Damage Analysis Disclosure |
| Demaria v. FCA | Lemon Law Punitive Damages | Asa Eaton | Hackler Daghighian Martino & Novak | Southern District of California | Damage Analysis Disclosure |
| Hernandez v. FCA | Lemon Law Punitive Damages | Asa Eaton | Hackler Daghighian Martino & Novak | Central District of California | Damage Analysis Disclosure |
| Watts v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Santa Ana Superior | Damage Analysis Disclosure |
| Cuevas v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Riverside Superior | Damage Analysis Disclosure |
| Lytle v. FMC | Lemon Law Punitive Damages | Michael Morris-Nussbaum | Altman Law Group | Shasta Superior | Damage Analysis Disclosure |
| Garcia v. FCA | Lemon Law Punitive Damages | Rizza Gonzales | Century Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Brandt v. Southern California Permanente Medical Group | Wrongful Death | Diane Daily | Steven D Davis Law Group | Arbitration | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| O'Day v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Santa Clara Superior | Damage Analysis Disclosure |
| Torres v. FMC | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Disclosure |
| Mora v. FMC | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | San Diego Superior | Damage Analysis Disclosure |
| Valenton v. FCA | Lemon Law Punitive Damages | Erik Schmitt | Hackler Daghighian Martino & Novak | San Bernardino Superior | Damage Analysis Disclosure |
| Gomez v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Disclosure |
| Plascencia v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Disclosure |
| Robles v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Disclosure |
| Webb v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Salazar v. FCA | Lemon Law Punitive Damages | Raymond Hay | Law Office of Michael H Rosenstein | Riverside Superior | Damage Analysis Disclosure |
| Garcia v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Santa Ana Superior | Damage Analysis Disclosure |
| Lawson v. FCA | Lemon Law Punitive Damages | Rizza Gonzales Artin Afkhami | Century Law Group | Riverside Superior | Damage Analysis Disclosure |
| Waller v. FCA | Lemon Law Punitive Damages | Rizza Gonzales | Century Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Herman Miller v. Office Star | Trade Dress | David Dillard | Lewis Roca | Central District of California | Damage Analysis |
| Li v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Central District of California | Damage Analysis Disclosure |
| Carthy v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Santa Ana Superior | Damage Analysis Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|--------|--------------|----------|----------|-------|----------------|
| **2018 Continued** | | | | | |
| Rivas v. FCA | Lemon Law Punitive Damages | Raymond Hay | Law Office of Michael H Rosenstein | Alameda Superior | Damage Analysis Disclosure |
| Leon v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Disclosure |
| Orozco v. FCA | Lemon Law Punitive Damages | Kevin Yaghoubzadeh | Hackler Daghaghian Martino & Novak | Los Angeles Superior | Damage Analysis Disclosure |
| Lagunas v. FCA | Lemon Law Punitive Damages | Raymond Hay | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Disclosure |
| Osuna v. FCA | Lemon Law Punitive Damages | Mark O'Connor | O'Connor Law Group | San Diego Superior | Damage Analysis Disclosure |
| Kotulski v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | San Diego Superior | Damage Analysis Disclosure |
| Shaffer v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | San Diego Superior | Damage Analysis Disclosure |
| Pollard v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | Santa Ana Superior | Damage Analysis Disclosure |
| House v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | San Diego Superior | Damage Analysis Disclosure |
| Keizer v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | Riverside Superior | Damage Analysis Disclosure |
| Hill v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | San Diego Superior | Damage Analysis Disclosure |
