## YEAR BY YEAR - TOTAL COMPENSATION - PAY & BENEFITS (15%)

MATH — Total Pilots 71,293

### ACTIVE

| YEAR | AGE | ALASKA | ALLEGIANT | AMERICAN | ATLAS | DELTA | FEDEX | FRONTIER | HAWAIIAN | JETBLUE | SOUTHWEST | SPIRIT | UNITED | UPS | AVERAGE YR BY YR | CUMULATIVE YR BY YR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PILOTS | | 2,888 | 910 | 15,199 | 1,944 | 14,600 | 4,613 | 1,350 | 627 | 3,700 | 9,614 | 618 | 12,505 | 2,725 | | |
| July 2036 | 42.6 | 106,047 | 53,440 | 104,151 | 84,042 | 105,147 | 101,882 | 70,343 | 43,281 | 92,587 | 102,120 | 64,779 | 104,573 | 63,204 | 84,277 | 84,277 |
| July 2037 | 43.6 | 148,443 | 110,584 | 157,893 | 84,042 | 152,859 | 196,400 | 131,276 | 121,429 | 103,667 | 147,658 | 120,897 | 157,203 | 241,126 | 144,114 | 228,391 |
| July 2038 | 44.6 | 163,062 | 118,797 | 184,742 | 93,702 | 178,896 | 204,382 | 141,023 | 139,462 | 120,042 | 164,405 | 129,870 | 183,926 | 241,453 | 158,751 | 387,141 |
| July 2039 | 45.6 | 175,274 | 125,518 | 189,220 | 98,532 | 183,262 | 208,851 | 149,015 | 149,081 | 158,866 | 181,486 | 137,222 | 188,736 | 246,300 | 168,566 | 555,708 |
| July 2040 | 46.6 | 179,612 | 132,564 | 193,790 | 104,328 | 218,392 | 213,452 | 158,077 | 155,092 | 163,142 | 198,794 | 145,569 | 192,963 | 251,223 | 177,461 | 733,169 |
| July 2041 | 47.6 | 181,325 | 138,657 | 198,681 | 109,158 | 223,880 | 254,640 | 164,600 | 170,775 | 164,706 | 207,471 | 151,578 | 207,576 | 256,221 | 186,867 | 920,036 |
| July 2042 | 48.6 | 184,582 | 144,985 | 204,225 | 136,206 | 230,098 | 259,726 | 172,118 | 218,592 | 167,664 | 212,993 | 158,502 | 205,066 | 261,357 | 196,624 | 1,116,660 |
| July 2043 | 49.6 | 187,887 | 149,338 | 218,176 | 140,070 | 235,452 | 264,900 | 177,272 | 223,146 | 170,664 | 218,575 | 163,249 | 205,066 | 266,569 | 201,566 | 1,318,226 |
| July 2044 | 50.6 | 192,007 | 155,363 | 220,409 | 144,900 | 237,897 | 270,206 | 184,429 | 227,700 | 174,404 | 221,048 | 169,837 | 266,739 | 271,893 | 210,526 | 1,528,752 |
| July 2045 | 51.6 | 197,876 | 159,212 | 263,316 | 148,764 | 271,838 | 277,777 | 189,010 | 231,116 | 179,741 | 226,736 | 174,063 | 270,347 | 279,503 | 220,715 | 1,749,467 |
| July 2046 | 52.6 | 298,649 | 242,094 | 316,852 | 166,152 | 307,419 | 347,849 | 287,399 | 248,193 | 219,883 | 327,507 | 264,660 | 315,351 | 407,896 | 288,454 | 2,037,921 |
| July 2047 | 53.6 | 305,004 | 248,893 | 319,303 | 171,948 | 309,999 | 351,833 | 298,602 | 250,470 | 222,037 | 331,072 | 274,976 | 317,756 | 412,606 | 293,423 | 2,331,344 |
| July 2048 | 54.6 | 305,004 | 248,893 | 319,303 | 171,948 | 309,999 | 355,375 | 298,602 | 250,470 | 222,037 | 331,072 | 274,976 | 317,756 | 415,682 | 293,932 | 2,625,276 |
| July 2049 | 55.6 | 305,004 | 248,893 | 319,303 | 189,336 | 309,999 | 358,933 | 298,602 | 250,470 | 277,546 | 331,072 | 274,976 | 317,756 | 419,839 | 300,133 | 2,925,409 |
| July 2050 | 56.6 | 305,004 | 248,893 | 319,303 | 189,336 | 309,999 | 363,254 | 298,602 | 250,470 | 277,546 | 331,072 | 274,976 | 317,756 | 424,024 | 300,787 | 3,226,197 |
| July 2051 | 57.6 | 305,004 | 248,893 | 319,303 | 189,336 | 309,999 | 421,391 | 298,602 | 250,470 | 277,546 | 331,072 | 274,976 | 317,756 | 424,024 | 305,259 | 3,531,456 |
| July 2052 | 58.6 | 305,004 | 248,893 | 319,303 | 189,336 | 309,999 | 393,382 | 298,602 | 278,933 | 277,546 | 331,072 | 274,976 | 324,382 | 424,024 | 305,804 | 3,837,260 |
| July 2053 | 59.6 | 305,004 | 248,893 | 319,303 | 189,336 | 313,561 | 393,382 | 298,602 | 278,933 | 277,546 | 331,072 | 274,976 | 324,382 | 424,024 | 306,078 | 4,143,338 |
| July 2054 | 60.6 | 305,004 | 248,893 | 319,303 | 189,336 | 313,561 | 393,382 | 298,602 | 278,933 | 277,546 | 331,072 | 274,976 | 324,382 | 424,024 | 306,078 | 4,449,416 |
| July 2055 | 61.6 | 305,004 | 248,893 | 319,303 | 189,336 | 313,561 | 393,382 | 298,602 | 278,933 | 277,546 | 331,072 | 274,976 | 324,382 | 424,024 | 306,078 | 4,755,494 |
| July 2056 | 62.6 | 305,004 | 248,893 | 335,992 | 207,690 | 366,933 | 393,382 | 298,602 | 278,933 | 277,546 | 331,072 | 274,976 | 324,382 | 424,024 | 312,879 | 5,068,373 |
| July 2057 | 63.6 | 305,004 | 248,893 | 335,992 | 207,690 | 366,933 | 393,382 | 298,602 | 278,933 | 277,546 | 331,072 | 274,976 | 324,382 | 424,024 | 312,879 | 5,381,252 |
| November 2057 | 64.0 | 122,002 | 99,557 | 134,397 | 90,418 | 146,773 | 157,353 | 119,441 | 136,620 | 111,019 | 132,429 | 109,990 | 129,753 | 169,610 | 127,643 | 5,508,895 |
| ACTIVE TOTAL | | 5,491,807 | 4,367,937 | 5,931,564 | 3,484,942 | 6,026,454 | 6,968,493 | 5,228,623 | 4,990,431 | 4,768,376 | 5,983,016 | 4,814,951 | 5,962,371 | 7,596,676 | 5,508,895 | |

