| | 6 large Regional AL Average Pay per Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Airline | Air Wisc. | Endeavor | Envoy | PSA | Republic | Skywest | Average | Position |
| 1 | 72,034 | $74,141 | $78,936 | $68,603 | $65,060 | $52,464 | $68,540 | FO |
| 2 | 60,947 | $72,944 | $79,099 | $68,995 | $65,475 | $58,293 | $67,626 | FO |
| 3 | 61,459 | $79,233 | $79,099 | $63,507 | $64,216 | $65,288 | $68,800 | FO |
| 4 | 92,909 | $115,705 | $96,087 | $103,493 | $113,088 | $80,130 | $100,235 | Capt |
| 5 | 101,870 | $118,220 | $98,460 | $105,845 | $115,420 | $96,766 | $106,097 | Capt |
| 6 | 105,643 | $120,735 | $100,832 | $106,321 | $117,752 | $97,364 | $108,108 | Capt |
| 7 | 108,159 | $123,251 | $103,205 | $108,632 | $120,189 | $100,800 | $110,706 | Capt |
| 8 | 111,932 | $125,766 | $104,391 | $107,027 | $122,500 | $103,091 | $112,451 | Capt |
| 9 | 115,705 | $129,539 | $106,763 | $109,256 | $124,811 | $106,528 | $115,434 | Capt |
| 10 | 118,220 | $132,054 | $109,136 | $111,486 | $128,278 | $116,837 | $119,335 | Capt |
| 11 | 121,993 | $135,827 | $121,134 | $109,554 | $131,745 | $118,131 | $123,064 | Capt |
| 12 | 125,766 | $138,343 | $124,662 | $111,702 | $134,057 | $121,506 | $126,006 | Capt |
| 13 | 129,539 | $142,116 | $124,662 | $113,850 | $137,524 | $124,882 | $128,762 | Capt |
| 14 | 134,570 | $145,889 | $124,662 | $117,073 | $139,746 | $129,382 | $131,887 | Capt |
| 15 | 137,085 | $150,919 | $124,662 | $119,221 | $143,183 | $132,757 | $134,638 | Capt |
| 16 | 140,858 | $150,919 | $124,662 | $122,443 | $146,619 | $135,007 | $136,751 | Capt |
| 17 | 143,373 | $150,919 | $124,662 | $124,591 | $150,055 | $138,382 | $138,664 | Capt |
| 18 | 147,146 | $150,919 | $124,662 | $127,813 | $153,492 | $139,507 | $140,590 | Capt |
| 19 | 147,146 | $150,919 | $124,662 | $127,813 | $156,928 | $140,633 | $141,350 | Capt |
| 20 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 21 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 22 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 23 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 24 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 25 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 26 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 27 | 147,146 | $150,919 | $124,662 | $127,813 | $160,364 | $141,758 | $142,110 | Capt |
| 27.4 | 58,858 | $60,368 | $49,865 | $63,725 | $64,146 | $56,703 | $58,944 | Capt |
| 1 | $ 893,682 | $ 1,494,834 | $ 773,961 | $ 955,009 | $ 862,123 | $ 692,363 | $ 945,329 | Rertired |
| 2 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 3 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 4 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 5 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 6 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 7 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 8 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 9 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 10 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 11 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 12 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 13 | $ 3,580 | $ 3,672 | $ 3,244 | $ 3,550 | $ 4,009 | $ 3,672 | $ 3,621 | Rertired |
| 13.1 | $ 358 | $ 367 | $ 324 | $ 355 | $ 401 | $ 367 | $ 362 | Rertired |