

Range map of sightings of American Pelican in the general Spokane area



Sightings reported near Eloika Lake. See below for Clayton. Deer Park just south of map.



Sightings Part 2



Sightings Part 3



All sighting locations, general Deer Park area (note key in bottom right of screen)



All sightings, south of Spokane (and Deer Park)


All sightings west of Deer Park


All sightings east of Deer Park



All sightings North of Deer Park