# WASHINGTON

## SPOKANE

**FELTS FLD**  (SFF)(KSFF)   4 NE   UTC–8(–7DT)   N47º40.98´ W117º19.35´   **SEATTLE**
1957   B   LRA   NOTAM FILE SFF   L–13B
**RWY 04L–22R:** H4499X140 (CONC)   S–30   MIRL   IAP, AD
  **RWY 04L:** REIL. VASI(V2L)—GA 3.0º TCH 50´.
  **RWY 22R:** MALSR. VASI(V2R)—GA 3.5º TCH 44´. Tree. Rgt tfc.
**RWY 04R–22L:** H2650X75 (ASPH)   S–30
  **RWY 04R:** Rgt tfc.
  **RWY 22L:** PAPI(P4L)—GA 3.8º TCH 39´. Tree.
**RUNWAY DECLARED DISTANCE INFORMATION**
  **RWY 04L:** TORA–4499   TODA–4499   ASDA–4499   LDA–4499
  **RWY 04R:** TORA–2650   TODA–2650   ASDA–2650   LDA–2650
  **RWY 22L:** TORA–2650   TODA–2650   ASDA–2650   LDA–2650
  **RWY 22R:** TORA–4499   TODA–4499   ASDA–4499   LDA–4499
**SERVICE:** S4   **FUEL** 100LL, JET A1+   **OX** 3, 4   **LGT** When twr clsd
ACTIVATE MIRL Rwy 04L–22R, MALSR Rwy 22R and REIL 04L–CTAF.
VASI Rwy 04L and VASI Rwy 22R opr continuously. PAPI Rwy 22L opr
SR–SS. Rwy 22L PAPI unusable byd 5º right side of cntrln.



**AIRPORT REMARKS:** Attended 1400–0400Z‡. Waterfowl and birds on and invof arpt. Lgtd crane 1953´ MSL (200´ AGL) 1.25 NM east indef. Acft with tail heights over 20´ must ctc twr prior to taxi. Twr unable to provide ATC svc on perimeter twy due to movement of unctl gnd tfc. Portions of Twy B not visible from twr. PPR for rotorwing acft conducting hover ops above 10´ AGL in non–movement area ctc twr. Cold temperature airport. Altitude correction required at or below –16C. Flight Notification Service (ADCUS) avbl.
**AIRPORT MANAGER:** 509-455-6419
**WEATHER DATA SOURCES:** ASOS 120.55 (509) 535–3290.
**COMMUNICATIONS: CTAF** 132.5   **ATIS** 120.55   **UNICOM** 122.95
  **SPOKANE RCO** 122.55 (SEATTLE RADIO)
®**SPOKANE APP/DEP CON** 133.35
  **TOWER** 132.5 (1400–0400Z‡)   **GND CON** 121.7   **CLNC DEL** 121.7
**CLEARANCE DELIVERY PHONE:** For CD if una to ctc on FSS freq, ctc Seattle ARTCC at 253-351-3694.
**AIRSPACE: CLASS D** svc 1400–0400Z‡; other times CLASS E.
**VOR TEST FACILITY (VOT)** 114.0
**RADIO AIDS TO NAVIGATION:** NOTAM FILE GEG.
  **SPOKANE (H) VORTACW** 115.5   GEG   Chan 102   N47º33.90´ W117º37.61´   039º 14.2 NM to fld. 2756/21E.
  VOR portion unusable:
    300º–330º byd 30 NM blo 9,000´
    335º–360º byd 18 NM blo 7,000´
    335º–360º byd 25 NM
    360º–015º byd 26 NM blo 7,000´
  **ILS/DME** 111.7   I–FLZ   Chan 54   Rwy 22R.   Class IB.   LOC unusable 0.2 NM fm rwy thld. DME unusable 15º rgt of course.
**COMM/NAV/WEATHER REMARKS:** Emerg frequency 121.5 not avbl at twr.

• • • • • • • • • • • • • • • • • •

**WATERWAY 03W–21W:** 6000X100 (WATER)
  **WATERWAY 21W:** Rgt tfc.
**SEAPLANE REMARKS:** Extv boating in area of water rwy. Water lvl on river may be lwrd by corps of engr. Water area adj to arpt not ctld or mntnd by arpt. Waterway elev 1910 estd. Waterway 03W–21W water rwy advsy svc only area not visible from twr. Ctc Felts twr 132.5 for tfc data.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –