UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YUKI LEE, in her capacity as personal representative of the Estate of her deceased husband, JOOCHAN LEE, individually and Decedent's surviving wife, and in her capacity as Guardian of their minor daughter, A.L. both as beneficiaries and heirs of Decedent's estate,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE MOODY BIBLE INSTITUTE OF CHICAGO, an Illinois corporation,<br><br>      Defendant. | No. 2:19-CV-00326-SAB<br><br>**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR JANUARY 17, 2023** |

Before the Court is the parties' Stipulated Motion and Order to Extend Case Deadlines and Continue Trial, ECF No 26. The Court held a telephonic hearing on the motion on September 28, 2021. Plaintiffs was represented by Crystal Lloyd, on behalf of Anthony Marsh. Defendant was represented by Christopher Raistrick, Nicholas Ajello, and William Schroeder—Christopher Raistrik presented arguments on behalf of Defendant.

**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER** # 1

During the hearing, the parties discussed the request for a continuance. The parties indicated that, due to a delay in the inspection of the plane, the overall discovery process was delayed. However, the parties indicated that the inspection of the plane took place in April 2021 and that discovery is now proceeding smoothly. Thus, the Court finds good cause to grant the stipulated motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion and Order to Extend Case Deadlines and Continue Trial, ECF No 26, is **GRANTED**.

2. The Court enters the following Fifth Amended Jury Trial Scheduling Order:

### PROFESSIONALISM AND COURT-ASSISTED MEDIATION

**1. Civility and Professional Conduct**. Counsel should review and employ Local Rule 83.1 (Civility) and Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

**2. Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order. The Court will usually accept stipulations to modify the dates specified in this Order, but modifications of pretrial deadlines may also result in a modification of the trial date.

**3. Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful. The Court will require parties to engage in mediation prior to trial, unless good cause is shown that mediation is not possible or will be unproductive.

### TRIAL DATES

**4. Jury Trial.** The jury trial shall commence on **January 17, 2023**, at **9:00 a.m.** in **Spokane**, Washington. The trial is estimated to last **eight (8)** to **ten (10)** days.

**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER** # 2

**5. Pretrial Conference.** An in-person pretrial conference will be held on **January 5, 2023**, at **11:00 a.m**. in **Spokane**, Washington.

## DISCOVERY DEADLINES

**6. Expert Disclosures.**

    A. *Initial Expert Disclosures*. Plaintiffs shall identify their experts and serve written reports as required by Rule 26(a)(2) no later than **January 5, 2022**. Defendant shall identify its experts and serve written reports as required by Rule 26(a)(2) no later than **April 5, 2022**. Each Party shall also provide dates for which those experts can be available for deposition.

    B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **May 5, 2022**. Each Party shall also provide dates for which those experts can be available for deposition.

    C. *Modifications*. The parties may modify the deadline for exchange of expert disclosures by joint stipulation filed with the court; a motion is not required.

**7. Discovery.**

    A. *Discovery Limitations*.

        i. *Depositions*. No more than ten depositions, each limited to seven hours in one day, may be taken by the plaintiffs, defendants, or third-party defendants without leave of the Court. Fed. R. Civ. P. 30(a)(2), (d)(1).

        ii. *Interrogatories*. No party may serve more than twenty-five interrogatories, including discrete subparts, on any other party, without leave of the Court. Fed. R. Civ. P. 33(a)(1).

        iii. *Requests for Production*. No party may serve more than thirty requests on any other party without leave of the Court.

    B. *Discovery Deadline*. All discovery shall be completed on or before **August 2, 2022**.

C. *Responses*. To be timely, discovery requests must be served sufficiently in advance of the deadline to allow for timely response by the cutoff date.

D. *Necessity*. The parties shall file no discovery except as necessary to support motions or objections.

E. *Discovery Conferences*. To avoid wasted time and expense, Counsel may contact chambers to schedule a telephonic conference to obtain an expedited ruling on discovery disputes. Prior to the conference, each party may submit to the Court a one-page summary explaining the discovery dispute. Absent very unusual circumstances, the parties should not contact the Court during a deposition. Instead, during a deposition, the parties should make an appropriate record for review by the Court at a later time.

## MOTION DEADLINES

**8. Motions to Amend Pleadings or Add Parties**. Any motion to amend the pleadings or add named parties shall be filed and served by **May 26, 2022**.

**9. *Daubert* Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **June 16, 2022**. If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions.

**10. Dispositive Motions.** All dispositive motions shall be filed and served on or before **August 12, 2022**.

**11. Motions *in Limine*.**

A. *Motions* in Limine: shall be filed and served on or before **November 4, 2022**.

B. *Responses*: shall be filed and served on or before **November 10, 2022**.

C. *Replies*: shall be filed and served on or before **November 18, 2022**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER** # 4

# TRIAL PREPARATION DEADLINES

**12. Exhibit and Witness Lists.**

    A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **December 2, 2022**.

    B. *Identification*: The witness list shall include identification of each witness's testimony.

    C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

    D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **December 9, 2022**.

    E. *Responses*: Responses, if any, to objections shall be filed and served on or before **December 16, 2022**.

**13. Pretrial Exhibit Stipulation.**

    A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

    B. *Deadline*: The pretrial exhibit stipulation shall be filed on **December 16, 2022**.

    C. Objections to witness and exhibits shall be heard at the pretrial conference.

//

**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER # 5**

**14. Designation of Testimony.**

The parties shall notify the Court on or before **November 4, 2022** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**15. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **December 16, 2022** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 10(A).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**16. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **December 13, 2022**.

**17. Jury Instructions.** No later than **December 13, 2022**, the parties shall file jointly proposed jury instructions.

A. *Confer*. The parties shall confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed Jury Instructions. The jointly proposed Jury Instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

B. *Modifications*. If any proposed instruction is a modified version of model instructions or deviate from model instructions, the parties shall identify the modification and cite legal authority for the modification.

**18. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER** # 6

A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

B. *Exhibit List*. One copy of a final joint exhibit list.

C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**19. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**FIFTH AMENDED JURY TRIAL SCHEDULING ORDER** # 7