# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YUKI LEE, in her capacity as personal representative of the Estate of her deceased husband, JOOCHAN LEE, individually and Decedent's surviving wife, and in her capacity as Guardian of their minor daughter, A.L. both as beneficiaries and heirs of Decedent's estate,<br><br>    Plaintiffs,<br><br> -vs-<br><br>THE MOODY BIBLE INSTITUTE OF CHICAGO, and Illinois corporation,<br><br>    Defendant. | Case No.  2:19-CV-326-SAB<br><br>CIVIL MINUTES<br><br>DATE:  NOVEMBER 16, 2021<br><br>LOCATION: BY TELEPHONE<br><br>**INFORMAL DISCOVERY CONFERENCE HEARING** |

| | | |
|---|---|---|
| **Chief Judge Stanley A. Bastian** |
| Michelle Fox | 02 | Not Reported |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Anthony Marsh | \multicolumn{2}{c}{Nicholas Ajello<br>Christopher Raistrick} |
| **Plaintiff's Counsel** | \multicolumn{2}{c}{**Defendants' Counsel**} |

[ ] **Open Court**    [ ] **Chambers**    [ X ] **Telecon/Video**

Court addresses counsel and have reviewed the email submittals provided by the parties. Court outlines the procedures since COVID started.

A. Marsh presents argument. Requesting a video deposition. Plaintiff is uncomfortable proceeding in person.

C. Raistrick presents argument. Requesting it be in person because it is the Plaintiff.

Court authorizes the deposition be held by Video.

**[ ] ORDER FORTHCOMING**

| CONVENED: 11:00 A.M. | ADJOURNED: 11:08 A.M. | TIME: 08 MIN. | CALENDARED [ X ] |
|---|---|---|---|