FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YUKI LEE, in her capacity as personal representative of the Estate of her deceased husband, JOOCHAN LEE, individually and Decedent's surviving wife, and in her capacity as Guardian of their minor daughter, A.L. both as beneficiaries and heirs of Decedent's estate,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE MOODY BIBLE INSTITUTE OF CHICAGO, an Illinois corporation,<br><br>      Defendant. | No. 2:19-CV-00326-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is the Parties' Stipulation for Dismissal with Prejudice, ECF No. 111. Anthony Marsh and Charles Herrmann represent Plaintiffs. Christopher Raistrick, Nicholas Ajello, Michael McQuillen, and William Schroeder represent Defendant.

The Parties in the above-captioned matter state this matter may be dismissed with prejudice without fees or costs to any party. The Court grants the Parties' dismissal.

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulation for Dismissal with Prejudice, ECF No. 111, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 14th day of February 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**