| Celestine v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | San Joaquin Superior | Damage Analysis Disclosure |
| Durham v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Sacramento Superior | Damage Analysis Disclosure |
| Figures v. FCA | Lemon Law Punitive Damages | Jim Martinez | Law Office of Michael H Rosenstein | Kern Superior | Damage Analysis Disclosure |
| Davis v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | San Bernardino Superior | Damage Analysis Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| Gonzales v. Caliber Home Loans | Wrongful Termination | Lisa Parrish | Valla & Associates | Arbitration | Damage Analysis |
| Herrera v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Gerber v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Ferrer v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Duranga v. FCA | Lemon Law Punitive Damages | Lauren Martin | Heckler Daghaghian Martino & Novak | San Diego Superior | Damage Analysis Disclosure |
| Anderson v. FMC | Lemon Law Punitive Damages | Michaell Morris-Nussbaum | Altman Law Group | San Joaquin Superior | Damage Analysis Disclosure |
| Lloyd v. FCA | Lemon Law Punitive Damages | Rizza Gonzales | Century Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Williams v. FCA | Lemon Law Punitive Damages | Artin Afkhami | Century Law Group | Fresno Superior | Damage Analysis Disclosure |
| Ewing v. FCA | Lemon Law Punitive Damages | Artin Afkhami | Century Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Jimenez v. FCA | Lemon Law Punitive Damages | Asa Eaton | Hackler Daghaghian Martino & Novak | Los Angeles Superior | Damage Analysis Disclosure |
| Petropoulos v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | Southern District of California | Damage Analysis Disclosure |
| Aqueveque v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | Santa Ana Superior | Damage Analysis Disclosure |
| Johnson, R v. FCA | Lemon Law Punitive Damages | Artin Afkhami | Century Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Reyes, R v. FCA | Lemon Law Punitive Damages | Artin Afkhami | Century Law Group | Los Angeles Superior | Damage Analysis Disclosure |
| Ronquillo v. FCA | Lemon Law Punitive Damages | Artin Afkhami | Century Law Group | San Diego Superior | Damage Analysis Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| Saddle Ranch Orange v. Orange City Mills | Breach of Contract Misrepresentation Concealment | Devin McRae | Early Sullivan | Orange Superior Complex | Damage Analysis |
| Priaardanto v. Ride the Ducks | Wrongful Death | Anthony Marsh | Herrmann Law Group | Washington King County Superior | Damage Analysis |
| Derschmidt v. Ride the Ducks | Wrongful Death | Tim Loranger | Baum Hedlund Aristel & Goldman | Washington King County Superior | Damage Analysis |
| Powell, D v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | Sacramento Superior | Damage Analysis Disclosure |
| Powell, L v FCA | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Eastern District California | Damage Analysis Disclosure |
| Sekula v FCA | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Eastern District California | Damage Analysis Disclosure |
| Self v FCA | Lemon Law Punitive Damages | Chris Urner | Altman Law Group | Eastern District California | Damage Analysis Disclosure |
| Vasquez and Sanchez v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Williams, B v. FCA | Lemon Law Punitive Damages | Artin Afkhami | Century Law Group | San Bernardino Superior | Damages Analysis Disclosure |
| Langley et al v. City of Los Angeles | Unlawful Search | Jivaka Candappa | The Bloom Firm | Central District of California | Damages Analysis |
| Cox v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | San Francisco Superior | Damages Analysis Disclosure |
| Busk v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghaghian Martino & Novak | Placer Superior | Damages Analysis Disclosure |
| Hamm v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | Southern District of California | Damage Analysis Disclosure |