### RETIREMENT

| YEAR | AGE | ALASKA | ALLEGIANT | AMERICAN | ATLAS | DELTA | A-Fund FEDEX | FRONTIER | HAWAIIAN | JETBLUE | SOUTHWEST | SPIRIT | UNITED | A-Fund UPS | AVERAGE YR BY YR | CUMULATIVE YR BY YR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| November 2058 | 65.0 | 1,263,472 | 1,040,900 | 1,459,898 | 800,730 | 1,440,800 | 967,517 | 1,171,780 | 1,146,231 | 1,286,745 | 1,378,564 | 1,197,684 | 1,426,026 | 1,491,485 | $1,236,295 | $1,236,295 |
| November 2059 | 66.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,258,424 |
| November 2060 | 67.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,280,553 |
| November 2061 | 68.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,302,683 |
| November 2062 | 69.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,324,812 |
| November 2063 | 70.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,346,942 |
| November 2064 | 71.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,369,071 |
| November 2065 | 72.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,391,200 |
| November 2066 | 73.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,413,330 |
| November 2067 | 74.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,435,459 |
| November 2068 | 75.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,457,588 |
| November 2069 | 76.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,479,718 |
| November 2070 | 77.0 | 3,183 | 4,237 | 3,506 | 2,359 | 3,829 | 138,501 | 4,811 | 5,940 | 5,285 | 8637 | 2,837 | 3,385 | 101,173 | $22,129 | $1,501,847 |
| December 2070 | 77.1 | 318 | 424 | 351 | 236 | 383 | 13,850 | 481 | 594 | 528 | 864 | 284 | 338 | 19,525 | $2,937 | $1,504,784 |
| RETIRED TOTAL | | 1,301,982 | 1,092,169 | 1,502,321 | 829,271 | 1,487,129 | 2,643,373 | 1,229,995 | 1,218,105 | 1,350,693 | 1,483,067 | 1,232,013 | 1,466,983 | 2,725,085 | 1,504,784 | |
| CAREER TOTAL | | 6,793,789 | 5,460,106 | 7,433,884 | 4,314,212 | 7,513,583 | 9,611,866 | 6,458,618 | 6,208,536 | 6,119,070 | 7,466,084 | 6,046,964 | 7,429,354 | 10,321,761 | 7,013,679 | |