| Lira v. FCA | Lemon Law Punitive Damages | Lauren Veggian | Wirtz Law | Southern District of California | Damage Analysis Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| Ramos v. FCA | Lemon Law<br>Punitive Damages | Lauren Veggian | Wirtz Law | Southern District of California | Damage Analysis<br>Disclosure |
| Horn v. FCA | Lemon Law<br>Punitive Damages | Joshua Fennell | Law Office of Michael H Rosenstein | Yolo Superior | Damage Analysis<br>Disclosure |
| Guinn v. FMC | Lemon Law<br>Punitive Damages | Bryan Altman | Altman Law Group | Orange Superior | Damage Analysis<br>Disclosure |
| Bratcher v. AXA Equities | Professional Negligence<br>Breach of Fiduciary Duty<br>Breach of Contract<br>Rescission<br>Fraud<br>Money Had and Received<br>Financial Elder Abuse<br>Declaratory Relief | Diane Daly | Steven D Davis Law Group | Kern Superior | Damage Analysis |
| Delgadillo v. FCA | Lemon Law<br>Punitive Damages | Lauren Veggian | Wirtz Law | Riverside Superior | Damage Analysis<br>Disclosure |
| Le Jolie v. Del Morgan Group | Breach of Contract | Aleksandr Gruzman | Law Ofices of Aleksandr Gruzman | Los Angeles Superior | Damage Analysis |
| Hertach v. FCA | Lemon Law<br>Punitive Damages | Chris Urner | Altman Law Group | San Diego Superior | Damage Analysis<br>Disclosure |
| Kavanagh v. FCA | Lemon Law<br>Punitive Damages | Lauren Veggian | Wirtz Law | Stanislaus Superior | Damage Analysis<br>Disclosure |
| Gomez v. FCA | Lemon Law<br>Punitive Damages | Jaime Martinez | Law Office of Michael H Rosenstein | Los Angeles Superior | Damage Analysis<br>Disclosure |
| Moreno v. FCA | Lemon Law<br>Punitive Damages | Chris Urner | Altman Law Group | Santa Ana Superior | Damage Analysis<br>Disclosure |
| Melton v. FMC | Lemon Law<br>Punitive Damages | Ilan Issacs | Altman Law Group | San Diego Superior | Damage Analysis<br>Disclosure |
| Duran v. FMC | Lemon Law<br>Punitive Damages | Ilan Issacs | Altman Law Group | Los Angeles Superior | Damage Analysis<br>Disclosure |
| Morales v. FCA | Lemon Law<br>Punitive Damages | Erik Schmitt | Hackler Daghaghian Martino & Novak | Santa Ana Superior | Damage Analysis<br>Disclosure |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| Salinas v. FCA | Lemon Law Punitive Damages | Michael Morris-Nussbaum | Altman Law Group | Central District of California | Damage Analysis Disclosure |
| Flores v. FCA | Lemon Law Punitive Damages | Michael Morris-Nussbaum | Altman Law Group | Central District of California | Damage Analysis Disclosure |
| Heffington v. FCA | Lemon Law Punitive Damages | Michael Morris-Nussbaum | Altman Law Group | Central District of California | Damage Analysis Disclosure |
| Franklin v. FMC | Lemon Law Punitive Damages | Michael Morris-Nussbaum Ilan Isaacs | Altman Law Group | Sonoma Superior | Damage Analysis Disclosure |
| Martinez v. FMC | Lemon Law Punitive Damages | Ilan Isaacs | Altman Law Group | San Diego Superior | Damage Analysis Disclosure |
| Anderson v. Madison + Vine | Wrongfuol Termination | Lance Williams | Boren Osher & Luftman | Arbitration | Damage Analysis |
| Lytle v. FMC | Lemon Law Punitive Damages | Michael Morris-Nussbaum | Altman Law Group | Shasta Superior | Damage Analysis Disclosure |
| Ascencio v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Santa Ana Superior | Damage Analysis Disclosure |
| Golf Apparel v. Triple Green Properties | Fraud Breach of Lease | Kevin Sinclair | Early Sullivan Wright Gizer & McRae | Los Angeles Superior | Damage Analysis |
| IPG v. Marquee Brands et al. | Breach of Contract Intentional Interference | Peggy Dayton Jeff Gersh | Scheper Kim & Harris Stubbs Alderton & Marklies | Central Distrct of California | Damage Analysis Valuation |
| Evans v. FCA | Lemon Law Punitive Damages | Larry Castrita | Hackler Daghighian Martino & Novak | Eastern District of California | Damage Analysis Disclosure |
| Boyzo v. FCA | Lemon Law Punitive Damages | Larry Castrita | Hackler Daghighian Martino & Novak | Northern District of California | Damage Analysis Disclosure |
| Spitzfaden v. FCA | Lemon Law Punitive Damages | Amy Rotman | Wirtz Law | San Diego Superior | Damage Analysis Disclosure |
| Base v. FCA | Lemon Law Punitive Damages | Larry Castrita | Hackler Daghighian Martino & Novak | Northern District of California | Damage Analysis Disclosure |
| O'Brien v. FCA | Lemon Law Punitive Damages | Larry Castrita | Hackler Daghighian Martino & Novak | Central District of California | Damage Analysis Disclosure |

## BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2018 Continued** | | | | | |
| <u>Valenzuela de Leon</u> v. FCA | Lemon Law Punitive Damages | Larry Castrita | Hackler Daghighian Martino & Novak | Northern District of California | Damage Analysis Disclosure |
| <u>Hamilton</u> v. Speight, Microsoft et al. | Unauthorized Use of Likeness Likeness | Wen Wu | Pierce Bainbridge Beck Price & Hecht | Eastern District of Pennsylvania | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2017** | | | | | |
| Mengesha v. Southern California Permanente Medical Group | Medical Malpractice | Edi Faal | Law Offices of Edi M. G. Faal | Riverside Superior | Damage Analysis |
| Fisher v. FMC | Lemon Law Punitive Damages | Bryan Altman Lauren Ungs | Altman Law Group Knight Law Group | Santa Ana Complex | Damage Analysis Indicia of Fraud |
| Starline Tours of Hollywood v. EHM | Breach of Contract Breach of Fiduciary Duty | Mohammed Ghods Jeremy Rhyne | Lex Opus | Arbitration | Damage Analysis Concealment Issues |
| Jeralds v. FMC | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Santa Ana Complex | Damage Analysis Indicia of Fraud |
| Margeson v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Lehde v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Zuniga v. City of Commerce | Wrongful Termination | Elizabeth Kessel | Kessel & Associates | Los Angeles Superior | Damage Analysis |
| Ralph v. FMC | Lemon Law Punitive Damages | Richard Wirtz | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Taggart v. FMC | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | San Mateo Superior | Damage Analysis Indicia of Fraud |
| Dekker v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Ventura Superior | Damage Analysis Indicia of Fraud |
| Randall v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Rodriguez v. FCA | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Hodges v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Cambilargiu v. FMC | Lemon Law Punitive Damages | Lauren Sabb | Wirtz Law | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Duk v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | San Diego Superior | Damage Analysis Indicia of Fraud |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2017 Continued** | | | | | |
| Giddings v. FCA | Lemon Law Punitive Damages | Richard Wirtz | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Beltran v. FCA | Lemon Law Punitive Damages | Richard Wirtz | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Elmlinger v. Kaiser | Medical Malpractice | Ron Wilton | Wilton & Associates | Arbitration | Damage Analysis |
| Tuomi v. FMC | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Videckis and White v. Pepperdine | Title IX | Paula Tripp Victor | AndersonMcPharlin & Conners | Central District of California | Damage Analysis |
| Rahmani and Khalieghzadeh v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Cooner v. NEW | Breach of Contract | Cress Templeton | Hill Farrer | Arbitration | Damage Analysis |
| Palacios v. Cardosa, Fresh Link Logistics | Personal Injury | James Demerjian | Morris Polish & Purdy | Los Angeles Superior | Damage Analysis |
| Green v. City of South Pasadena | Wrongful Termination | Armineh Megrabyan | Kessel & Associates | Los Angeles Superior | Damage Analysis |
| Lopez-Galindo v. Maxfield | Personal Injury | Mindy Bish | Bish Law | San Bernardino Superior | Daamage Analysis |
| Sithisombath v. Nguyen | Personal Injury | John Paulson | Ford Walker | Santa Ana Superior | Damage Analysis |
| Abregov v. BNRG | Breach of Fiduciary Duty | John Taylor | Cadden & Fuller | Arbitration | Damage Analysis Valuation |
| Toro v. FCA | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Wafer v. FCA | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Carranza v. State of California | Wrongful Termination | Clarice Letizia | Letizia Law Firm | San Bernardino Superior | Damage Analysis |
| Hughson v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2017 Continued** | | | | | |
| Perez v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diego Superior | Damage Analysis Indicia of Fraud |
| Kruger v. FMC | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | San Bernardino Superior | Damage Analysis Indicia of Fraud |
| Cazares v, FMC | Lemon Law Punitive Damages | Michael Rosenstein | Law Offices of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Geary v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diegp Superior | Damage Analysis Indicia of Fraud |
| Stevenson v. Farmers Insurance Exchange | Equitable Relief Damages | Richard Morton | Haight Brown & Bonesteel | San Mateo Superior | Damage Analysis |
| Fuller v. FMC | Lemon Law Punitive Damages | Raymond Hay | Law Offices of Michael H Rosenstein | Ventura Superior | Damage Analysis Indicia of Fraud |
| Lynch v. Citibank | Personal Injury | Robert Crook | Bradley & Gmelich | Los Angeles Superior | Damage Analysis |
| Suarez v. FMC | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Weston v. FCA | Lemon Law Punitive Damages | Larry Castruita | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Kovach v. East Valley Water District | Breach of Contract | John McNicholas | The Castanon Law Group | Los Angeles Superior | Damage Analysis |
| Ruelas v. FMC | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Moore v. FCA | Lemon Law Punitive Damages | Raymond Hay | Law Offices of Michael H Rosenstein Sar | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Alimonti v. FMC | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | San Joaquin Superior | Damage Analysis Indicia of Fraud |
| Ayers v. FCA | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Zaragoza v. FMC | Lemon Law Punitive Damages | Jessica Underwood | Wirtz Law | San Diegp Superior | Damage Analysis Indicia of Fraud |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2017 Continued** | | | | | |
| Grinder v. FMC | Lemon Law Punitive Damages | Bryan Altman | Altman Law Group | San Joaquin Superior | Damage Analysis Indicia of fraud |
| Kearney v. FCA | Lemon Law Punitive Damages | Jeff Adler | Law Offices of Michael H Rosenstein | Sonoma Superior | Damage Analysis Indicia of Fraud |
| Demattei v. FCA | Lemon Law Punitive Damages | Erik Schmitt | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Indicia of fraud |
| Dotson v. Johnson Machinery | Wrongful Death | Tom Shuck | Law Offices of Randall Waier | Riverside Superior | Damage Analysis |
| Montoya v. FMC | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Bartlett v. FMC | Lemon Law Punitive Damages | Amy Smith | Wirtz Law | Monterey Superior | Damage Analysis Indicia of Fraud |
| Mikhael v. FCA | Lemon Law Punitive Damages | Erik Schmitt | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Mena v. FMC | Lemon Law Punitive Damages | Brian Murray | Law Offices of Michael H Rosenstein Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Foster v. FMC | Lemon Law Punitive Damages | Brian Murray | Law Offices of Michael H Rosenstein Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Krupsky v. FMC | Lemon Law Punitive Damages | Brian Murray | Law Offices of Michael H Rosenstein Altman Law Group | Santa Ana Superior | Damage Analysis Indicia of Fraud |
| Moreno v. FCA | Lemon Law Punitive Damages | Lauren Martin | Hackler Daghighian Martino & Novak | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Coloumbe v. FCA | Lemon Law Punitive Damages | Jeff Adler | Law Offices of Michael H Rosenstein | Madera Superior | Damage Analysis Indicia of Fraud |
| Watts v. FMC | Lemon Law Punitive Damages | Brian Murray | Law Offices of Michael H Rosenstein Altman Law Group | Riverside Superior | Damage Analysis Indicia of Fraud |
| Tanner v. FMC | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | Riverside Superior | Damage Analysis Indicia of Fraud |
| Nolan v. FMC | Lemon Law | Joel Elkins | Altman Law Group | Riverside | Damage Analysis |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2017 Continued** | Punitive Damages | | | Superior | Indicia of Fraud |
| Coon v. FMC | Lemon Law Punitive Damages | Joel Elkins | Altman Law Group | Riverside Superior | Damage Analysis Indicia of Fraud |
| Ettleman v. FMC | Lemon Law Punitive Damages | Bryan Altman Joel Elkins | Altman Law Group | Riverside Superior | Damage Analysis Indicia of Fraud |
| Rochin v. FCA | Lemon Law Punitive Damages | Jamie Adler | Law Offices of Michael H Rosenstein | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Tomkins v. FCA | Lemon Law Punitive Damages | Lauren Saab | Wirtz Law | Kern Superior | Damage Analysis Indicia of Fraud |
| Miranda v. FCA | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Los Angeles Superior | Damage Analysis Indicia of Fraud |
| Jordan v. FCA | Lemon Law Punitive Damages | Russell Higgins | Knight Law Group | Alameda Superior | Damage Analysis Indicia of Fraud |

**BARBARA LUNA'S EXPERT WITNESS DEPOSITION TESTIMONY DURING PAST FOUR YEARS**

| MATTER | TYPE OF CASE | ATTORNEY | LAW FIRM | COURT | WORK PERFORMED |
|---|---|---|---|---|---|
| **2016** | | | | | |
| Choi v. Hanmi Bank | Wrongful Termination | Lii Haslop | Henry M. Lee, Law Corporation | Los Angeles Superior | Damage Analysis |
| Esparza v. Kaiser Foundation Health Plan | Medical Malpractice | Toby Trobough | Law Offices of Marshall Silberberg | Santa Ana Superior | Damage Analysis |
| Uzun v. Johnson | Business Interruption | Halil Hasic | Gedeon Law & CPA | Arbitration | Damage Analysis |
| Kweon v. Trinity | Breach of Fiduciary Duty | David Parker | Parker Mills | Los Angeles Superior | Damage Analysis |
| Gano Excel v. Ganolife, Cabasag, Cabrera et al. | Conversion Breach of Fiduciary Duty Breach of Contract | Tom Norminton | Norminton Wiita & Fuster | Los Angeles Superior | Damage Analysis |
| Schlom v. Langer Equestrian Group | Defamation | Randy Catanese | Catanese & Wells | Los Angeles Superior | Damage Analysis |
| Vasquez v. Hazy | Wrongful Termination | Paul Greenberg | Greenberg & Weinmann | Los Angeles Superior | Damage Analysis |
| XEO v. Fantasia | Breach of Contract Fraud | Jim Denison | Law Office of James W. Denison | Los Angeles Superior | Damage Analysis |
| Shilling v. PolyOne | Breach of Contract Contractual Indemnity Declaratory Relief | Mike Johnson | Lewis Brisbois Bisgaard & Smith | Northern District of California San Jose | Damage Analysis |
| Yu v. Sequoia Insurance | Failure to Defend | Mohammed Ghods | Lex Opus | Santa Ana Superior | Damage Analysis |
| KeyBank v. Wehba, BentleyForbes Holdings | Breach of Contract | Dan Fleming | Wong Fleming | Los Angeles Superior | Alter Ego |
| Davis v. Washington et al | Fraud Breach of Fiduciary Duty Accounting | Michael Sherman | Stubbs Alderton & Markiles | Arbitration | Accounting Damage Analysis |
| Friendfinder v. Penthouse Global Media Inc. | Injunctive Relief Wrongful Acquisition | Sara Bussiere | Bayard | Court of Chancery Delaware | Damage Analysis |
| Radzinski et al v. First American Title Insurance | Breach of Contract | Chris Ritter | Early Sullivan | Los Angeles Superior | Damage Analysis |

Hourly rates-$495/hr for depo and trial testimony, blended rate of $375/hr for analysis.

Barbara Luna
White Zuckerman Warsavsky Luna & Hunt
15490 Ventura Blvd Suite 300
Sherman Oaks, CA 91403
818 981-4226x130

www.wzwlh.com

Our firm, White, Zuckerman, Warsavsky, Luna & Hunt, LLP, accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. This message is confidential, and is intended solely for the individual(s) to whom it is addressed and may contain information which may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited and shall not constitute a waiver of any privilege recognized by law. If you believe that you have received this e-mail message in error, please e-mail the sender and delete all copies. IRS Circular 230 disclosure: Any tax advice included in this written or electronic communication and its enclosures or attachments was not intended or written to be used, and it cannot be used, by the taxpayer for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency.